08 CV 6319

JUDGE BUCHWALD

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Minefinders Corporation Ltd.

Plaintiff,

-v-

Ausenco International Pty Ltd.

Defendant.

Case No. _____

**Rule 7.1 Statement**

RECEIVED
JUL 14 2008
U.S.D.C. S.D.N.Y.
CASHIERS

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

Ausenco International Pty Ltd.     (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Ausenco Americas LLC
Ausenco Services Pty Ltd
Ausenco Operations Pty Ltd
Ausenco Asia Pty Ltd
Ausenco Beijing Limited
Ausenco Argentina SRL
Ausenco Senegal SARL
Ausenco Projects Limited
Ausenco Africa Limited
Ausenco Canada Inc.
Ausenco Global Pty Ltd
Global Procurement Services
Pipeline Systems Incorporated
Sandwell Engineering Inc
Vector Engineering Inc

Date: 7/14/08

_Sarah E. Liniec_
**Signature of Attorney**

Attorney Bar Code: SZ - 0206

Form Rule7_1.pdf SDNY Web 10/2007