Stephen P. Younger *(spyounger@pbwt.com)*
Sarah E. Zgliniec *(sezgliniec @pbwt.com)*
Michael A. Becker (mabecker@pbwt.com)
PATTERSON, BELKNAP, WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York 10036-6710
Telephone (212) 336-2000

*Attorneys for Respondent Ausenco International Pty. Ltd.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

In the Matter of the Application of

MINEFINDERS CORPORATION LTD.,

        Petitioner,

- against -

AUSENCO INTERNATIONAL PTY LTD.,

        Respondent.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

:  08 CV 6319 (NRB)

:  **AFFIDAVIT OF SERVICE**

:  ECF CASE

STATE OF NEW YORK    )
                                    :ss.:
COUNTY OF NEW YORK  )

      CHRISTINA I. BELANGER, being duly sworn, deposes and says:

      1. I am over 18 years of age, not a party to this action, and am employed by the law firm of Patterson, Belknap, Webb & Tyler LLP, located at 1133 Avenue of the Americas, New York, New York 10036.

      2. On July 14, 2008, I caused a true copy of Respondent Ausenco International Pty Ltd.'s Notice of Removal, Civil Cover Sheet and Rule 7.1 Statement along with the Individual Practices of Judge Naomi Reice Buchwald, Electronic Case Filing Rules and

1866254v1

-2-

Instructions and the Individual Practices of Magistrate Judge Andrew J. Peck to be served by hand upon the following at the address below:

> Richard A. DePalma, Esq.
> Kathryn M. Ryan, Esq.
> Christina M. Wilson, Esq.
> BAKER & MCKENZIE LLP
> 1114 Avenue of the Americas
> New York, New York 10036

*[signature]*
CHRISTINA I. BELANGER

Sworn to before me this
17th day of July, 2008

*[signature]*
Notary Public

ELIZABETH WILLIS
Notary Public, State of New York
No. 31-01WI6014356
Qualified in New York County
Commission Expires October 13, 2010

-2-

INYC01 1866254v1