Stephen P. Younger *(spyounger@pbwt.com)*
Sarah E. Zgliniec *(sezgliniec @pbwt.com)*
Michael A. Becker *(mabecker@pbwt.com)*
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York 10036-6710
Telephone: (212) 336-2000

*Attorneys for Respondent Ausenco International Pty Ltd.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

In the Matter of the Application of                    :
                                                       :
MINEFINDERS CORPORATION LTD.                           :        08 CV 6319 (NRB)
                                                       :
                                                       :        ECF Case
                                 Petitioner,           :
                                                       :        **AFFIDAVIT OF FILING**
                         v.                            :        **NOTICE OF REMOVAL**
                                                       :        **WITH STATE COURT**
AUSENCO INTERNATIONAL PTY LTD.                         :
                                                       :
                                                       :
                                 Respondent.           :
                                                       :
-------------------------------------------------------------X

STATE OF NEW YORK        )
                           ss.:
COUNTY OF NEW YORK       )

        JACQUES LYSIUS, being duly sworn, deposes and says:

        1.      I am not a party to this proceeding, am over 18 years of age and am

employed by the law firm of Patterson Belknap Webb & Tyler LLP, located at 1133 Avenue of

the Americas, New York, New York 10036.

        2.      On July 14, 2008, I filed with the Clerk of the Supreme Court, New York

County, the attached Notice of Removal by leaving said notice with an employee of the Clerk in

1866643v.1

his office in the New York County Clerk's Office at 60 Centre Street, New York, New York

10007.

JACQUES LYSIUS

Sworn to before me this
17th day of July, 2008,

Notary Public

EDWIN J. VALLEJO
Notary Public, State of New York
No. 01VA6169270
Qualified in New York County
Commission Expires June 25, 2011

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

-----------------------------------------------------------x
                                              :
In the Matter of the Application of           :
                                              :        **NOTICE OF REMOVAL**
MINEFINDERS CORPORATION LTD.,                 :
                                              :
               Petitioner,                    :        Index No. 109158/08
                                              :
            -against-                         :
                                              :                  NEW YORK
AUSENCO INTERNATIONAL PTY LTD.,               :        COUNTY CLERK'S OFFICE
                                              :
               Respondent.                    :            JUL 14 2008
                                              :
-----------------------------------------------------------x        NOT COMPARED
                                                                    WITH COPY FILE

          PLEASE TAKE NOTICE that Ausenco International Pty Ltd., respondent
in the above-captioned action, has this date filed its Notice of Removal, a copy of which
is attached hereto, in the office of the Clerk of the United States District Court for the
Southern District of New York.

Dated:   July 14, 2008

                              Respectfully submitted,

                              PATTERSON BELKNAP WEBB & TYLER LLP



                              By: _____
                                  Stephen P. Younger
                                  Sarah E. Zgliniec
                                  Michael A. Becker
                                  1133 Avenue of the Americas
                                  New York, New York 10036-6710
                                  Telephone: (212) 336-2000

                                  *Attorneys for Respondent Ausenco International
                                  Pty. Ltd.*

1859934v.1

Stephen P. Younger
Sarah E. Zgliniec
Michael A. Becker
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York 10036-7610
Telephone: (212) 336-2000

*Attorneys for Respondent Ausenco International Pty Ltd.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
                                                       :
In the Matter of the Application of                    :
                                                       :
MINEFINDERS CORPORATION LTD.,                           :
                                                       :
                    Petitioner,                         :       Civil Action No. 08 cv 6319 (Buchwald)
                                                       :       Filed 7/14/08
              -against-                                 :
                                                       :       (Index No. 109185/08
AUSENCO INTERNATIONAL PTY LTD.,                         :       In the Supreme Court for the State
                                                       :       of New York, County of New York)
                    Respondent.                         :
                                                       :
------------------------------------------------------x

### NOTICE OF REMOVAL

Respondent Ausenco International Pty Ltd. ("Ausenco"), pursuant to 9

U.S.C. §§ 203 and 205 and 28 U.S.C. § 1331, hereby removes this case pursuant to 28

U.S.C. § 1441 from the Supreme Court for the State of New York, County of New York,

to the District Court for the Southern District of New York. As grounds for removal,

Ausenco states as follows:

        1.      On July 3, 2008, Petitioner Minefinders Corporation Ltd.

("Minefinders") commenced an action, Index No. 109185/08, against Ausenco by filing a

petition (the "Petition") to stay arbitration pursuant to New York Civil Practice Law and

1839825v.2

Rules ("CPLR") 7503(b) in the Supreme Court for the State of New York in the County of New York.

2.    Counsel for Ausenco was served with the Petition on July 2, 2008. This Notice of Removal is timely filed within 30 days after Ausenco received the Petition, as required by 28 U.S.C. § 1446(b).

3.    Pursuant to 28 U.S.C. § 1446(a), a true and correct copy of the Petition is attached hereto as Exhibit A.

4.    Apart from the filing of the Petition, no further pleadings have been filed and no proceedings have been had in the state court action.

5.    Removal of the state court action is appropriate because the dispute relates to an arbitration agreement falling under the Convention on the Recognition and Enforcement of Foreign Arbitral Awards (the "New York Convention"), as implemented by the Federal Arbitration Act ("FAA").

6.    In such cases, the federal courts are deemed to have original jurisdiction. *See* 9 U.S.C. § 203 ("An action or proceeding falling under the [New York] Convention shall be deemed to arise under the laws and treaties of the United States. The district courts of the United States . . . shall have original jurisdiction over such an action or proceeding, regardless of the amount in controversy."); *Sarhank Group v. Oracle Corp.*, 404 F.3d 657, 659-60 (2d Cir. 2005). Where "the subject matter of an action or proceeding pending in a state court relates to an arbitration agreement or award falling under the [New York] Convention," removal to this Court is proper. 9 U.S.C. § 205. *See Republic of Ecuador v. ChevronTexaco Corp.*, 376 F. Supp. 2d 334, 347 (S.D.N.Y 2005).

7.    An arbitration agreement falls under the New York Convention

2

1839825v.2

when (1) it arises out of "a legal relationship, whether contractual or not, which is considered as commercial," and when (2) the agreement is not "entirely between citizens of the United States." 9 U.S.C. § 202.

        8.     The instant action meets both of those requirements. First, the arbitration agreement at issue is found in Article 17(d) of the Construction Management Agreement dated July 13, 2006, which was signed by Ausenco and Compania Minera Dolores S.A. de C.V. ("CMD"), a wholly-owned subsidiary of Minefinders and its co-respondent in the pending arbitration. A copy of the Demand for Arbitration dated June 2, 2008 by which Ausenco commenced arbitral proceedings against Minefinders and CMD – and which attaches a copy of the Construction Management Agreement – is attached to Exhibit A. The Construction Management Agreement satisfies the "commercial relationship" requirement of 9 U.S.C. § 202.

        9.     Second, this action is not entirely between citizens of the United States. Ausenco is a corporation organized under the laws of Australia. Minefinders is a corporation organized under the laws of Ontario, Canada. In addition, the relationship between the parties relates to a mining facility located in Mexico. `

        10.    Because the dispute in this action relates to an arbitration agreement falling under the New York Convention, this Court has subject matter jurisdiction over the action pursuant to 9 U.S.C. § 203 and 28 U.S.C.§ 1331, and removal of the action is proper.

WHEREFORE, Ausenco requests that the above action now pending against it in the Supreme Court for the State of New York, County of New York, be removed to this Court.

Dated:  New York, New York
      July 14, 2008

                    Respectfully submitted,

                    PATTERSON BELKNAP WEBB & TYLER LLP

                    By: *Sarah E Zgliniec*
                    Stephen P. Younger
                    Sarah E. Zgliniec
                    Michael A. Becker
                    1133 Avenue of the Americas
                    New York, New York 10036
                    Tel.:  (212) 336-2000

                    *Attorneys for Respondent Ausenco*
                    *International Pty. Ltd.*

TO:    Richard A. De Palma
       Kathryn M. Ryan
       Christina M. Wilson
       BAKER & McKENZIE LLP
       1114 Avenue of the Americas
       New York, New York 10036
       Tel.:  (212) 626-4100

       *Attorneys for Petitioner*
       *Minefinders Corporation Ltd.*

4

RECYCLED

**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF NEW YORK**

----------------------------------------

In the Matter of the Application of

MINEFINDERS CORPORATION LTD.,

Petitioner,

-against-

AUSENCO INTERNATIONAL PTY
LTD.,

Respondent.

----------------------------------------

Index No. *109185/08*

NOTICE OF PETITION TO STAY
ARBITRATION PURSUANT TO
CPLR § 7503(b)



NEW YORK
COUNTY CLERKS OFFICE

JUL - 2 2008

NOT COMPARED
WITH COPY FILE

PLEASE TAKE NOTICE that upon the annexed Petition of Minefinders Corporation Ltd. ("Minefinders") dated July 2, 2008, the Affirmation of Richard A. De Palma dated July 2, 2008, and the exhibits annexed thereto, Petitioner Minefinders will move this Court, at the Motion Support Office of the Supreme Court of the State of New York, County of New York, at the Courthouse, 60 Centre Street, New York, New York in Room 130 on the 23rd day of July, 2008 at 9:30 a.m. or as soon thereafter as counsel can be heard, for an order and judgment pursuant to Article 4 and Section 7503(b) of the Civil Practice law and Rules ("CPLR"): (1) permanently staying a certain arbitration proceeding commenced by Respondent Ausenco International Pty Ltd. as against Petitioner Minefinders on the grounds that a valid agreement to arbitrate was not made between the parties; and (2) granting such other and further relief as the Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE that, pursuant to CPLR § 403(b), answering papers, if any, are required to be served upon the undersigned at least seven days before the return date of this motion.

Dated: New York, New York.
July 2, 2008

BAKER & McKENZIE LLP

By: _____

Richard A. De Palma
Kathryn M. Ryan
Christina M. Wilson
1114 Avenue of the Americas
New York, New York 10036
(212) 626-4100

*Attorneys for Petitioner*
Minefinders Corporation Ltd.

TO:    Stephen P. Younger, Esq.
Patterson Belknap Webb & Tyler
1133 Avenue of the Americas
New York, New York 10036-6710
(212) 336-2685

*Attorneys for Respondent*
Ausenco International Pty Ltd.

2

UCS-840 (REV 1/00)

# REQUEST FOR JUDICIAL INTERVENTION

| | | | For Clerk Only |
|---|---|---|---|
| COURT **Supreme** | COUNTY **New York** | INDEX NO. 109185/08 DATE PURCHASED 7/01/08 | |

PLAINTIFF(S):

**Minefinders Corporation Ltd.**

IAS Entry Date

_____

DEFENDANT(S):

**Ausenco International Pty Ltd.**

Judge Assigned

_____

RJI Date

Date issue joined: _____ Bill of Particulars served:    [  ] Yes  [  ] No

### NATURE OF JUDICIAL INTERVENTION (check ONE box only AND enter information)

[  ] Request for preliminary conference
[  ] Note of issue and/or certificate of readiness
[  ] Notice of motion (return date _____ ) Relief sought _____
[  ] Order to show cause (clerk enter return date _____ ) Relief sought _____
[  ] Other ex parte application (specify _____ ) ( _____ )

[☒] Notice of petition (return date __July 23, 2008__ ) Relief sought __Stay Arbitration CPLR 7503(b)__
[  ] Notice of medical or dental malpractice action (specify _____ )
[  ] Statement of net worth
[  ] Writ of habeas corpus
[  ] Other (specify _____ ) ( _____ )

### NATURE OF ACTION OR PROCEEDING (Check ONE box only)

**MATRIMONIAL**
[  ] Contested                -CM
[  ] Uncontested            -UM
**COMMERCIAL**
[  ] Contract                  -CONT
[  ] Corporate                -CORP
[  ] Insurance (where insurer is a party, except arbitration)        -INS
[  ] UCC (including sales, negotiable instruments)       -UCC
[  ] *Other Commercial _____      -OC
**REAL PROPERTY**
[  ] Tax Certiorari          -TAX
[  ] Foreclosure             -FOR
[  ] Condemnation         -COND
[  ] Landlord/Tenant      -LT
[  ] *Other Real Property _____  -ORP
**OTHER MATTERS**
[  ] * _____       -oth

*If asterisk is used, please specify further.

**TORTS**
Malpractice
[  ] Medical/Podiatric                           -MM
[  ] Dental                                            -DM
[  ] *Other Professional _____    -OPM
[  ] Motor Vehicle
[  ] *Products Liability _____       -PL
[  ] Environmental                               -EN
[  ] Asbestos                                       -ASB
[  ] Breast Implant                              - BI
[  ] *Other Negligence _____      - OTN
[  ] *Other Tort (including intentional) _____      -OT
**SPECIAL PROCEEDINGS**
[☒] Art. 75 (Arbitration)         -ART75
[  ] Art. 77 (Trusts)               -ART77
[  ] Art. 78                          -ART78
[  ] Election Law                  - ELEC
[  ] Guardianship (MHL Art. 81)   -GUARD81
[  ] *Other Mental Hygiene _____   -MHYG
[  ] *Other Special Proceeding _____ – OSP

Check "YES" or "NO" for each of the following questions. Is this aciton/proceeding against a:

[ ] YES  [x] NO   Municipality: (Specify_____    [ ] YES  [x] NO   Public Authority: (Specify_____

[x] YES  [ ] NO   Does this action/proceeding seek equitable relief?
[ ] YES  [x] NO   Does this action/proceeding seek recovery for personal injury?
[ ] YES  [x] NO   Does this action/proceeding seek recovery for property damage?

**Pre-Note Time Frames:**
(This applies to all cases except contested matrimonials and tax certiorari cases)

Estimated time period for case to be ready for trial (from filing of RJI to filing of Note of Issue):

[x] Expedited: 0-8 months        [ ] Standard: 9 - 12 months        [ ] Complex: 13 - 15 months

**Contested Matrimonial Cases Only:** (Check and give date)

Has summons been served?                    [ ] NO  [ ] YES, Date _____

Was a Notice of No Necessity filed?          [ ] NO  [ ] YES, Date _____

**ATTORNEY(S) FOR PLAINTIFF(S):**
SELF

| REP* | NAME | ADDRESS | PHONE |
|---|---|---|---|
|  | Richard A. De Palma | 1114 Avenue of the Americas | (212) 626-4100 |
|  | Baker & McKenzie LLP | New York, New York 10036 |  |

**ATTORNEY(S) FOR DEFENDANT(S):**
SELF

| REP* | NAME | ADDRESS | PHONE |
|---|---|---|---|
|  | Stephen P. Younger | Patterson Belknap Webb & Tyler | (212) 336-2685 |
|  |  | 1133 Ave. of the Americas, NY, NY 10036 |  |

* Self Represented: Parties representing themselves, without an attorney, should check the "Self Rep" box and enter their name, address, and phone number in the space provided above for attorneys.

**INSURANCE CARRIERS:**

RELATED CASES: (if NONE, write "NONE" below)

| Title | Index # | Court | Nature of Relationship |
|---|---|---|---|

None

        I affirm under penalty of perjury that, to my knowledge, other than as noted above, there are and have been no related actions or proceedings, nor has a request for judicial intervention previously been filed in this action or proceeding.

Dated: _July 2, 2008_

                                    (Signature)

                                    **Richard A. De Palma**
                                    (Print or type name)

                                    **Petitioner Minefinders Corp. Ltd.**
                                    (Attorney for)

        Attach rider sheet if necessary to provide required information

lglform9

Petition

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

-----------------------------------------------

| | |
|---|---|
| **In the Matter of the Application of** | Index No. |
| **MINEFINDERS CORPORATION LTD.,** | **PETITION TO STAY ARBITRATION PURSUANT TO CPLR § 7503(b)** |
| Petitioner, | |
| -against- | |
| **AUSENCO INTERNATIONAL PTY LTD.,** | |
| Respondent. | |

-----------------------------------------------

Petitioner Minefinders Corporation Ltd. ("Petitioner"), by its attorneys, Baker & McKenzie LLP, as and for its Petition to stay arbitration pursuant to Section 7503(b) of the Civil Practice Law and Rules on the grounds that a valid agreement to arbitrate was not made between the parties respectfully shows and states:

      1.    Petitioner Minefinders is a company with an address at 2288-1177 West Hastings Street, Vancouver, British Columbia, Canada V6E 2K3.

      2.    Upon information and belief, Respondent Ausenco International Pty Ltd. ("Respondent") is a proprietary limited company organized under the laws of Australia with an address at ABN 98 096 016 849, 2402 Logan Road, Eight Mile Plains, Queensland, Australia.

      3.    On June 2, 2008, Respondent filed a Notice of and Demand for Arbitration with the American Arbitration Association's International Centre for Dispute Resolution alleging breach of contract and unjust enrichment against Petitioner and Petitioner's subsidiary, Compania Minera Dolores S.A. DE C.V. ("CMD") A copy of the Notice of and Demand for Arbitration, with exhibits, is annexed to the Affirmation of Richard A. De Palma dated July 2, 2008 ("De Palma Affirmation") as Exhibit A.

      4.    In its Demand for Arbitration, Respondent alleges that CMD and Petitioner failed

to pay Respondent for certain services under a Construction Management Agreement dated as of July 13, 2006 between Respondent and CMD (the "Agreement"). A copy of the Agreement is attached to the Demand for Arbitration as Exhibit 1.

5.     Article 17(d) of the Agreement states that any dispute between the parties to the Agreement shall be resolved by binding arbitration under the rules of the American Arbitration Association.

6.     Article 21.7 of the Agreement states that New York law shall govern the dispute and the parties to the Agreement have submitted to the jurisdiction of the courts of the State of New York.

7.     Petitioner is not a party to the Agreement.

8.     Petitioner has never agreed to submit any dispute with Respondent to arbitration.

9.     Petitioner, through its counsel, notified Respondent's counsel that Petitioner will not be participating in the arbitration. See De Palma Affirmation at ¶ 9.

10.     Petitioner has not participated in the arbitration with the Respondent, nor has Petitioner been served with an application to compel arbitration.

11.     There has been no previous application for the relief demanded herein in this or any other Court.

WHEREFORE, Petitioner Minefinders Corporation Ltd. demands an order and judgment staying the arbitration as between Petitioner and Respondent and granting to Petitioner such other and further relief as the Court may deem just and proper, together with the costs and disbursements of this special proceeding.

2

Dated: New York, New York.
      July 2, 2008

BAKER & McKENZIE LLP

By:   _____

Richard A. De Palma
Kathryn M. Ryan
Christina M. Wilson
1114 Avenue of the Americas
New York, New York 10036
(212) 626-4100

*Attorneys for Petitioner*
Minefinders Corporation Ltd.

3

De Palma
Affirmation

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

---

In the Matter of the Application of

MINEFINDERS CORPORATION LTD.,

Petitioner,

-against-

AUSENCO INTERNATIONAL PTY LTD.,

Respondent.

---

Index No.

AFFIRMATION OF RICHARD A. DE PALMA IN SUPPORT OF PETITION TO STAY ARBITRATION PURSUANT TO CPLR § 7503(b)

---

RICHARD A. DE PALMA, being an attorney duly admitted to practice before the Courts of the State of New York, hereby affirms under penalty of perjury pursuant to Rule 2106 of the Civil Practice Law and Rules as follows:

1.     I am a member of the law firm of Baker & McKenzie LLP, attorneys for Petitioner Minefinders Corporation Ltd. ("Petitioner") in the above-captioned matter.

2.     I respectfully submit this Affirmation in support of Petitioner's Petition for an order and judgment pursuant to Article 4 and Section 7503(b) of the Civil Practice law and Rules ("CPLR"): (1) permanently staying a certain arbitration proceeding commenced by Respondent Ausenco International Pty Ltd. as against Petitioner Minefinders on the grounds that a valid agreement to arbitrate was not made between the parties; and (2) granting such other and further relief as the Court may deem just and proper.

3.     On June 2, 2008, Respondent filed a Notice of and Demand for Arbitration with the American Arbitration Association's International Centre for Dispute Resolution ("ICDR") alleging breach of contract and unjust enrichment against Petitioner and Petitioner's subsidiary, Compania Minera Dolores S.A. DE C.V. ("CMD")  A copy of the Notice of and Demand for

Arbitration, with exhibits, is annexed hereto as Exhibit A.

4.      In its Demand for Arbitration, Respondent alleges that CMD and Petitioner failed to pay Respondent for certain services under a Construction Management Agreement dated as of July 13, 2006 between Respondent and CMD (the "Agreement"). A copy of the Agreement is attached to the Demand for Arbitration as Exhibit 1.

5.      Article 17(d) of the Agreement states that any dispute between the parties to the Agreement shall be resolved by binding arbitration under the rules of the American Arbitration Association.

6.      Article 21.7 of the Agreement states that New York law shall govern the dispute and the parties to the Agreement have submitted to the jurisdiction of the courts of the State of New York.

7.      Petitioner is not a party to the Agreement.

8.      Petitioner has never agreed to submit any dispute with Respondent to arbitration.

9.      On June 12, 2008, during a telephone conference conducted by the ICDR case manager in the subject arbitration, I notified Respondent's counsel and the ICDR case manager that Petitioner will not be participating in the arbitration (I participated in said call as counsel to CMD).

10.     Petitioner has not participated in the arbitration with the Respondent, nor has Petitioner been served with an application to compel arbitration.

11.     There has been no previous application for the relief demanded herein in this or any other Court.

2

WHEREFORE, Petitioner Minefinders Corporation Ltd. demands an order and judgment staying the arbitration as between Petitioner and Respondent and granting to Petitioner such other and further relief as the Court may deem just and proper, together with the costs and disbursements of this special proceeding.

Dated: New York, York
July 2, 2008

Richard A. De Palma

3

Exhibit A



**International Centre
for Dispute Resolution**

### NOTICE OF ARBITRATION

*MEDIATION is a non-binding process. The mediator assists the parties in working out a solution that is acceptable to them. If you would like the ICDR to contact the other parties to determine whether they wish to mediate this matter, please check this box.* ☑
*There is no additional administrative fee for this service.*

**Date:**      June 2, 2008

**To: Name** (of the party on which this Notice is to be served)      See attached Respondent List      **Nationality:** _____

**Address:** _____

**City:** _____ **State/Province:** _____ **Country:** _____ **Post Code:** _____

**Telephone:** _____ **Facsimile:** _____ **Email:** _____

**Name of Representative:** (if known) _____ **Name of Firm:** (if applicable) _____

**Address:** _____

**City:** _____ **State/Province:** _____ **Country:** _____ **Post Code:** _____

**Telephone:** _____ **Facsimile:** _____ **Email:** _____

The named claimant, a party to an arbitration agreement contained in a written contract, dated _____ providing for arbitration under the

- ☑ International Dispute Resolution Procedures
- ☐ Commercial Arbitration Rules and Mediation Procedures (AAA)
- ☐ Procedures for Cases under the UNCITRAL Arbitration Rules
- ☐ Other (please specify): _____

hereby demands arbitration.

**Nature of the Dispute:** (attach additional sheets, if necessary)      See attached Demand for Arbitration

**The Claim or Relief Sought:** (the amount, if any)      Approximately US$1.9 million

**Type of Business: Claimant:**   Construction Management        **Respondent:**   Mining

**Claimant's Request: No. of Arbitrators:** 3   **Place of Arbitration:** New York   **Language:** English

*You are hereby notified that copies of our arbitration agreement and this NOTICE are being filed with the INTERNATIONAL CENTRE FOR DISPUTE RESOLUTION at its 1633 Broadway, 10th Fl., New York, NY, USA location, with a request that it commence administration of the arbitration. Under the rules, you may file a Statement of Defense within the time specified in the rules after notice from the administrator.*

**Name of Claimant:**   AUSENCO INTERNATIONAL PTY LTD.                    **Nationality:** Australian

**Address:** (to be used in connection with this case)      ABN 98 096 016 849, 2402 Logan Road

**City:**   Eight Mile Plains   **State/Province:** Queensland   **Country:** Australia   **Post Code:** _____

**Telephone:**  +61 73 112 8200   **Facsimile:** _____ **Email:** _____

**Name of Representative:** (if known)  Stephen P. Younger   **Name of Firm:** (if applicable)  Patterson Belknap Webb & Tyler

**Address:**   1133 Avenue of the Americas

**City:**   New York   **State/Province:** NY   **Country:** USA   **Post Code:** 10036-6710

**Telephone:**   (212) 336-2685   **Facsimile:** (212) 336-7891   **Email:**  spyounger@pbwt.com

*To begin proceedings, please send two copies of this demand and the Arbitration Agreement, with the filing fee as provided for in the rules, to the ICDR. Send the original demand to the respondent.*

**Signature** (may be signed by a representative) _____ **Title:** Attorney   **Date:** June 2, 2008

If you have any questions, please contact the International Centre for Dispute Resolution at
1.888.855.9575 or +1.212.484.4181 or visit our website at www.icdr.org.

**Respondent List**

COMPANIA MINERA DOLORES S.A. DE C.V.
Haciendas del Carrizal 3402 int. 201
Fracc Las Haciendas 3ra Etapa
Chihuahua, Chihuahua C.P.
Mexico 31215

MINEFINDERS CORPORATION LTD.
2288-1177 West Hastings Street
Vancouver, British Columbia
Canada V6E 2K3
Phone: (604) 687-6263

Representative:

Richard DePalma
Baker & McKenzie LLP
1114 Avenue of the Americas
New York, New York
United States 10036
Phone: (212) 626-4590
Fax:    (212) 310-1617

IN ARBITRATION PURSUANT TO THE
INTERNATIONAL ARBITRATION RULES OF
THE INTERNATIONAL CENTRE FOR DISPUTE RESOLUTION
OF THE AMERICAN ARBITRATION ASSOCIATION
-------------------------------------------------------x
                                  :

AUSENCO INTERNATIONAL PTY LTD.,    :     AAA No. _____

                                  :
                Claimant,          :
                                    :
       -and-                       :
                                    :
COMPANIA MINERA DOLORES S.A. DE    :
C.V. and MINEFINDERS CORPORATION    :
LTD.,                                  :
                                    :
              Respondents.     :
                                    :
-------------------------------------------------------x

## DEMAND FOR ARBITRATION

        Claimant AUSENCO INTERNATIONAL PTY LTD., by its attorneys,

Patterson Belknap Webb & Tyler LLP, hereby demands that Respondents, COMPANIA

MINERA DOLORES S.A. DE C.V. and MINEFINDERS CORPORATION LTD.,

submit to mandatory binding arbitration of the disputes set forth below under the

administration of the International Centre for Dispute Resolution of the American

Arbitration Association pursuant to the contract at issue in this dispute.

        Pursuant to Article 2 of the International Arbitration Rules of the

International Centre for Dispute Resolution of the American Arbitration Association (the

"Rules"), Ausenco sets forth below: (A) the names, addresses and telephone numbers of

the parties; (B) reference to the contract out of and in relation to which the disputes arise;

(C) reference to the arbitration clause invoked; (D) a description of the claims and

indication of the supporting facts; (E) the relief and remedy sought and the amount

demanded; and (F) proposals regarding the means of designating and the number of

arbitrators, the place of arbitration, and the language of the arbitration.

**A.    Description of Parties**

        1.     Claimant Ausenco International Pty Ltd. ("Ausenco") is a

proprietary limited company organized under the laws of Australia.  Ausenco specializes

in the provision of engineering and construction management services for mining

projects.  Its business address is:

        Ausenco International Pty Ltd.
        ABN 98 096 016 849
        2402 Logan Road
        Eight Mile Plains
        Queensland, Australia
        Phone: +61 73 112 8200.

        2.     Ausenco is represented by:

        Stephen P. Younger, Esq.
        PATTERSON BELKNAP WEBB & TYLER LLP
        1133 Avenue of the Americas
        New York, New York 10036
        Phone:  (212) 336-2000
        Fax:  (212) 336-2200

        and

        Karen Martin, Esq.
        BULL HOUSSER & TUPPER LLP
        3000-1055 West Georgia Street
        Vancouver, BC
        Canada  V6E 3R3
        Phone:  (604) 641-4893
        Fax:  (604) 641-2659

        3.     On information and belief, Respondent Compania Minera Dolores

S.A. de C.V. ("CMD") is a privately owned company organized and existing under the

laws of Mexico, with an office at Haciendas del Carrizal 3402 int. 201, Fracc. Las

Haciendas 3ra Etapa, Chihuahua, Chihuahua C.P. 31215 Mexico.

2

1644214v.2

4.      On information and belief, Respondent Minefinders Corporation Ltd. ("Minefinders") is an Ontario company that is registered as an extra-provincial company pursuant to the laws of British Columbia. Minefinders has an office at 2288-1177 West Hastings Street, Vancouver, British Columbia, Canada V6E 2K3, telephone: (604) 687-6263.

**B.      The Contract at Issue**

5.      This dispute arises from the failure of CMD and/or Minefinders to pay Ausenco for services rendered by Ausenco pursuant to the Construction Management Agreement dated as of July 13, 2006 between Ausenco and CMD (the "Agreement"). A copy of the Agreement is annexed hereto as Exhibit A.

6.      The Agreement defines CMD as "the Company," and article 1.2(c) of the Agreement provides that "reference to the Company includes all related corporate bodies of the Company." On information and belief, CMD is a wholly-owned subsidiary of Minefinders. Accordingly, references in the Agreement to "the Company" are references to both CMD and Minefinders.

7.      Schedule 7 to the Agreement ("Senior Executives") provides that the Senior Executive for the Company – to wit, for CMD and Minefinders – is "Mark Bailey, President, Minefinders Corporation Ltd."

**C.      The Arbitration Clause Invoked**

8.      Article 17(a) of the Agreement provides as follows:

> If a dispute arises between the Parties arising out of or relating to this Agreement the Party seeking to resolve the dispute must do so strictly in accordance with the provisions of this Article 17.

3

1644214v.2

9.    If the Parties are unable to resolve the dispute by negotiation,

article 17(d) further provides in relevant part as follows:

> The Parties agree that any claim of dispute between them or against any agent, employee, successor, or assign of the other, whether related to this Agreement or otherwise, and any claim or dispute related to the Agreement or the relationship or duties contemplated by this contract, including the validity of this arbitration clause, shall be resolved by binding arbitration under the rules of the American Arbitration Association. Any award of the arbitrators may be entered as a judgment in any court having jurisdiction, including remedies for repossession, replevin, foreclosure, or other remedies where property would be subject to reclamation or disposition. In the event a court having jurisdiction finds any portion of this Agreement unenforceable, that portion shall not be effective and the remainder of the Agreement shall remain effective.

10.    The "Parties" are defined in the Agreement as the Company – to

wit, CMD and Minefinders – and the Construction Manager – to wit, Ausenco.

**D.    Summary of the Dispute and Claim**

11.    On or about July 13, 2006, Ausenco entered into the Agreement at

issue. Under the Agreement, Ausenco agreed to provide construction management

services in connection with improvements to a gold and silver mine located in northern

Mexico which is owned and operated by Minefinders and CMD. Pursuant to article 5.1

of the Agreement ("Payment for Services"), CMD and/or Minefinders was to pay

Ausenco on a monthly basis a pro-rata portion of USD$400,000, plus certain personnel

and overhead costs.

12.    Accordingly, Ausenco provided construction management services

pursuant to the Agreement and issued invoices for its services to CMD on a monthly

basis. Specifically, article 5.2 of the Agreement ("Monthly Payment") provides:

4

1644214v.2

On the 25th of every month, the Construction Manager shall submit an application for payment on account of services indicating:

    (a)    an estimate of the Personnel Costs for the following month for Services with reference to the Staffing Budget indicating the Overheads and the pro-rate portion of the Fixed Fee that will be earned; and

    (b)    the actual Personnel Costs for the month in which the application for payment in [*sic*] made.

Each invoice submitted by Ausenco to CMD contained the information required by articles 5.2(a) and (b).

13.    Pursuant to article 5.3 of the Agreement ("Time for Payment"), Ausenco was then entitled to be paid within 30 days of submitting an invoice. Article 5.3 provides:

Within 7 days of receipt thereof, the Company, in its sole discretion acting reasonably, may accept the Construction Manager's calculations referenced in Article 5.2(a) above, or revise the same by substituting the Company's own calculations. Not later than 30 days from the date of the Company's receipt of the Construction Manager's application for payment, and all back up information required or requested by the Company, the Company will pay to the Construction Manager, the amount identified by the Construction Manager pursuant to Article 5.2(a) above, or the amount determined by the Company pursuant to this Article 5.3, adjusted as provided by Article 5.4 below.

Article 5.4 ("Monthly Adjustments) provides that the monthly amount payable to Ausenco will be adjusted to reflect actual personnel costs for the preceding month.

14.    To date, Ausenco is owed the principal amount of USD$1,929,893.20, plus interest (the "Outstanding Amount") in respect of outstanding

5

invoices for construction management services it provided from December 1, 2007 through March 31, 2008. The relevant invoices are annexed hereto as Exhibit B.

15.    Neither CMD nor Minefinders objected to the calculations set forth in the unpaid invoices or sought to substitute a different calculation within the seven-day period specified by article 5.3 of the Agreement.

16.    On or about April 29, 2008, Ausenco demanded in writing that the unpaid invoices be paid within seven days, but CMD and Minefinders have failed or refused to pay.

17.    On information and belief, Minefinders was directly involved in and directed the nonpayment of the Outstanding Amount.

18.    On the basis of the facts set forth above, CMD and Minefinders have breached the Agreement by failing to pay Ausenco the Outstanding Amount and by failing otherwise to comply with the payment provisions set forth in article 5 of the Agreement.

19.    In addition, CMD and Minefinders have been unjustly enriched from their failure to pay for services provided by Ausenco the value of which CMD and Minefinders have accepted.

20.    Alternatively, under the doctrine of quantum meruit, Ausenco is entitled to the reasonable value of the unpaid for services.

21.    Ausenco specifically reserves the right to amend this Demand for Arbitration to include other and additional facts that come to its attention and further claims against CMD and/or Minefinders.

6

**E.    Relief Sought**

22.    Ausenco respectfully requests that the arbitrators issue an Award to Ausenco against CMD and Minefinders in the amount of USD$1,929,893.20, plus interest.

23.    Ausenco respectfully requests that the arbitrators issue an Award, pursuant to Article 31 of the Rules and article 17(e) of the Agreement, directing CMD and/or Minefinders to bear the costs of this arbitration, including administrative fees, fees of the arbitrators, and Ausenco's reasonable attorneys' fees and costs.

**F.    Designation and Number of Arbitrators, Place and Language of Arbitration**

24.    Article 17(d) of the Agreement provides as follows:

> An arbitrator selected by the claimant and an arbitrator selected by respondent shall, within ten days of their appointment, select a third and neutral arbitrator.  In the event that they are unable to do so, the Parties shall agree to an independent third party to appoint the third arbitrator.

25.    Ausenco proposes that in the event that neither the party-appointed arbitrators nor the Parties can agree upon a third and neutral arbitrator, the AAA shall select the third arbitrator pursuant to the Rules.

26.    Pursuant to Article 14 of the Rules, English shall be the language of the arbitration.

27.    Pursuant to article 21.7 of the Agreement, New York law shall govern the dispute.

28.    Pursuant to article 21.7 of the Agreement, the parties have submitted to the jurisdiction of the courts of the State of New York.  In light of that fact and the application of New York law to the dispute, Ausenco proposes New York City as the place of arbitration.

7

WHEREFORE, Claimant Ausenco respectfully requests that the arbitrators issue an

Award:

      (i)     in favor of Ausenco and against CMD and/or Minefinders in the

amount of USD$1,929,893.20, plus interest;

      (ii)    directing CMD and/or Minefinders to bear the costs of this

arbitration, including administrative fees, fees of the arbitrators, and

Ausenco's reasonable attorneys' fees and costs; and

      (iii)   granting to Ausenco such other and further relief as the arbitrators

deem just and proper.

Dated:  New York, New York
       June 2, 2008

                          PATTERSON BELKNAP WEBB & TYLER LLP

                          By:_____

                              Stephen P. Younger
                              1133 Avenue of the Americas
                              New York, New York 10036
                              (212) 336-2000

                              and

                              Karen Martin, Esq.
                              BULL HOUSSER & TUPPER LLP
                              3000-1055 West Georgia Street
                              Vancouver, BC
                              Canada  V6E 3R3
                              (604) 641-4893

                              *Counsel for Claimant*
                              *Ausenco International Pty. Ltd.*

8

Exhibit 1

## CONSTRUCTION MANAGEMENT AGREEMENT

COMPANIA MINERA DOLORES S.A. de C.V.

AND

AUSENCO INTERNATIONAL Pty Ltd.

# CONSTRUCTION MANAGEMENT AGREEMENT

THIS AGREEMENT (hereinafter referred to as the "Agreement") made as of this 13ᵗʰ day of July 2006

**BETWEEN**

> Compania Minera Dolores S.A. de C.V.
> Lazaro de Balgorri #2
> Parque de San Felipe
> Chihuahua, Chih, 31.203 Mexico
>
> ("the Company")

**AND**

> Ausenco International Pty Ltd.
> ABN 98 096 016 849
> 2404 Logan Road
> Eight Mile Plains
> Queensland, Australia
>
> (the "Construction Manager")

**WHEREAS**

A.   The Construction Manager is presently providing engineering design services to, and for the benefit of, the Company in connection with the Compania Minera Dolores S.A. de C.V. — Dolores Heap Leach Gold Project (the "Project") pursuant to a Design Services Agreement (the "Design Services Agreement") dated as of the same date as this Construction Management Agreement; and

B.   The Company intends to construct and operate the Project and wishes to engage the Construction Manager to act on the Company's behalf, and in the Company's best interests, to provide construction management services for the Project;

C.   The Construction Manager wishes to serve as the Company's construction manager, and has represented and warranted to the Company that the Construction Manager is experienced in providing construction management services for projects of the size, nature and complexity of the Project and that the Construction Manager's personnel, , and all other persons hired by the Construction Manager have the necessary knowledge, skills and experience to fully and properly perform the services and obligations that are required to be performed by the Construction Manager pursuant to this Agreement; and

D.   The Company and the Construction Manager (hereinafter collectively called the "Parties") wish to formalize the agreement between them with respect to the provision of construction management services; and have executed this Construction Management Agreement based on the foregoing recitals;

2

WITNESSES THAT the Parties, in consideration of their mutual duties and responsibilities to one another as hereinafter set forth, hereby covenant and agree as follows:

1.    DEFINITIONS AND INTERPRETATION

1.1.    Definitions

In this Agreement:

"Additional Services" means and includes those matters and things the may be required by, and for, the Company that are consistent with the nature of engineering and construction management services typically provided by engineers and construction managers for projects of a like scope and nature.

"Business Day" means a day other than Sunday or a statutory holiday in the jurisdiction where the Construction Manager's office is located.

"Company's Representative" means the person named Schedule '6' to this Agreement;

"Company Supplied Equipment and Services" means the equipment and services described in Schedule "9" to this Agreement.

"Confidential Information" means information of any kind acquired in the course of, or incidental to, the performance of the Services or Additional Service by the Construction Manager or its personnel concerning the Company's, business, operations, strategies, transactions, affairs or property and all other information not in the public domain;

"Construction Manager's Representative" means the person named in Schedule '6' to this Agreement;

"Contractor(s)" means an entity or entities having a direct contract with the Company for the supply of labour, materials or equipment for the Project;

"Fixed Fee" is the fee payable to the Construction Manager for fully and properly performing and providing the Services in the amount specified in Article 5.1(e) of this Agreement;

"Force Majeure Event" means

(a)    war, whether declared or not, revolution or act of public enemies or terrorism;

(b)    riot or civil commotion;

(c)    any national or state wide strike, lockout or stoppage, work ban, restraint of labour, go-slow or other national or state wide industrial dispute which results in a stoppage of the provision of the Services for more than 5 consecutive days, but excluding any such industrial action which is limited to a Site or only affects the Party claiming force majeure;

(d)    any Act of God;

(e)    fire, flood, storm, tempest, earthquake, volcanic eruptions and washaway; or

3

(f)    any other cause or event, provided that it is not reasonably within the control of the affected Party and provided further that insufficiency of or inability to use funds for any reason cannot constitute a Force Majeure Event.

"Key Personnel" mean the Construction Manager's personnel listed in Schedule '3' to this Agreement; "Overheads" means 20% of the Personnel Costs;

"Personnel Costs" means the cost of the Construction Manager's personnel based on the hourly rates described in Schedule "5" to this Agreement.

"Project" means the matters and things for the Compania Minera Dolores S.A. de C.V. – Dolores Heap Leach Gold Project described in Schedule "1" to this Agreement to which the Services apply.

"Schedule" means the activities and the time frames for those activities described in Schedule '4' to this Agreement

"Senior Executives" means the persons identified as such in Schedule '7' to this Agreement.

"Staffing Budget" means the estimate of hours required to be spent by the Construction Manager's personnel in providing and performing the Services as described in Schedule "10" to this Agreement as revised from time to time by the written agreement of the parties.

"Services" means the services being provided, and to be provided, pursuant to this Agreement in relation to the Project and specifically includes the duties and coordination responsibilities of the Construction Manager as described herein.

"Site" means the site of the Dolores Mine owned by Compania Minera Dolores S.A. de C.V in Chihuahua, Mexico;

"Work Product" means all materials in any media, including electronic media prepared or produced by, or at the direction of the Construction Manager, or received by the Construction Manager directly or indirectly in connection with the Project in providing and performing the Services or Additional Services.

1.2.    Interpretation

In this Agreement and unless the context indicates a contrary intention:

(a)    reference to any Party includes that Party's executors, administrators, successors, substitutes and assigns, including any person taking by way of novation;

(b)    reference to this Agreement or to any other agreement, deed or document includes, respectively, this Agreement or that other agreement, deed or document as amended, novated, supplemented, varied or replaced from time to time;

(c)    reference to the Company includes all related corporate bodies of the Company;

(d)    reference to the Construction Manager includes all related corporate bodies of the Construction Manager;

(e) words importing the singular include the plural (and vice versa), words denoting a given sex include the other sex, and words denoting individuals include corporations (and vice versa);

(f) reference to any legislation or to any section or provision of any legislation includes any statutory modification or re-enactment or any statutory provision substituted for it, and ordinances, by-laws, regulations, and other statutory instruments issued under any legislation;

(g) references to parties, clauses, schedules, exhibits or annexures are references to Parties, clauses, schedules, exhibits and annexures to, or of, this Agreement, and a reference to this Agreement includes any schedule, exhibit and annexure;

(h) any day appointed or specified by this Agreement for the payment of any money that falls on a day which is not a Business Day will be deemed to be the next Business Day;

(i) references to payments to any Party to this Agreement will be construed to include payments to another person upon the direction of such Party;

(j) where a Party executes this Agreement in its capacity as a trustee, a reference to that Party includes any substituted or additional trustee; and

(k) headings are for convenience only and do not affect interpretation.

2.    SERVICES

2.1.    Services

The Construction Manager shall provide the Services to, and for the benefit of, the Company in accordance with, and subject to, the terms of this Agreement.

3.    ADDITIONAL SERVICES

3.1.    Right to require Additional Services

The Company may, from time to time, and at any time, by written notice, require the Construction Manager to provide and perform Additional Services, and the Construction Manager shall forthwith comply with such requirement.

4.    CONSTRUCTION MANAGER'S DUTIES AND PERFORMANCE REQUIREMENTS

4.1.    Duties of the Construction Manager

The Construction Manager shall:

(a) represent the Company in all matters relating to the construction of the Project;

(b) administer all contracts and proposed contracts with Contractors;

6

(c) prepare all bid documents, solicit bids, prepare contracts for execution and otherwise assist the Company as required in respect of awarding utilities, electrics and civils for the Project.

(d) comply with all reasonable directions of the Company;

(e) keep detailed records of all matters pertaining to the construction of the Project including minutes of all meetings, site inspections, and other communications and furnish copies of the same to the Company if required by the Company;

(f) keep detailed records of all Services and Additional Services provided and performed and keep daily work sheets which shall include all information necessary for Company to calculate or verify any payments which may be due to the Construction Manager and provide copies of the same to the Company if required by the Company;

(g) at any time and from time to time, provide any reasonable requested information to the Company in connection with the Construction Manager's performance of the Services and Additional Service and in connection with the construction of the Project;

(h) attend all meetings and presentations on behalf of the Company and assist and support the Company in preparing for and attending all meetings at which the Company is otherwise represented;

(i) assist the Company in resolving any dispute arising among the Company and its Contractors; and

(j) review Contractor's application for payment, confirm that the all appropriate back up information, submittals and statutory declarations accompany the Contractor's applications for payment, and recommend to the Company how much is to be paid to any Contractor(s) on a monthly basis.

(a) provide cost reporting of the entire Project including mining and other costs incurred and controlled by the Company; and

(k) provide commissioning assistance for the Project.

4.2.    Coordination Responsibilities of the Construction Manager

The Construction Manager shall be responsible for managing and coordinating :

(b) compliance by Contractors with all conditions that may be imposed by any governmental authorities having jurisdiction over the construction of the Project in connection with all approvals and permits;

(v) the construction of the Project in accordance with the designs, drawings and specifications applicable to the Project.

(d) the work of all Contractors for the construction of the Project;
(e) the work of all Contractors so that it is performed in accordance with the Schedule;

(f) all activities on the Site in a manner that is in the best interests of the Company and does not expose the Company to liability, cost or risk;
(g) compliance by Contractors with all directions of the Company;

6

(h) the work for all personnel working or attending at the Site so that it is performed in accordance with the safety plan provided by the Company;

(i) the quality control program and provide quality assurance for the construction of the Project;

(j) the materials handling plan for the Project; and

(k) the preparation of 'as built' drawings by the Contractors.

4.3.     **Key Personnel**

In providing and performing the Services, the Construction Manager shall use only personnel to perform the Services and Additional Services who have the required levels of skill, experience, competence and, where necessary, qualifications and without limiting the foregoing shall employ the Key Personnel and shall not change or remove any of the said Key Personnel without the express written agreement of the Company such agreement not to be unreasonably withheld.

4.4.     **Reports**

The Construction Manager shall provide the Company with monthly reports detailing the Services and Additional Services provided by the Construction Manager in the preceding month, in a form, and containing information, required by the Company.

4.5.     **Construction Manager's Representations and Warranties**

The Construction Manager acknowledges that that Company has made material reliance on the representation and warranties herein provided in engaging the Construction Manager pursuant to this Agreement and the Construction Manager represents and warrants that:

(a) the Construction Manager's personnel and all other persons hired by the Construction Manager to perform the Services and Additional Services are, and will be, competent and have the necessary knowledge, skills and experience to fully and properly perform the Services and Additional Services;

(b) the Services and Additional Services shall be delivered in a planned and logical sequence that is coordinated with the Company's development activities for the Project;

(c) the Services will be performed efficiently and in the most cost effective manner, consistent with any budgets and estimates for the Services and in accordance with the Schedule;

(d) the Services will be performed in accordance with the standard of care and skill exercised by, and expected of, first-rate nationally recognized construction managers in projects that are similar in scope, size, complexity and nature; and

(e) the Services and the Additional Services will, strictly comply with all applicable laws and with enerally prevailing and accepted industry standards and practices in the USA.

7

5.   PAYMENT FOR SERVICES AND ADDITIONAL SERVICES

5.1.   Payment for Services

The Company, on a monthly basis, and subject to the provision of this Article 5, shall pay the Construction Manager the total of:

(a)   the Personnel Costs; plus

(b)   the Overheads plus

(c)   a pro-rata-portion of  US$400,000 being the fee payable to the Construction Manager for providing and performing the Services (the "Fixed Fee").

collectively referred to as the "Construction Management Fee"

5.2.   Monthly Payment

On the 25th of every month, the Construction Manager shall submit an application for payment on account of the Services indicating:

(a)   an estimate of the Personnel Costs for the following month for Services with reference to the Staffing Budget indicating the Overheads and the pro-rata portion of the Fixed Fee that will be earned; and

(b)   the actual Personnel Cost for the month in which the application for payment in made.

5.3.   Time for Payment

Within 7 days of the receipt thereof, the Company, in its sole discretion acting reasonably, may accept the Construction Manager's calculations referenced in Article 5.2(a) above, or revise the same by substituting the Company's own calculations. Not later than 30 days from the date of the Company's receipt of the Construction Manager's application for payment, and all back up information required or requested by the Company, the Company will pay to the Construction Manager, the amount identified by the Construction Manager pursuant to Article 5.2(a) above, or the amount determined by the Company pursuant to this Article 5.3, adjusted as provided in Article 5.4 below

5.4.   Monthly Adjustments

The monthly amount payable to the Construction Manager on account of the Construction Management Fee will be adjusted to reflect the actual Personnel Costs for the preceding month so that the payment due to the Construction Manager for the current month will be debited or credited by the amount of any overpayment or underpayment in the preceding month.

5.5.   Maximum Fixed Fee

Subject to Article 5.6 below, the total Fixed Fee payable by the Company to the Construction Manager shall not, in any event, exceed the Fixed Fee specified in paragraph Article 5.1(c) of this Agreement,

8

**5.6.    Changes to the Fixed Fee**

If the Company changes the scope of the Project so that the Staffing Budget is increased or decreased by more than 20% of the estimated Personnel Costs, then the Fixed Fee shall be increased or decreased by a pro-rata amount.

**5.7.    Payment for Additional Services**

Unless agreed otherwise by the parties, payment for Additional Services shall be based on the hourly rates identified in Schedule '5' to this Agreement. The Construction Manager shall apply for payment for Additional Services in the same manner, and at the same times as submitting its applications for payment for the Services and shall name the Construction Manager's personnel providing and performing the said Additional Services. The amount claimed for such Additional Services shall be based on the number of hours expended in providing and performing the same multiplied by the hourly rates identified in Schedule '5' to this Agreement. The said hourly rates represent the entire amount payable to the Construction Manager and there shall be no additional mark-up or burden applied to the said hourly rates.

**5.8.    Method of application for payment**

The Construction Manager shall make all applications for payments via airmail, mail or electronic copy, and shall supply any further information or documentation requested by the Company to support the value of any application for payment

**5.9.    Method of Payment**

All payments made pursuant to this Agreement shall be made by unendorsed bank cheque or other immediately available funds in US Dollars or by such other means as the parties may agree.

**6.    SAFETY**

**6.1.    Compliance by Personnel**

The Construction Manager shall ensure that all persons employed by or under the control of Construction Manager observe and comply with all rules, regulations and directions which may be promulgated or given from time to time by the Company relating to any matter including, but not limited to, the safety of persons and preservation of property and shall ensure that all of the Construction Manager's personnel, and others employed by the Construction Manager for the purposes of providing and performing the Services and Additional Services are aware of, and properly trained in, safety procedures in respect of the Project. All costs incurred in relation to complying with this article shall be paid by the Construction Manager.

9

6.2.    **Reporting Accidents**

The Construction Manager shall immediately report to the Company any accident, injury or dangerous circumstance occurring or arising in the performance of the Services and Additional Services and any damage to the Company's property or to the property or person of any third party and any act, matter or thing which causes such damage loss or injury and the Construction Manager shall procure such further permission as may be necessary for the Company or any person nominated by it to make such inspections and interviews and take such statements from the Construction Manager's personnel as the Company shall thinks fit for the purposes of determining the causes and effects of such accidents, injuries or dangerous circumstances.

6.3.    **Serious Accidents**

The scene of serious accidents, as such accidents are defined by the United States of America Mine Safety & Health Administration (MSHA), or any Mexican law, must not be disturbed without the prior approval of the Company and all relevant authorities The Construction Manager shall permit and shall obtain such further permissions as may be necessary for the Company or any person nominated by the Company to make and conduct such inspections and interviews and take such statements from the Construction Manager's personnel and any Sub-consultant and their employees as the Company thinks fit for the purpose of determining the causes and effects of any accident, injury or dangerous circumstances. A full written report detailing the accident itself, its cause and the action taken by Construction Manager to prevent any further occurrence shall be submitted to the Company within twenty-four (24) hours of an accident. The company may direct that additional protective measures be carried out and Construction Manager shall forthwith comply and such direction at its own expense.

7.    **EQUIPMENT AND SERVICES**

7.1.    **Company Supplied Equipment and Services**

The Company shall provide the Construction Manager with the Company Supplied Equipment and Services for the purpose of providing the Services. The equipment must not be used for any other purpose. The Construction Manager shall be responsible for the care and maintenance of such equipment and shall take all steps and measure that are necessary or advisable in order to protect the Company Supplied Equipment and Services from loss or damage. The Construction Manager shall be liable to the Company for any loss of, or damage to, the equipment howsoever caused, except reasonable wear and tear. The Company may deduct the amount of any costs and expenses that the Company incurs as a result of the Construction Manager's failure to care and maintain the Company Supplied Equipment and Services and protect it from loss or damage. The Construction Manager shall return the equipment to the Company upon completion of the Service in the same good working order, repair and condition as such equipment was in at the commencement of the Services, fair wear and tear excepted.

7.2.    **Construction Manager Supplied Equipment**

The Construction Manager shall provide, at its own expense, all equipment necessary to efficiently perform the Services other than the Company Supplied Equipment and Services and shall keep such equipment adequately insured. All such equipment shall be at the risk of the Construction Manager and the Company shall in no event be responsible for loss or damage to the said equipment, howsoever arising.

The Construction Manager must not bring on Site any equipment which is in disrepair or which is not operating according to manufacturers specifications. All such equipment, to the extent reasonable, shall be clearly marked as belonging to the Construction Manager.

## 8.    POLLUTION AND THE ENVIRONMENT

### 8.1.    Awareness

The Construction Manager shall ensure that all persons engaged in performing the Services and Additional Services are fully aware of, and comply with, all laws and other requirements applicable in relation to environment protection and conservation including, without limitation, the Company's Environmental Management Plan as issued from time to time by the Company.

### 8.2.    Existing Flora and Fauna

The Construction Manager shall not cause or permit damage or injury to any existing flora and fauna. Written approval must be obtained before any other flora can be removed, destroyed or damaged.

### 7.3    Local Title and Heritage

The Construction Manager shall not cause or permit damage or destruction of any heritage site and must comply with all laws and other requirements applicable in relation to heritage matters.

## 9.    ACCOMMODATION AND MESSING

### 9.1.    Accommodation and Messing

The Company will provide suitable accommodation and messing for the Construction Manager's personnel when at Site. Subject to availability, and at the Company's discretion, accommodation may also be made available to the Construction Manager's duly authorised visitors.

### 9.2.    Compliance with Rules and Regulations

The Construction Manager will ensure that the Key and other Personnel shall observe all applicable Site rules and regulations issued by the Company from time to time. The Company reserves the right to withdraw accommodation and messing facilities from any person for non-observance of Site rules.

11

9.3.    **Costs of Damage**

The Company may charge the Construction Manager for the repair of any damage done to Site accommodation buildings or contents which is shown to have been solely caused by the Construction Manager's personnel or duly authorised visitors which charge shall be a debt due to the Company by the Construction Manager and may at the option of the Company be deducted from any amounts owing by the Company to the Construction Manager.

## 10.    CONFIDENTIAL INFORMATION

10.1.    **Non Disclosure Obligations**

The Construction Manager shall not, disclose to any other person any Confidential Information or use any of that information commercially, or for private gain, or in any way not specifically contemplated under this Agreement and authorized by the Company. The Construction Manager shall also ensure that any and all personnel, and others for whom the Construction Manager is responsible do not disclose any Confidential Information or use any of that information commercially or for private gain or in any way not specifically contemplated under this Agreement and authorized by the Company, The Construction Manager shall not, retain copies of any Confidential Information once the Construction Manager no longer requires the said copies of information in order to provide and perform the Services and Additional Services and shall ensure that any and all of the Construction Manager's personnel, and others for whom the Construction Manager is responsible do not retain such copies. The obligations of the Construction Manager pursuant to this clause shall not apply to:

(a)    any disclosure where the disclosure is required by law. If the Construction Manager decides that the disclosure is required by law, it must immediately notify the Company of the requirement for the information or property to be disclosed. If the Company objects to the disclosure on the basis that it is not required by law, the Construction Manager must do all things requested by the Company to resist such disclosure at the cost of the Company;

(b)    the disclosure is to an officer or employee of the Construction Manager, and is to the extent that he or she needs to know the Confidential Information. The disclosure must only be made on the express condition that the officer or employee is subject to the same obligation of confidentiality as the Construction Manager;

(c)    the disclosure is reasonably made to a professional legal adviser;

(d)    the Confidential Information is already in the public domain, unless it came into the public domain as a result of a breach of confidentiality; and

(e)    the Company consents in writing to the disclosure. The Company's consent may be subject to the condition that the person to whom the disclosure is made enter into a separate confidentiality agreement with the Company;

10.2.    **Survival of Non-disclosure Obligations**

The obligations of the Construction Manager under this clause survive and continue after the termination of this Agreement.

12

10.3.    Indemnity and Hold Harmless.

The Construction Manager shall hold harmless and indemnify the Company from and against any and all claims against the Company or damages assessed against the Company arising out of the unauthorized disclosure of any Confidential Information contrary to the provisions of this Article 10.

## 11.    WORK PRODUCT

### 11.1.    Ownership

The Work Product, and any partially completed portions thereof, shall at all times belong exclusively to the Company. The Company agrees that it will not use the Work Product for any purpose, except for the execution of the Project, without obtaining the Construction Manager's prior agreement, in writing, and equitably remunerating the Construction Manager therefore.

### 11.2.    Survival of Ownership Rights

The Company's rights in respect of the Work Product shall survive any termination of this Agreement.

### 11.3.    Delivery of Work Product

The Construction Manager shall deliver to the Company, upon its request, all Work Product and all copies of any Work Product and all correspondence produced or received on behalf of the Company and all files, notes and office materials received or developed by the Construction Manager with respect to the Services and Additional Services in the possession of the Construction Manager or any employee or agent thereof at any time during the currency of this Agreement and immediately upon termination of this Agreement.

### 11.4.    Control and Review of Work Product

The Company shall at all times have the right to control and review all Work Product and may, from time to time, impose specific requirements and general provisions setting out items which the Construction Manager must submit to the Company for specific review. Such review by the Company shall not affect or diminish in any way, the obligations and liabilities of the Construction Manager with respect to the Services.

### 11.5.    Further Acts

The Construction Manager and Company shall, at any time, and from time to time hereafter at the request of the other execute all such documents and do all such further acts that may be required in order to vest in the Company ownership and control in the Work Product as described in this Article 11.

13

12.   **INSURANCE**

12.1.  **Insurance to be Maintained by the Construction Manager**

The Construction Manager, at the Construction Manager's expense, shall take out and maintain, in full force and effect, the following policies of insurance:

(a)   a professional liability insurance policy insuring the Construction Manager and those for whom the Construction Manager is responsible, for negligent acts, errors and/or omissions in providing the Services, with a minimum coverage of US$ 5,000,000 per claim and a minimum aggregate coverage under the policy of US$ 5,000,000, to be maintained during the currency of this Agreement and for 60 months following the completion of the Services.

(b)   workers' compensation and any other insurance required by any applicable law in respect of injury or death to the Construction Manager's personnel, and the personnel of persons for whom the Construction Manager is responsible, at the Site and employer's liability/common law insurance in an amount of $5 million in respect of any person employed or engaged by the Construction Manager or deemed to be so-employed;

(c)   general third party liability insurance covering the Construction Manager's own operations and legal liabilities, and the operations and legal liabilities of those for whom the Construction Manager is responsible with a minimum coverage of not less than US$5 million for any one occurrence;

(d)   motor vehicle liability insurance (including applicable "gap" coverages for claims in respect of personal injury or death not covered nor able to be covered by the insurance otherwise referred to in this Article) in respect of all mechanically-propelled vehicles supplied and used by the Construction Manager in connection with carrying out the Services and Additional Services with a minimum coverage of US$2 million for any one occurrence;

(e)   any additional insurance required by law;

12.2.  **Certificate of Currency**

If requested by the Company, the Construction Manager shall provide a certificate of currency for the insurance policies required to be maintained by the Construction Manager under this Article 12.

12.3.  **Company May Effect Insurance**

If the Construction Manager fails to effect or keep in force any of the insurances required by this Article 12, the Company may:

(a)   effect and keep such insurances in force and pay such premiums as may be necessary for that purpose and may recover as a debt due and payable from the Construction Manager the amount so paid; and

14

(b)    refuse payment of any amount otherwise due to the Construction Manager until such insurance is obtained by the Construction Manager and policies are made available for inspection by the Company.

**13.    CONSTRUCTION MANAGER'S INDEMNITY**

**13.1.    Indemnity**

The Construction Manager shall bear all risks and liabilities resulting from any and all Services and Additional Services negligently or improperly performed by the Construction Manager or by others for whom the Construction Manager is responsible. The Construction Manager hereby indemnifies the Company and its officers, employees and agents from and against all claims, proceedings, damages liabilities, losses and expenses, including legal costs on a full indemnity basis, arising out of:

(a)    errors, omissions or negligent acts by the Construction Manager or anyone for whom it is responsible in connection with the provision of the Services;

(b)    breach of this Agreement;

(c)    infringement of patents, trade marks, copyright and registered designs; and

(d)    failure by the Construction Manager to comply with any laws, regulations or other legal requirements.

**13.2.    Exclusion of Company's Actions**

The Construction Manager is not liable to indemnify the Company for any liability, loss or expense arising out of any claim or proceeding against the Company to the extent that such claim or proceeding is based on the acts or omission of the Company or persons for whom the Company is responsible.

**13.3.    Limitation of Liability.**

The Construction Manager's liability to the Company in respect of any indemnity provided by the Construction Manager pursuant to this Article 13, shall be limited to US$ 5,000,000 per claim (as that term is defined in the Construction Manager's professional liability insurance policy) and to and aggregate of US$ 5,000,000. Neither Party shall be liable to the other for any consequential loss or damages or indirect loss, including loss of profits, economic loss, loss of production, loss of contracts, loss of revenue, business interruption or for any special, pecuniary or exemplary loss or damages arising out of or in connection with this Agreement.

**14.    TERMINATION**

**14.1.    Termination Due to Breach**

If either Party to this Agreement (hereinafter referred to as the "Defaulting Party") commits a breach of this Agreement and fails to commence to rectify such breach, if capable of

15

remedy, within 10 days of receiving written notice from the other Party (hereinafter referred to as the "Non-Defaulting Party") specifying the breach, the Non-Defaulting Party may terminate this Agreement forthwith by sending a written notice stating that the Agreement is terminated to the Defaulting Party. The Agreement will be terminated from the date that the written notice of termination is sent to the Defaulting Party.

14.2.    **Termination Due to Unsatisfactory Provision of Services**

If the Company believes the provision of the Services is unsatisfactory, the Company may give the Construction Manager a written notice specifying the problems and requiring the Construction Manager remedy the unsatisfactory performance of the Services within 3 days, or such longer time as may be specified by the Company, the Company may terminate the Agreement by 7 days notice in writing to the Construction Manager.

14.3.    **Termination Because Services No Longer Required**

If the Company reasonably considers that, having regard to its business needs, the Services are no longer required, it may terminate the Agreement by giving 14 days notice in writing to the Construction Manager. The Company shall pay to the Construction Manager all outstanding amounts for the Services and Additional Services up to the date of termination and any other costs or expenses the Construction Manager is legally liable to pay arising directly from the said termination. In no event shall the Company be responsible for lost profits or lost opportunity costs of the Construction Manager, or those for whom the Construction Manager is responsible, attributable, or related, to the said termination.

14.4.    **No Compensation on Termination**

Other than the direct termination costs payable by the Company under Article 14.3 above, the Construction Manager is not entitled to any compensation or payment for the early termination of this Agreement.

14.5.    **Delivery of Property and Records on Termination**

If this Agreement is terminated, the Construction Manager shall immediately deliver to the Company all Work Product and any other supplies, and equipment used by the Construction Manager in the provision of the Services and Additional Services and belonging to the Company and shall keep confidential any copy of any of the documents or records retained by the Consultant including any information on any computer or in any digital or electronic form.

15.    **VALUE ADDED AND WITHHOLDING TAX**

15.1.    **Value Added Tax**

All fees, amounts and hourly rates referred to in this Agreement, are exclusive of, GST, IVA and/or VAT. The Consultant shall indicate any GST, IVA and/or VAT that is payable by the Company, and collectable by the Consultant on the Consultant's applications for payment and the Company shall pay the said taxes in addition to the Design Fee. The

16

Consultant shall remit all such taxes as required by the any applicable laws or tax authority, and the parties will cooperate with each other with respect to recovery of such taxes or the mitigation of the same.

**15.2.    Withholding Tax**

Payments to the Construction Manager may be subject to withholding tax and the Company shall be entitled to withhold and remit such withholding tax from payments otherwise due to the Construction Manager. The Construction Manager and the Company agree that they will work cooperatively to minimize and recover any withholding tax for the benefit of the Construction Manager.

**16.    FORCE MAJEURE**

**16.1.    Procedure**

If a Force Majeure Event occurs:

(a)    a Party affected by the Force Majeure Event will notify the other Party in writing as soon as practicable of the Force Majeure Event and the extent to which that Party is unable to comply with its obligations;

(b)    the obligations of a Party under this Agreement will be suspended to the extent that it is wholly or partially precluded from complying with its obligations under this Agreement by the Force Majeure Event and the Schedule will be extended by the duration of the suspension;

(c)    the affected Party will, using all reasonable diligence and endeavours, seek to remedy, avoid or overcome the Force Majeure Event as quickly as is practicable and otherwise seek to minimise any delays which may result from the Force Majeure Event; and

(d)    the affected Party will promptly on the cessation of the Force Majeure Event notify the other Party of the cessation and recommence performance of its obligations under this Agreement.

**16.2.    Effect of Force Majeure**

The Parties acknowledge that in the event of an occurrence of a Force Majeure Event that will prevent the Construction Manager from completing the Services in full, then, after 60 days following start of the Force Majeure, either party will be entitled to terminate the Agreement by giving written notice to the other. The Company shall continue to pay the Personnel Costs without any Overheads or Fixed Fee being applied to the same during the said 60 day period. The Company may thereafter have the Services performed by a person other than the Construction Manager.  In no event shall the Company be responsible for lost profits or lost opportunity costs of the Construction Manager, or those for whom the Construction Manager is responsible, attributable, or related, to the said termination.

17

17.    **DISPUTES**

(a)    If a dispute arises between the Parties arising out of or relating to this Agreement the Party seeking to resolve the dispute must do so strictly in accordance with the provisions of this Article 17. Compliance with the provisions of this article is a condition precedent to seeking relief in any court or tribunal in respect of the dispute.

(b)    A Party seeking to resolve the dispute must notify the existence and nature of the dispute to the other Party (hereinafter referred to as the "Notification"). Upon receipt of a Notification the Parties must refer resolution of the dispute to their respective Senior Executives and those Senior Executives will meet within 7 days and use their best endeavours to resolve the dispute by negotiation.

(c)    If within 30 days of receipt of a Notification, the Parties have been unable to resolve the matter, or to agree a method of resolving the matter, by negotiation, then either Party may commence proceedings in accordance with Article 17(d) below.

(d)    The Parties agree that any claim or dispute between them or against any agent, employee, successor, or assign of the other, whether related to this Agreement or otherwise, and any claim or dispute related to the Agreement or the relationship or duties contemplated under this contract, including the validity of this arbitration clause, shall be resolved by binding arbitration under the rules of the American Arbitration Association. Any award of the arbitrators may be entered as a judgment in any court having jurisdiction, including remedies for repossession, replevin, foreclosure, or other remedies where property would be subject to reclamation or disposition. In the event a court having jurisdiction finds any portion of this Agreement unenforceable, that portion shall not be effective and the remainder of the Agreement shall remain effective. An arbitrator selected by the claimant and an arbitrator selected by respondent shall, within ten days of their appointment, select a third and neutral arbitrator. In the event that they are unable to do so, the Parties shall agree to an independent third party to appoint the third arbitrator.

(e)    Expenses and individual legal fees incurred by the Parties in connection with any such arbitration shall be borne by the Parties as determined by the arbitrators.


18.    **NOTICES**

18.1.  **Delivery of Notices**

All notices required or permitted to be given by one Party to another under this Agreement must be in writing, addressed to the other Party and:

(a)    delivered at that Party's described in Schedule '8' to this Agreement;

(b)    sent by pre-paid mail to that Party's address; or

(c)    transmitted electronically to that Party's address.

18

**18.2.   Receipt of Notices**

A Notice given to a Party in accordance with Article 16.1 is treated as having been duly given and received:

(a)   when delivered (in the case of its being left at that Party's address);

(b)   on the fifth Business Day after posting

(c)   on the day of transmission if a Business Day, otherwise on the next following Business Day (in the case of it being transmitted by facsimile to the facsimile receiver number of the recipient and a correct and complete transmission report for that transmission being received by the sender); or

(d)   if sent by email, upon receipt by the sender of acknowledgment of receipt from the recipient.

**19.      PARTIES' REPRESENTATIVES**

**19.1.   Liaison**

The Construction Manager will liaise with the Company's Representative or any other person notified to the Construction Manager by the Company from time to time for all matters (including instructions, notifications and authorisations) relating to the Services and Additional Services and this Agreement.

**19.2.   Notices**

Notwithstanding the provisions of Article 18, the Company may issue all Notices under this Agreement to the Construction Manager's Representative and the Construction Manager's Representative will act as the Construction Manager's point of contact for all matters to do with this Agreement. The Construction Manager will promptly inform the Company in writing of any replacement of the Construction Manager's Representative.

**20.      CHANGES IN SERVICES**

**20.1.   Changes in Services**

The Company shall, and from time to time, and at any time, be entitled, add to, or delete from, the Services by giving written direction of the same to the Construction Manager. If any modification or deletion of the Services results in a reduction or an increase in the Staffing Budget, then, subject to Article 5.6 of this Agreement, the Fixed Fee shall be increased or decreased by a pro-rata amount.

**21.      MISCELLANEOUS**

**21.1.   No Agency**

The relationship between the Company and the Construction Manager is that of independent contractors and nothing in this Agreement will be construed so as to create a relationship of employment, agency or partnership between the Company and the

19

Construction Manager (or any of the directors, partners or personnel of the Construction Manager). The Construction Manager does not have any authority to contract with third parties on behalf of the Company or to otherwise bind the Company without the Company's written agreement.

21.2.   **Conflict of Interest**

The Construction Manager shall ensure that, it and its personnel, have no conflict of interest preventing them from properly and confidentially performing the Services and Additional Services in accordance with this Agreement. Should a conflict of interest, or a potential conflict of interest, arise, the Construction Manager must immediately advise the Company.

21.3.   **Liability for Sub-consultants**

The Construction Manager must not engage any sub-consultant or agent to perform any or all of the Services and Additional Services without the prior consent of the Company. The Construction Manager will ensure that any sub-consultant or agent it engages in connection with this Agreement complies with all applicable terms and conditions of this Agreement. The Construction Manager will indemnify and keep indemnified the Company against any loss or damage arising out of the performance, purported performance or non-performance by any of its sub-consultants or agents.

21.4.   **Entire Agreement**

This Agreement constitutes the entire agreement for the performance of the Services and Additional Services and supersedes all previous arrangements, correspondence, representations, proposals, understandings and communications whether written or oral.

21.5.   **Waiver**

The non-exercise of, or delay in, exercising any power or right of a Party does not operate as a waiver of that power or right, nor does any single exercise of a power or right preclude any other exercise of it or the exercise of any other power or right. A power or right may only be waived in writing, signed by the Party to be bound by the waiver. A waiver of any breach or non-compliance will not be, and will not be deemed to be, a waiver of any other or subsequent breach or non-compliance.

21.6.   **Severability**

Any provision in this Agreement which is invalid or unenforceable in any jurisdiction is to be read down for the purposes of that jurisdiction, if possible, so as to be valid and enforceable, and is otherwise capable of being severed to the extent of the invalidity or unenforceability, without affecting the remaining provisions of this Agreement or the validity or unenforceability of that provision in any other jurisdiction.

21.7.   **Governing Law and Jurisdiction**

This Agreement is governed by the laws of the state of New York and the Parties irrevocably submit to the jurisdiction of the courts of the State of New York USA.

21.8.   **Assignment**

20

The Construction Manager may not assign, otherwise transfer or subcontract any part of its rights or obligations under this Agreement.

21.9.  **Direct Agreement with Lender**

If required to do so, the Construction Manager shall enter into a direct agreement with the lenders under the Project financing for the Project stating that:

(1)  the Construction Manager will continue to comply with the terms of this Agreement notwithstanding any assignment of this Agreement to the lender;

(2)  the Construction Manager consents to the assignment of the benefits of this Agreement to the lender by way of security and any subsequent assignment of the benefits of this Agreement by the lender in connection with the with the enforcement of such security;

(3)  the Construction Manager agrees that it will confirm to the lender that the Agreement is in full force and effect and that there are no outstanding defaults under the Agreement;

(4)  the Construction Manager agrees that any notice of any breach of the Agreement that it issues will be contemporaneously issued to the lender and that such lender shall be permitted, but not obligated, to rectify such breach within 10 days of the receipt of such notice; and

(5)  the lender may enforce this Agreement as if the lender was a party thereto; and

such other terms as the lender may reasonably request and are acceptable to the Construction Manager acting reasonably.

21.10.  **Enurement**

This Agreement will be binding upon and operate for the benefit of the parties hereto and their respective successors and permitted assigns.

**EXECUTED BY**    Compania Minera Dolores S.A. de C.V.
in the presence of:

Signature of witness                    Signature of Authorised Representative    VICE PRESIDENT

Tavsh C. Page, VP Exploration    Todd S. Fanram
Name of witness                    Name of Authorised Representative

**EXECUTED BY**    Ausenco International Pty Ltd. (ABN 98 096 016 849)
in the presence of:

Signature of witness                    Signature of Authorised Representative

REBECCA  S.  GANTNER        GIAN K GANTNER
Name of witness                    Name of Authorised Representative

21

22

## SCHEDULE 1 – PROJECT

The "Project" is defined as follows:

- Leach pad preparation and lining

- Leach pond preparation and lining; solution ponds preparation and lining

- Power plant

- Ancillary Buildings – Truck shop which includes maintenance, fuel station, truck wash, laboratory, warehouse and offices, change house and gate house

- Water Systems: Tatusca River, Chabacan Reservoir, Ainglio Reservoir and old mine and all water systems relating to facilities distribution.

- Electrical Distribution

- Process solution lines and pumps

- Concrete for TNT package

- Concrete for Lyntek package

- Facilities, leach pad and process ponds site preparation

- Plant Roads

- Main Camp for construction and operations

- TNT crusher and stacking system, contract negotiated and awarded by the Company for crusher

- Coordination of Lyntek, Merrill Crowe contract negotiated and placed by the Company

- Coordinate Chabacan water and surface diversion

23

## SCHEDULE 2 – ADDITIONAL SERVICES

NOT USED

24

## SCHEDULE 3 – CONSTRUCTION MANAGER'S KEY PERSONNEL

- Carlos Torres
- Benjamin SAEZ
- Enrique Sobrevilla
- Bob Hayes
- Mario Eisenberg
- George Anderson
- Ulises Illerandi
- Chustemoo Herrera
- Bob Davis
- Steve Ragsdale
- Benjamin Molins
- Richard McRae
- Gary Gantner

25

## SCHEDULE 4 – SCHEDULE

## SCHEDULE 5—HOURLY RATES FOR CALCULATING MONTHLY PAYMENTS FOR SERVICES AND ADDITIONAL SERVICES

The Services and Additional Services shall be provided at the rates set out below. These rates do not include the Construction Manager's Overhead and Fixed Fee.

| | | |
|---|---|---|
| Project Manager | C.Torres | 90/hour |
| Project Control Manager | G. Andersen | 90/hour |
| Site Manager | B. Saenz | 80/hour |
| Resident Engineer | B.Hayes | 80/hour |
| General Superintendent | E. Sobrevilla | 70/hour |
| Project Contracts Manager | M. Eisenberg | 90/hour |
| Elect/Instr. Superintendent | U .Illerandi | 40/hour |
| Mech/PipingSuperintendent | (later) | 40/HOUR |
| Contracts Administrator | (later) | 40/HOUR |
| Material Control | A. Alegria | 20/HOUR |
| Project Controls | B. Molina | 40/HOUR |
| Heap leach Superintendent | B.Davis | 70/hour |
| Mech/Civil/Piping Engineer | C. Heretta | 40/hour |
| Safety and Security Manager | (later) | 40/hour |
| Security Supervisor | (later) | 20/hour |
| safety supervisor | (later) | 20/hour |
| Scheduler | | 20/hour |
| Cost Engineer | (later) | 20/hour |
| Procurement (Mex. City | (later) | 30/HOUR |
| Procurement Tucson | A. Palafox | 50/hour |
| Controls Clerk Tucson | (later) | 20/hour |
| Administrator Tucson | M. Hawthorne | 22/hour |
| Construction Coordinator | Steve Ragsdale | 70/hour |
| Civil/Structural Consultant | J. Caid | 90/hour |
| Project Sponsor | R. McRae | 150/hour |
| Project Sponsor | G, Gantner | 150/hour |

All hourly rates are in USD.

Subject to the terms of the Agreement, the maximum allowable Overheads on the above hourly rates representing the Construction Manager's administrative overheads and burden shall be 20%

Expenses for travel, accommodation, living allowances, shall be reimbursed at their actual cost plus 5% for administrative overheads

27

## SCHEDULE 6 – COMPANY / CONSTRUCTION MANAGER'S REPRESENTATIVE

| Company's Representative | Todd E. Fayram<br>General Manager<br>Compania Minera Dolores S.A. de C.V.<br>Lazaro de Balgorri #2<br>Parques de San Felipe<br>Chihuahua, Chih. 31203 Mexico<br>Facsimile: 614-426-6566<br>Email: fayram@minefinders.com |
| --- | --- |

| Consultants Representative | Richard McRae<br>Project Sponsor<br>Ausenco Americas LLC<br>4005 North Flowing Wells Road<br>Tucson, AZ 85705<br>Fax (520) 292 2705<br>E-mail: richard.morse@ausenco.com |
| --- | --- |

28

## SCHEDULE 7 – SENIOR EXECUTIVES

The Senior Executive for the Company is:

Mark Bailey, President, Minefinders Corporation, Ltd.

The Senior Executive for the Construction Manager is:

Gary Gantner, Present, Ausenco Americas

29

## SCHEDULE 8 – ADDRESS FOR DELIVERY OF NOTICES

| | |
|---|---|
| Company's Address | Compañía Minera Dolores S.A. de C.V.<br>Lazaro de Baigorri #2<br>Parques de San Felipe<br>Chihuahua, Chih. 31203 Mexico<br>Facsimile: 614-426-6566<br>Email: fayram@minefinders.com |

| | |
|---|---|
| Construction Manager's Address | 4005 North Flowing Wells Road<br>Tucson, AZ 85705<br>Fax (520) 292.2705<br>E-mail: richard.mcrae@ausenco.com |

30

## SCHEDULE 9 – COMPANY SUPPLIED EQUIPMENT AND SERVICES AND SERVICES

- Accommodation and Messing
- Vehicles
  (Company supplied vehicles for use off the mine site shall be insured by the Company)
- Office and office supplies including computers, telephones and phone service and furniture
- Internet, fax and communications services
- Specific equipment for Quality Assurance and Quality Control
- Potable water on site
- Safety supplies
- Other things that the Company deems necessary for the construction of the Project

31

**SCHEDULE 10 – STAFFING BUDGET**

32

Exhibit 2

ENGINEERS & PROJECT MANAGERS



**AUSENCO**

Ausenco International Pty Ltd
ABN 563 9661 6841
2404 Logan Road
Eight Mile Plains
Brisbane • Queensland
4113 • Australia
Phone • 61 7 3112 8200
Fax • 61 7 3841 1421

# TAX INVOICE

**Compania Minera Dolores S.A. de C.V.**
**Haciendas del Carrizal No 3402 Int 201**
**Fracc Las Haciendas 3ra Etapa**
**C.P 31215**
**Chihuahua, Mexico**
**MDO-970311-D36**

| | | | | |
|---|---|---|---|---|
| Job No: | 1590 | | Invoice No: | 002311 |
| Issue Date: | 17 January 2008 | | Order No: | |
| Invoice Month: | December 2007 | | | |

Provision of engineering services as per the attached transaction reports.

| | | |
|---|---:|---|
| Labour | 295,054.00 | USD |
| Expenses and Sundries | 111,125.33 | USD |
| Consultancy Fee - Dec 2007 | 20,834.00 | USD |
| Dec ( 20% Labour Charge x $295054.00) | 59,010.80 | USD |
| Less: Dec 2007 - Forecast Ausenco Manhours and Lab Fees | -219,640.00 | USD |
| Less: Dec 2007 - Forecast Ausenco Expenses | -163,272.00 | USD |
| Jan 2008 - Forecast Ausenco Manhours & Lab Fee | 374,898.00 | USD |
| Jan 2008 Forecast Ausenco Expenses | 111,160.00 | USD |
| | **$   589,170.13** | |

| | | | |
|---|---|---:|---|
| Export - No GST Applies | $ | 0.00 | USD |

| | |
|---|---|
| Please Note: | **Payment is to be made by Interbank Electronic Transfer** |
| | **with fax confirmation to:** |
| | **Attn:  Accounts Receivable Administator - Facsimile: 61 7 3841 1421** |
| | |
| | **ANZ Bank** |
| | **A/C Name: Ausenco International Pty Ltd USD A/C** |
| | **A/C No: 120006USD00001** |
| | **ANZ Swift Code:  ANZBAU3M** |

| | | | | |
|---|---|---|---:|---|
| | | **Total of Invoice** | **$      589,170.13** | **USD** |

Please Note:  All invoices are payable 30 days from the date of invoice
Interest may be charged on amounts not paid by the due date
16 February 2008

Signed for Ausenco International Pty Ltd



**Customer:**     Compania Minera Dolores SAdeCV

**Project:**      1590 Dolores Construction Mgmt

Billings up to and including 28-Dec-2007

**Invoice No:**    002311

**Invoice Date:**   17-January-2008

## Labour

| Cost Code | Task | Employee Name | Week End | Rate | Units | Charged |
|---|---|---|---|---|---|---|
| P T MGT | Management Management/Co-C | Antonio MAZZEI | 07/12/2007 | 114.00 | 70.00 | 7,980.00 |
| P T MGT | Management Management/Co-C | Antonio MAZZEI | 14/12/2007 | 114.00 | 70.00 | 7,980.00 |
| P T MGT | Management Management/Co-C | Antonio MAZZEI | 21/12/2007 | 114.00 | 70.00 | 7,980.00 |
| P T MGT | Management Management/Co-C | Antonio MAZZEI | 28/12/2007 | 114.00 | 56.00 | 6,384.00 |
| P T MGT | Management Management/Co-C | Mathew LANGRIDGE | 21/12/2007 | 240.00 | 3.00 | 720.00 |
| Sub Total: Project Mgt  Management/Co-Ordination | | | | | 269.00 | 31,044.00 |
| Cost Centre Total:  Project Mgt | | | | | 269.00 | 31,044.00 |
| S C ENG | Engineering Civil/Concret | Gabino NACIF | 07/12/2007 | 15.00 | 30.00 | 450.00 |
| S C ENG | Engineering Civil/Concret | Gabino NACIF | 14/12/2007 | 15.00 | 55.00 | 825.00 |
| S C ENG | Engineering Civil/Concret | Gabino NACIF | 21/12/2007 | 15.00 | 77.00 | 1,155.00 |
| S C ENG | Engineering Civil/Concret | Gabino NACIF | 28/12/2007 | 15.00 | 44.00 | 660.00 |
| S C ENG | Engineering Civil/Concret | Gustavo CORDOVA | 07/12/2007 | 40.00 | 76.00 | 3,040.00 |
| S C ENG | Engineering Civil/Concret | Gustavo CORDOVA | 14/12/2007 | 40.00 | 76.00 | 3,040.00 |
| S C ENG | Engineering Civil/Concret | Gustavo CORDOVA | 21/12/2007 | 40.00 | 37.00 | 1,480.00 |
| S C ENG | Engineering Civil/Concret | Joel MALDONANDO | 07/12/2007 | 40.00 | 30.00 | 1,200.00 |
| S C ENG | Engineering Civil/Concret | Saeed SERNAVAZQUEZ | 30/11/2007 | 30.00 | 77.00 | 2,310.00 |
| S C ENG | Engineering Civil/Concret | Saeed SERNAVAZQUEZ | 07/12/2007 | 30.00 | 74.00 | 2,220.00 |
| S C ENG | Engineering Civil/Concret | Saeed SERNAVAZQUEZ | 14/12/2007 | 30.00 | 19.00 | 570.00 |
| S C ENG | Engineering Civil/Concret | Saeed SERNAVAZQUEZ | 21/12/2007 | 30.00 | 41.00 | 1,230.00 |
| S C ENG | Engineering Civil/Concret | Saeed SERNAVAZQUEZ | 28/12/2007 | 30.00 | 77.00 | 2,310.00 |
| Sub Total: Site  Civil/Concret | | | | | 713.00 | 20,490.00 |
| S D SUP | Supervision Safety | James BRAUND | 21/12/2007 | 90.00 | 68.00 | 6,120.00 |
| S D SUP | Supervision Safety | James BRAUND | 28/12/2007 | 90.00 | 56.00 | 5,040.00 |
| S D SUP | Supervision Safety | Luis RICAUD | 07/12/2007 | 20.00 | 75.00 | 1,500.00 |
| S D SUP | Supervision Safety | Luis RICAUD | 14/12/2007 | 20.00 | 75.00 | 1,500.00 |
| S D SUP | Supervision Safety | Luis RICAUD | 21/12/2007 | 20.00 | 63.00 | 1,280.00 |
| Sub Total: Site  Safety | | | | | 337.00 | 15,420.00 |
| S E ENG | Engineering Electrical | Rick TRETHOWAN | 14/12/2007 | 85.00 | 76.00 | 6,460.00 |
| S E ENG | Engineering Electrical | Rick TRETHOWAN | 21/12/2007 | 85.00 | 84.00 | 7,140.00 |
| S E ENG | Engineering Electrical | Rick TRETHOWAN | 28/12/2007 | 85.00 | 24.00 | 2,040.00 |
| S E ENG | Engineering Electrical | Tomas MEDINA | 14/12/2007 | 30.00 | 2.00 | 60.00 |
| S E ENG | Engineering Electrical | Ulises LLERANDI | 07/12/2007 | 40.00 | 72.00 | 2,880.00 |
| S E ENG | Engineering Electrical | Ulises LLERANDI | 14/12/2007 | 40.00 | 72.00 | 2,880.00 |
| S E ENG | Engineering Electrical | Ulises LLERANDI | 21/12/2007 | 40.00 | 8.00 | 320.00 |
| Sub Total: Site  Electrical | | | | | 338.00 | 21,780.00 |
| S L PCC | Procurement/Contracts Clerical | Antonio ALEGRIA | 07/12/2007 | 20.00 | 65.00 | 1,300.00 |
| S L PCC | Procurement/Contracts Clerical | Antonio ALEGRIA | 14/12/2007 | 20.00 | 65.00 | 1,300.00 |
| S L PCC | Procurement/Contracts Clerical | Antonio ALEGRIA | 21/12/2007 | 20.00 | 65.00 | 1,300.00 |
| S L PCC | Procurement/Contracts Clerical | Antonio ALEGRIA | 28/12/2007 | 20.00 | 8.00 | 160.00 |
| S L PCC | Procurement/Contracts Clerical | Guillermo AGUIRRE | 14/12/2007 | 40.00 | 19.00 | 760.00 |
| Sub Total: Site  Clerical | | | | | 222.00 | 4,820.00 |
| S M SUP | Supervision Mechanical | John LEE-HERRING | 14/12/2007 | 85.00 | 64.00 | 5,440.00 |
| S M SUP | Supervision Mechanical | John LEE-HERRING | 21/12/2007 | 85.00 | 84.00 | 7,140.00 |
| S M SUP | Supervision Mechanical | John LEE-HERRING | 28/12/2007 | 85.00 | 28.00 | 2,380.00 |
| S M SUP | Supervision Mechanical | Jorge LOPEZ | 07/12/2007 | 40.00 | 65.00 | 2,600.00 |
| S M SUP | Supervision Mechanical | Jorge LOPEZ | 14/12/2007 | 40.00 | 65.00 | 2,600.00 |
| S M SUP | Supervision Mechanical | Jorge LOPEZ | 21/12/2007 | 40.00 | 57.00 | 2,280.00 |
| S M SUP | Supervision Mechanical | Jorge LOPEZ | 28/12/2007 | 40.00 | 8.00 | 320.00 |
| Sub Total: Site  Mechanical | | | | | 371.00 | 22,760.00 |

1    12/02/08

**Customer:**  Compania Minera Dolores SAdeCV

**Project:**  1590 Dolores Construction Mgmt

Billings up to and including 28-Dec-2007

**Invoice No:**  002311

**Invoice Date:**  17-January-2008

| | | | | | |
|---|---|---|---|---|---|
| S N PCC | Procurement/Contracts Contract | Enrique SOBREVILLA | 07/12/2007 | 80.00 | 65.00 | 5,200.00 |
| S N PCC | Procurement/Contracts Contract | Enrique SOBREVILLA | 14/12/2007 | 80.00 | 45.00 | 3,600.00 |
| S N PCC | Procurement/Contracts Contract | Enrique SOBREVILLA | 21/12/2007 | 80.00 | 65.00 | 5,200.00 |
| S N PCC | Procurement/Contracts Contract | Enrique SOBREVILLA | 28/12/2007 | 80.00 | 8.00 | 640.00 |
| S N PCC | Procurement/Contracts Contract | Guillermo AGUIRRE | 07/12/2007 | 40.00 | 76.00 | 3,040.00 |
| S N PCC | Procurement/Contracts Contract | Peter BRENNAN | 07/12/2007 | 100.00 | 56.00 | 5,600.00 |
| S N PCC | Procurement/Contracts Contract | Peter BRENNAN | 14/12/2007 | 100.00 | 56.00 | 5,600.00 |
| Sub Total: Site Contracts Administration | | | | | 371.00 | 28,880.00 |
| S O PJC | Project Controls Project Controls | Antonio ALATORRE | 07/12/2007 | 40.00 | 51.00 | 2,040.00 |
| S O PJC | Project Controls Project Controls | Antonio ALATORRE | 14/12/2007 | 40.00 | 8.00 | 320.00 |
| S O PJC | Project Controls Project Controls | Antonio ALATORRE | 21/12/2007 | 40.00 | 61.00 | 2,440.00 |
| S O PJC | Project Controls Project Controls | Antonio ALATORRE | 28/12/2007 | 40.00 | 64.00 | 2,560.00 |
| S O PJC | Project Controls Project Controls | Stefano PANARELLO | 07/12/2007 | 60.00 | 86.00 | 5,160.00 |
| S O PJC | Project Controls Project Controls | Stefano PANARELLO | 14/12/2007 | 60.00 | 76.00 | 4,560.00 |
| S O PJC | Project Controls Project Controls | Stefano PANARELLO | 28/12/2007 | 60.00 | 16.00 | 960.00 |
| Sub Total: Site Project Controls | | | | | 382.00 | 18,040.00 |
| S T ENG | Engineering Management/Co-Or | Frank KISON | 07/12/2007 | 75.00 | 84.00 | 6,300.00 |
| S T ENG | Engineering Management/Co-Or | Frank KISON | 14/12/2007 | 75.00 | 84.00 | 6,300.00 |
| S T ENG | Engineering Management/Co-Or | Frank KISON | 21/12/2007 | 75.00 | 84.00 | 6,300.00 |
| S T ENG | Engineering Management/Co-Or | Frank KISON | 28/12/2007 | 75.00 | 40.00 | 3,000.00 |
| S T ENG | Engineering Management/Co-Or | Malcolm SUTHERLAND | 07/12/2007 | 90.00 | 84.00 | 7,560.00 |
| S T ENG | Engineering Management/Co-Or | Malcolm SUTHERLAND | 14/12/2007 | 90.00 | 80.00 | 7,200.00 |
| S T ENG | Engineering Management/Co-Or | Malcolm SUTHERLAND | 21/12/2007 | 90.00 | 80.00 | 7,200.00 |
| S T ENG | Engineering Management/Co-Or | Malcolm SUTHERLAND | 28/12/2007 | 90.00 | 52.00 | 4,680.00 |
| S T ENG | Engineering Management/Co-Or | Mark LEPAGE | 07/12/2007 | 100.00 | 84.00 | 8,400.00 |
| S T MGT | Management Management/Co-C | Mark LEPAGE | 14/12/2007 | 100.00 | 84.00 | 8,400.00 |
| S T MGT | Management Management/Co-C | Mark LEPAGE | 21/12/2007 | 100.00 | 36.00 | 3,600.00 |
| S T MGT | Management Management/Co-C | Mark LEPAGE | 28/12/2007 | 100.00 | 12.00 | 1,200.00 |
| S T MGT | Management Management/Co-C | Peter TRINKE | 30/11/2007 | 120.00 | 84.00 | 10,080.00 |
| S T MGT | Management Management/Co-C | Peter TRINKE | 07/12/2007 | 120.00 | 85.00 | 10,200.00 |
| S T MGT | Management Management/Co-C | Peter TRINKE | 14/12/2007 | 120.00 | 64.00 | 7,680.00 |
| S T MGT | Management Management/Co-C | Peter TRINKE | 28/12/2007 | 120.00 | 8.00 | 960.00 |
| S T ENG | Engineering Management/Co-Or | Tom MARWICK | 14/12/2007 | 90.00 | 64.00 | 5,760.00 |
| S T ENG | Engineering Management/Co-Or | Tom MARWICK | 21/12/2007 | 90.00 | 56.00 | 5,040.00 |
| S T ENG | Engineering Management/Co-Or | William HOWIE | 07/12/2007 | 90.00 | 84.00 | 7,560.00 |
| S T ENG | Engineering Management/Co-Or | William HOWIE | 14/12/2007 | 90.00 | 80.00 | 7,200.00 |
| S T ENG | Engineering Management/Co-Or | William HOWIE | 21/12/2007 | 90.00 | 80.00 | 7,200.00 |
| Sub Total: Site Management/Co-Ordination | | | | | 1,409.00 | 131,820.00 |
| Cost Centre Total: Site | | | | | 4,123.00 | 264,010.00 |
| **Job Total** | Dolores Construction Mgmt | | | | 4,392.00 | 295,054.00 |

2     12/02/08

Customer:      Compania Minera Dolores SAdeCV
Project:       1590 Dolores Construction Mgmt
Billings up to and including 28-Dec-2007
Invoice No:    002311

Invoice Date:  17-January-2008

## Perdiems

| EmployeeName | Weekend | Units | Charged |
|---|---|---|---|
| Antonio ALATORRE | 28/12/07 | 10.00 | 500.00 |
| Antonio ALEGRIA | 07/12/07 | 7.00 | 350.00 |
| Antonio ALEGRIA | 14/12/07 | 7.00 | 350.00 |
| Antonio ALEGRIA | 21/12/07 | 7.00 | 350.00 |
| Antonio ALEGRIA | 28/12/07 | 1.00 | 50.00 |
| Enrique SOBREVILLA | 14/12/07 | 12.00 | 600.00 |
| Enrique SOBREVILLA | 21/12/07 | 7.00 | 350.00 |
| Gabino NACIF | 28/12/07 | 10.00 | 500.00 |
| Guillermo AGUIRRE | 28/12/07 | 1.00 | 50.00 |
| James BRAUND | 21/12/07 | 6.00 | 300.00 |
| James BRAUND | 28/12/07 | 2.00 | 100.00 |
| Jorge LOPEZ | 21/12/07 | 7.00 | 350.00 |
| Peter BRENNAND | 14/12/07 | 14.00 | 700.00 |
| Stefano PANARELLO | 07/12/07 | 7.00 | 350.00 |
| Stefano PANARELLO | 14/12/07 | 5.00 | 250.00 |
| Job Total | | 103.00 | 5,150.00 |

| Customer: | Compania Minera Dolores SAdeCV |
|---|---|
| Project: | 1590 Dolores Construction Mgmt |
| Billings up to and including 28-Dec-2007 | |
| Invoice No: | 002311 |
| Invoice Date: | 17-January-2008 |

---

## Expenses and Sundries

| Expense | Supplier | Invoice | Date | Description | Charged |
|---|---|---|---|---|---|
| Medicals | DRDEBS | 071112-20 | 01/12/07 | GLENMATTH DR'S CONSULT & VARIOUS MEDICAL BOOSTER SHOTS | 273.20 |
| Medicals | DRDEBS | 071127-10 | 06/12/07 | GLENMATTH GLEN MATHYS - CONSULTATION &VACCINATIONS | 135.45 |
| Medicals | DRDEBS | 071123-54 | 06/12/07 | PETERBREN PETER BRENNARD CONSULATIONS &VACCINAIONS | 327.44 |
| Medicals | DRDEBS | 071126-1 | 06/12/07 | PETERBREN PETER BRENNARD - CONSULTATION& VACCINATIONS | 52.94 |
| Medicals | DRDEBS | 071218-3 | 21/12/07 | CLINTONDO DR'S CONSULT & VARIOUS VACCINATIONS - CLINTON DONKIN | 314.91 |
| Site Personnel Work Clothe | YAKKAQLD | 9364037 | 13/12/07 | INVOICE NO. 9364037 STONE TROUSERS - GLEN MATTHYS | 93.71 |
| Site Personnel Work Clothe | YAKKAQLD | 9370649 | 13/12/07 | INVOICE NO. 9370649 HIVIS JACKET - TONY MAZZEI | 129.71 |
| Site Personnel Work Clothe | YAKKAQLD | 9370649 | 13/12/07 | INVOICE NO. 9370649 HIVIS JACKET - TONY MAZZEI | 64.85 |
| Site Personnel Work Clothe | YAKKAQLD | 9370606 | 14/12/07 | INVOICE NO. 9370606 STONE TROUSERS - CLINT DONKIN | 56.23 |
| Site Personnel Work Clothe | YAKKAQLD | 9370606 | 14/12/07 | INVOICE NO. 9370606 HIVIS SHIRTS - CLINT DONKIN | 86.35 |
| Site Personnel Work Clothe | YAKKAQLD | 9370606 | 14/12/07 | INVOICE NO. 9370606 HIVIS JACKET - CLINT DONKIN | 61.82 |
| Telecommunications - Ema | TAMNAT | November 07 | 05/12/07 | ROBERTVCI INTERNET | 11.24 |
| Insurance Other | AONRISK | M1177588 | 01/12/07 | TERRY RYAN - EXPATRIATE INSURANCE | -1,598.52 |
| Insurance Other | AONRISK | M1179160 | 17/12/07 | CLINTONDO CLINTON DONKIN - EXPATRIATE INSURANCE | 1,445.01 |
| Insurance Other | AONRISK | M1179160 | 17/12/07 | CLINTONDO BROKER / ADMIN FEE | 216.56 |
| Miscellaneous Expenses | | | 29/11/07 | ENRIQUESO CONTRACTS COPIES | 76.44 |
| Miscellaneous Expenses | | | 01/12/07 | ENRIQUESO KEY COPIES | 7.25 |
| Miscellaneous Expenses | | | 09/12/07 | ENRIQUESO CONTRACTS COPIES | 26.30 |
| Miscellaneous Expenses | | | 09/12/07 | GUILLERMOA TAXI FROM CHIHUAHUA HOTEL TO C | 21.29 |
| Consultants Other | TRIPLEIII | 2282 | 11/12/07 | TECHNICAL ASSISTANCE 22/10/07-30/11/07 | 10,415.85 |
| Airfares - Domestic | | | 05/12/07 | ANTONIO TICKET AIRPLANE (CHIHUAHUA-MEX | 223.46 |
| Airfares - Domestic | | | 09/12/07 | GUILLERMOA FROM CHIHUAHUA TO MEXICO CITY | 276.66 |
| Airfares - Domestic | | | 09/12/07 | GUILLERMOA FROM MEXICO CITY TO QUERETARO | 119.14 |
| Airfares - Domestic | | | 09/12/07 | GUILLERMOA FROM QUERETARO TO CHIHUAHUA CI | 210.07 |
| Airfares - Domestic | | | 11/12/07 | ANTONIO TICKET AIRPLANE (MEXICO-CHIHUA | 272.42 |
| Airfares - Domestic | CTMTRAV | 0282605 | 11/12/07 | R. TRETHOWAN NTL - SYD - NTL | 257.73 |
| Airfares - Domestic | CTMTRAV | 0282605 | 11/12/07 | DOMESTIC FLIGHT CONFIRMATION | 25.99 |
| Airfares - Domestic | CTMTRAV | 0283313 | 11/12/07 | J. CLEMENTS PER - SYD - PER | 1,301.96 |
| Airfares - Domestic | CTMTRAV | 0283313 | 11/12/07 | DOMESTIC FLIGHT CONFIRMATION | 25.99 |
| Airfares - Domestic | | | 12/12/07 | ANTONIOAL AIR TICKET / CHIHUAHUA / MEXIC | 223.49 |
| Airfares - Domestic | CTMTRAV | 0279268 | 12/12/07 | JAMESBRAU J. BRAUNO REISSUE BNE -TSV | 68.21 |
| Airfares - Domestic | | | 14/12/07 | ENRIQUESO AIRTICKET CHIHUAHUA-TOLUCA | 213.88 |
| Airfares - Domestic | | | 21/12/07 | ENRIQUESO AIR TICKET TOLUCA-CHIHUAHUA | 140.56 |
| Airfares - Domestic | CTMTRAV | 0286296 | 28/12/07 | JAMESBRAU DOMESTIC FLIGHT CHANGE CONFIRMATION | 27.56 |
| Airfares - International | CTMTRAV | 0262950 | 28/09/07 | G.VANFONDERN - MEL/LAX/DAL/LAX/MEL | 6,277.87 |
| Airfares - International | CTMTRAV | 0261748 | 28/09/07 | ANTONIOMA T.MAZZEI- DAL/CHI/DAL | 502.27 |
| Airfares - International | CTMTRAV | 0261748 | 28/09/07 | ANTONIOMA T.MAZZEI - BNE/SYD/SFO/DAL/SFO/SYD/BNE | 8,245.80 |
| Airfares - International | CTMTRAV | 0261844 | 28/09/07 | HENRYCIEP H.CIEPLUCHA - DAL/CHI/DAL | 502.27 |



**Customer:**      **Compania Minera Dolores SAdeCV**

**Project:**        **1590 Dolores Construction Mgmt**

**Billings up to and including 28-Dec-2007**

**Invoice No:**     **002311**

**Invoice Date:**   **17-January-2008**

| | | | | | |
|---|---|---|---|---|---|
| Airfares - International | CTMTRAV | 0261844 | 28/09/07 | HENRYCIEP H.CIEPLUCHA - SYD/LAX/DAL/LAX/SYD | 8,135.82 |
| Airfares - International | CTMTRAV | 0261783 | 28/09/07 | TERRYRYAN T.RYAN - BNE/LAX/DFW/LAX/BNE | 7,929.86 |
| Airfares - International | CTMTRAV | 0261783 | 28/09/07 | TERRYRYAN T.RYAN - CHI/DAL | 282.16 |
| Airfares - International | CTMTRAV | 0261783 | 28/09/07 | TERRYRYAN T.RYAN - LAX/HER/CHI | 595.04 |
| Airfares - International | CTMTRAV | 0282259 | 07/12/07 | ANTONIOMA T. MAZZEI - REISSUE CUU- DFT | 129.94 |
| Airfares - International | CTMTRAV | 0282259 | 07/12/07 | ANTONIOMA T. MAZZEI - REISSUE DFT - MEL | 205.54 |
| Airfares - International | CTMTRAV | 0280110 | 10/12/07 | JAMESBRAU J. BRAUND CUU - DALLAS | 374.46 |
| Airfares - International | CTMTRAV | 0282301 | 11/12/07 | M. LEPAGE REISSUE FLIGHTS | 129.15 |
| Airfares - International | CTMTRAV | 0282301 | 11/12/07 | M. LEPAGE REISSUE FLIGHTS | 205.54 |
| Airfares - International | CTMTRAV | 0282605 | 11/12/07 | R. TRETHOWAN SYD - SFO - DFT - SFO - SYD | 7,917.53 |
| Airfares - International | CTMTRAV | 0282605 | 11/12/07 | R. TRETHOWAN DFT - CUU - DFT | 499.99 |
| Airfares - International | CTMTRAV | 0282293 | 11/12/07 | J. HERRING MEL - LAX - DFT - LAX - MEL | 7,881.70 |
| Airfares - International | CTMTRAV | 0282293 | 11/12/07 | J HERRING LAX - HER - DFT | 575.27 |
| Airfares - International | CTMTRAV | 0282293 | 11/12/07 | L. HERRING CUU - DFT | 260.66 |
| Airfares - International | CTMTRAV | 0283313 | 11/12/07 | J. CLEMENTS SYD - SFO - DFT -LAX - SYD | 7,580.87 |
| Airfares - International | CTMTRAV | 0283313 | 11/12/07 | J. CLEMENTS  SFO - DFT - CUU | 1,332.53 |
| Airfares - International | CTMTRAV | 0283313 | 11/12/07 | J. CLEMENTS  CUU - DFT | 260.66 |
| Airfares - International | CTMTRAV | 0282587 | 11/12/07 | ANTONIOMA T. MAZZEI  MEL - SFO - DFT - SFO - MEL | 7,903.38 |
| Airfares - International | CTMTRAV | 0282587 | 11/12/07 | ANTONIOMA T. MAZZEI  DFT - CUU - DFT | 499.99 |
| Airfares - International | CTMTRAV | 0282345 | 11/12/07 | MARKLEPAG M. LE PAGE BNE - LA - DALLAS - LA - BNE | 7,763.31 |
| Airfares - International | CTMTRAV | 0282345 | 11/12/07 | MARKLEPAG M. LE PAGE DALLAS - CUU - DALLAS | 499.99 |
| Airfares - International | CTMTRAV | 0282414 | 11/12/07 | PETERBREN P. BRENNAND REISSUE CUU - DALLAS | 129.15 |
| Airfares - International | CTMTRAV | 0283567 | 19/12/07 | FLIGHT CHANGE CONFIRMATION | 78.75 |
| Airfares - International | CTMTRAV | 0283567 | 19/12/07 | J. CLEMENTS  SFO - DFT - CUU | 972.80 |
| Airfares - International | CTMTRAV | 0284202 | 19/12/07 | MALCOLMSU REISSUE DALLAS / LA / SYD | 166.16 |
| Airfares - International | CTMTRAV | 0284202 | 19/12/07 | MALCOLMSU  REISSUE CUU / DALLAS | 89.76 |
| Airfares - International | CTMTRAV | 0284202 | 19/12/07 | MALCOLMSU FLIGHT CHANGES CONFIRMATION | 78.75 |
| Airfares - International | CTMTRAV | 0284196 | 19/12/07 | WILLIAMHO H. WILLIAM FLIGHT CHANGES CONFIRMATION | 129.15 |
| Airfares - International | CTMTRAV | 0286320 | 28/12/07 | J. LEE HERRING REISSUE TICKET | 131.51 |
| Airfares - International | CTMTRAV | 0286310 | 28/12/07 | J. CLEMENTS REISSUE FLIGHT | 144.51 |
| Airfares - International | CTMTRAV | 0286268 | 28/12/07 | FRANKKISO F. KISON REISSUE DOMESTIC FLIGHT | 144.51 |
| Airfares - International | CTMTRAV | 0285803 | 28/12/07 | GLENMATTH FLIGHT CANCELLATION CONFIRMATION | 59.06 |
| Airfares - International | CTMTRAV | 0285803 | 28/12/07 | GLENMATTH FLIGHT CANCELLATION CONFIRMATION | 59.06 |
| Airfares - International | CTMTRAV | 0286296 | 28/12/07 | JAMESBRAU J. BRAUND REISSUE DOMESTIC FLIGHT | 118.32 |
| Airfares - International | CTMTRAV | 0286296 | 28/12/07 | JAMESBRAU J. BRAUND REISSUE DOMESTIC FLIGHT | 128.96 |
| Airfares - International | CTMTRAV | 0286503 | 28/12/07 | PETERBREN P. BRENNAND BNE - SYD - SFO -DFT - SFO - SYD - BNE | 7,973.72 |
| Airfares - International | CTMTRAV | 0286503 | 28/12/07 | PETERBREN P. BRENNAND  DFT - CUU - DFT | 611.72 |
| Airfares - International | CTMTRAV | 0286333 | 28/12/07 | WILLIAMHO W. HOWIE REISSUE TICKET | 131.51 |
| Accommodation - Domestic | | | 16/12/07 | GUSTAVOCO HOTEL CHIHUAHUA | 95.80 |
| Taxis/Buses/Fares | | | 20/11/07 | JORGEALON TAXI HOME-CHIHUAHUA AIRPORT | 19.43 |
| Taxis/Buses/Fares | | | 01/12/07 | ENRIQUESO TAXI | 21.29 |
| Taxis/Buses/Fares | TAMNAT | November 07 | 05/12/07 | ROBERTVOI MISC TAXI;S | 165.89 |
| Taxis/Buses/Fares | | | 05/12/07 | ANTONIOAL TAXI / CHIHUAHUA / OFFICE TO H | 4.85 |
| Taxis/Buses/Fares | | | 06/12/07 | ANTONIOAL TAXI / CHIHUAHUA / OFFICE TO H | 4.85 |
| Taxis/Buses/Fares | | | 09/12/07 | GUILLERMOA TAXI FROM QUERETARO AIRPORT TO | 27.10 |



**Customer:** Compania Minera Dolores SAdeCV

**Project:** 1590 Dolores Construction Mgmt

**Billings up to and including 28-Dec-2007**

**Invoice No:** 002311

**Invoice Date:** 17-January-2008

| | | | | | |
|---|---|---|---|---|---|
| Taxis/Buses/Fares | | | 14/12/07 | ANTONIO TAXI AIRPORT-OFFICE (CHIHUAHUA | 21.39 |
| Taxis/Buses/Fares | | | 15/12/07 | ULISESLLE TAXI AIRPORT CHIHUAHUA | 14.58 |
| Taxis/Buses/Fares | | | 15/12/07 | ULISESLLE TAXI AIRPORT MEXICO | 21.87 |
| Taxis/Buses/Fares | | | 16/12/07 | GUSTAVOCO TRAVEL DOLORES-CHIHUAHUA TOLL | 6.56 |
| Taxis/Buses/Fares | | | 16/12/07 | GUSTAVOCO CHIHUAHUA TAXIL HOTEL-AIRPORT | 19.27 |
| Taxis/Buses/Fares | | | 17/12/07 | ANTONIOAL TAXI / CHIHUAHUA / OFFICE TO H | 4.85 |
| Taxis/Buses/Fares | | | 17/12/07 | GUSTAVOCO TAXI MÉXICO AIRPORT-HOUSE | 12.23 |
| Taxis/Buses/Fares | | | 18/12/07 | ANTONIOAL TAXI / CHIHUAHUA / HOME TO OFF | 4.85 |
| Travel Other | ABSOTRAN | 00000668 | 01/12/07 | TRANSLATIONS PASSPORT - PETERNUTT | 55.13 |
| Travel Other | ABSOTRAN | 00000668 | 01/12/07 | TRANSLATIONS CV (1059 WORDS) - PETER NUTT | 250.19 |
| Travel Other | ABSOTRAN | 00000668 | 01/12/07 | TRANSLATIONS BIRTH CERTIFICATE (292 WORDS) - MARK HUNTER | 80.49 |
| Travel Other | ABSOTRAN | 00000668 | 01/12/07 | TRANSLATIONS AUTHENTICATION | 47.25 |
| Travel Other | ABSOTRAN | 00000668 | 01/12/07 | TRANSLATIONS DHL | 78.75 |
| Travel Other | TAMNAT | November 07 | 05/12/07 | ROBERTVOI M&C TRAVEL EXPENSES | 29.75 |
| Travel Other | | | 09/12/07 | GUILLERMOA AIR TICKET ISSUED | 7.02 |
| Job Total | | | | | 105,976.33 |

ENGINEERS & PROJECT MANAGERS



AUSENCO

**Ausenco International Pty Ltd**
ABN 000 9601 6619
2404 Logan Road
Eight Mile Plains
Brisbane • Queensland
4113 • Australia
Phone • 61 7 3112 8200
Fax • 61 7 3841 1421

## TAX INVOICE

**Compania Minera Dolores S.A. de C.V.**
Haciendas del Carrizal No 3402 Int 201
Fracc Las Haciendas 3ra Etapa
C.P 31215
Chihuahua, Mexico
MDO-970311-D36

| | | | | |
|---|---|---|---|---|
| Job No: | 1590 | Invoice No: | 002313 | |
| Issue Date: | 12 February 2008 | Order No: | | |
| Invoice Month: | January 2008 | | | |

Provision of engineering services as per the attached transaction reports.

| | | |
|---|---:|---|
| Labour | 405,460.00 | USD |
| Expenses and Sundries | 15,360.23 | USD |
| Consultancy Fee - Jan 2008 | 20,834.00 | USD |
| Jan (20% Labour Charge x $405460.00) | 81,092.00 | USD |
| Less: Jan 2008 - Forecast Ausenco Manhours and Lab Fees | -374,898.00 | USD |
| Less: Jan 2008 - Forecast Ausenco Expenses | -111,160.00 | USD |
| Feb 2008 - Forecast Ausenco Manhours & Lab Fee | 410,317.00 | USD |
| Feb 2008 Forecast Ausenco Expenses | 175,579.00 | USD |
| | **$ 622,584.23** | |

| | | | |
|---|---|---:|---|
| Export - No GST Applies | $ | 0.00 | USD |

**Please Note:**  Payment is to be made by Interbank Electronic Transfer
with fax confirmation to:
Attn:  Accounts Receivable Administator - Facsimile: 61 7 3841 1421

**ANZ Bank**
A/C Name: Ausenco International Pty Ltd USD A/C
A/C No: 120006USD00001
ANZ Swift Code: ANZBAU3M

| | | | |
|---|---|---:|---|
| **Total of Invoice** | $ | **622,584.23** | USD |

Please Note:  All Invoices are payable 30 days from the date of invoice
Interest may be charged on amounts not paid by the due date
13 March 2008

Signed for Ausenco International Pty Ltd

Customer:        Compania Minera Dolores SAdeCV

Project:         1590 Dolores Construction Mgmt

Billings up to and including 25-Jan-2008

Invoice No:      002313

Invoice Date:    12-February-2008

## Labour

| Cost Code | Task | Employee Name | Week End | Rate | Units | Charged |
|-----------|------|---------------|----------|------|-------|---------|
| P T MGT | Management Management/Co-C | Antonio MAZZEI | 11/01/2008 | 114.00 | 64.00 | 7,296.00 |
| P T MGT | Management Management/Co-C | Antonio MAZZEI | 18/01/2008 | 114.00 | 84.00 | 9,576.00 |
| P T MGT | Management Management/Co-C | Antonio MAZZEI | 25/01/2008 | 114.00 | 84.00 | 9,576.00 |
| P T MGT | Management Management/Co-C | Robert VOISEY | 18/01/2008 | 100.00 | 2.00 | 200.00 |
| P T MGT | Management Management/Co-C | Robert VOISEY | 25/01/2008 | 100.00 | 4.00 | 400.00 |
| Sub Total: Project Mgt  Management/Co-Ordination | | | | | 238.00 | 27,048.00 |
| Cost Centre Total: Project Mgt | | | | | 238.00 | 27,048.00 |
| S C ENG | Engineering Civil/Concret | Gabino NACIF | 04/01/2008 | 15.00 | 19.00 | 285.00 |
| S C ENG | Engineering Civil/Concret | Gabino NACIF | 11/01/2008 | 15.00 | 30.00 | 450.00 |
| S C ENG | Engineering Civil/Concret | Gabino NACIF | 18/01/2008 | 15.00 | 81.00 | 1,215.00 |
| S C ENG | Engineering Civil/Concret | Gabino NACIF | 25/01/2008 | 15.00 | 85.00 | 1,275.00 |
| S C ENG | Engineering Civil/Concret | Gustavo CORDOVA | 18/01/2008 | 40.00 | 63.00 | 2,520.00 |
| S C ENG | Engineering Civil/Concret | Gustavo CORDOVA | 25/01/2008 | 40.00 | 41.00 | 1,640.00 |
| S C ENG | Engineering Civil/Concret | Joel MALDONANDO | 14/12/2007 | 40.00 | 73.00 | 2,920.00 |
| S C ENG | Engineering Civil/Concret | Joel MALDONANDO | 21/12/2007 | 40.00 | 25.00 | 1,000.00 |
| S C ENG | Engineering Civil/Concret | Joel MALDONANDO | 04/01/2008 | 40.00 | 8.00 | 320.00 |
| S C ENG | Engineering Civil/Concret | Joel MALDONANDO | 18/01/2008 | 40.00 | 77.00 | 3,080.00 |
| S C ENG | Engineering Civil/Concret | Joel MALDONANDO | 25/01/2008 | 40.00 | 77.00 | 3,080.00 |
| S C ENG | Engineering Civil/Concret | Saeed SERNAVAZQUEZ | 04/01/2008 | 30.00 | 66.00 | 1,980.00 |
| S C ENG | Engineering Civil/Concret | Saeed SERNAVAZQUEZ | 11/01/2008 | 30.00 | 77.00 | 2,310.00 |
| S C ENG | Engineering Civil/Concret | Saeed SERNAVAZQUEZ | 18/01/2008 | 30.00 | 77.00 | 2,310.00 |
| S C ENG | Engineering Civil/Concret | Saeed SERNAVAZQUEZ | 25/01/2008 | 30.00 | 77.00 | 2,310.00 |
| S C ENG | Engineering Civil/Concret | Tomas MEDINA | 18/01/2008 | 30.00 | 6.00 | 180.00 |
| S C ENG | Engineering Civil/Concret | Tomas MEDINA | 25/01/2008 | 30.00 | 6.00 | 180.00 |
| S C ENG | Engineering Civil/Concret | William HOWIE | 18/01/2008 | 90.00 | 80.00 | 7,200.00 |
| S C ENG | Engineering Civil/Concret | William HOWIE | 25/01/2008 | 90.00 | 80.00 | 7,200.00 |
| Sub Total: Site  Civil/Concret | | | | | 1,048.00 | 41,455.00 |
| S D SUP | Supervision Safety | Daniel CAREY | 25/01/2008 | 94.00 | 76.00 | 7,144.00 |
| S D SUP | Supervision Safety | James BRAUND | 04/01/2008 | 90.00 | 8.00 | 720.00 |
| S D SUP | Supervision Safety | James BRAUND | 11/01/2008 | 90.00 | 84.00 | 7,560.00 |
| S D SUP | Supervision Safety | James BRAUND | 18/01/2008 | 90.00 | 84.00 | 7,560.00 |
| S D SUP | Supervision Safety | James BRAUND | 25/01/2008 | 90.00 | 84.00 | 7,560.00 |
| S D SUP | Supervision Safety | Luis RICAUD | 11/01/2008 | 20.00 | 52.00 | 1,040.00 |
| S D SUP | Supervision Safety | Luis RICAUD | 18/01/2008 | 20.00 | 73.00 | 1,460.00 |
| S D SUP | Supervision Safety | Luis RICAUD | 25/01/2008 | 20.00 | 19.00 | 380.00 |
| Sub Total: Site  Safety | | | | | 480.00 | 33,424.00 |
| S E ENG | Engineering Electrical | Rick TRETHOWAN | 04/01/2008 | 85.00 | 28.00 | 2,380.00 |
| S E ENG | Engineering Electrical | Rick TRETHOWAN | 11/01/2008 | 85.00 | 84.00 | 7,140.00 |
| S E ENG | Engineering Electrical | Rick TRETHOWAN | 18/01/2008 | 85.00 | 84.00 | 7,140.00 |
| S E ENG | Engineering Electrical | Rick TRETHOWAN | 25/01/2008 | 85.00 | 84.00 | 7,140.00 |
| Sub Total: Site  Electrical | | | | | 280.00 | 23,800.00 |
| S L ADM | Admin Clerical | Alisha YOUNG | 25/01/2008 | 30.00 | 1.00 | 30.00 |
| S L PCC | Procurement/Contracts Clerical | Guillermo AGUIRRE | 11/01/2008 | 40.00 | 30.00 | 1,200.00 |
| S L PCC | Procurement/Contracts Clerical | Guillermo AGUIRRE | 18/01/2008 | 40.00 | 76.00 | 3,040.00 |
| S L PCC | Procurement/Contracts Clerical | Guillermo AGUIRRE | 25/01/2008 | 40.00 | 76.00 | 3,040.00 |
| S L PCC | Procurement/Contracts Clerical | Peter BRENNAND | 30/11/2007 | 100.00 | 10.00 | 1,000.00 |
| S L ADM | Admin Clerical | Valerie THUBRON | 25/01/2008 | 22.00 | 1.50 | 33.00 |
| Sub Total: Site  Clerical | | | | | 194.50 | 8,343.00 |
| S M SUP | Supervision Mechanical | John LEE-HERRING | 04/01/2008 | 85.00 | 28.00 | 2,380.00 |
| S M SUP | Supervision Mechanical | John LEE-HERRING | 11/01/2008 | 85.00 | 84.00 | 7,140.00 |



**Customer:** Compania Minera Dolores SAdeCV

**Project:** 1590 Dolores Construction Mgmt

Billings up to and including 25-Jan-2008

**Invoice No:** 002313

**Invoice Date:** 12-February-2008

| | | | | | | |
|---|---|---|---|---|---|---|
| S M SUP | Supervision Mechanical | John LEE-HERRING | 18/01/2008 | 85.00 | 79.00 | 6,715.00 |
| S M SUP | Supervision Mechanical | John LEE-HERRING | 25/01/2008 | 85.00 | 79.00 | 6,715.00 |
| S M SUP | Supervision Mechanical | Jorge LOPEZ | 04/01/2008 | 40.00 | 28.00 | 1,120.00 |
| S M SUP | Supervision Mechanical | Jorge LOPEZ | 11/01/2008 | 40.00 | 65.00 | 2,600.00 |
| S M SUP | Supervision Mechanical | Jorge LOPEZ | 18/01/2008 | 40.00 | 65.00 | 2,600.00 |
| S M SUP | Supervision Mechanical | Jorge LOPEZ | 25/01/2008 | 40.00 | 65.00 | 2,600.00 |
| **Sub Total: Site Mechanical** | | | | | **493.00** | **31,870.00** |
| S N PCC | Procurement/Contracts Contract | Enrique SOBREVILLA | 04/01/2008 | 80.00 | 20.00 | 1,600.00 |
| S N PCC | Procurement/Contracts Contract | Enrique SOBREVILLA | 11/01/2008 | 80.00 | 65.00 | 5,200.00 |
| S N PCC | Procurement/Contracts Contract | Enrique SOBREVILLA | 18/01/2008 | 80.00 | 65.00 | 5,200.00 |
| S N PCC | Procurement/Contracts Contract | Enrique SOBREVILLA | 25/01/2008 | 80.00 | 65.00 | 5,200.00 |
| S N PCC | Procurement/Contracts Contract | Peter BRENNAND | 07/12/2007 | 100.00 | 14.00 | 1,400.00 |
| S N PCC | Procurement/Contracts Contract | Peter BRENNAND | 14/12/2007 | 100.00 | 6.00 | 600.00 |
| S N PCC | Procurement/Contracts Contract | Peter BRENNAND | 11/01/2008 | 100.00 | 49.00 | 4,900.00 |
| S N PCC | Procurement/Contracts Contract | Peter BRENNAND | 18/01/2008 | 100.00 | 70.00 | 7,000.00 |
| S N PCC | Procurement/Contracts Contract | Peter BRENNAND | 25/01/2008 | 100.00 | 70.00 | 7,000.00 |
| **Sub Total: Site Contracts Administration** | | | | | **426.00** | **38,300.00** |
| S O PJC | Project Controls Project Controls | Antonio ALATORRE | 04/01/2008 | 40.00 | 72.00 | 2,880.00 |
| S O PJC | Project Controls Project Controls | Antonio ALATORRE | 11/01/2008 | 40.00 | 74.00 | 2,960.00 |
| S O PJC | Project Controls Project Controls | Antonio ALATORRE | 18/01/2008 | 40.00 | 52.00 | 2,080.00 |
| S O PJC | Project Controls Project Controls | Antonio ALATORRE | 25/01/2008 | 40.00 | 8.00 | 320.00 |
| S O PJC | Project Controls Project Controls | Stefano PANARELLO | 04/01/2008 | 60.00 | 87.50 | 5,250.00 |
| S O PJC | Project Controls Project Controls | Stefano PANARELLO | 11/01/2008 | 60.00 | 97.00 | 5,820.00 |
| S O PJC | Project Controls Project Controls | Stefano PANARELLO | 18/01/2008 | 60.00 | 99.00 | 5,940.00 |
| S O PJC | Project Controls Project Controls | Stefano PANARELLO | 25/01/2008 | 60.00 | 94.50 | 5,670.00 |
| **Sub Total: Site Project Controls** | | | | | **584.00** | **30,920.00** |
| S T ENG | Engineering Management/Co-Or | Clinton DONKIN | 11/01/2008 | 100.00 | 56.00 | 5,600.00 |
| S T ENG | Engineering Management/Co-Or | Clinton DONKIN | 18/01/2008 | 100.00 | 80.00 | 8,000.00 |
| S T ENG | Engineering Management/Co-Or | Clinton DONKIN | 25/01/2008 | 100.00 | 80.00 | 8,000.00 |
| S T ENG | Engineering Management/Co-Or | Frank KISON | 04/01/2008 | 75.00 | 28.00 | 2,100.00 |
| S T ENG | Engineering Management/Co-Or | Frank KISON | 11/01/2008 | 75.00 | 70.00 | 5,250.00 |
| S T ENG | Engineering Management/Co-Or | Frank KISON | 18/01/2008 | 75.00 | 82.00 | 6,150.00 |
| S T ENG | Engineering Management/Co-Or | Frank KISON | 25/01/2008 | 75.00 | 80.00 | 6,000.00 |
| S T ENG | Engineering Management/Co-Or | Joel MALDONANDO | 11/01/2008 | 40.00 | 44.00 | 1,760.00 |
| S T MGT | Management Management/Co-O | John CLEMENTS | 14/12/2007 | 120.00 | 52.00 | 6,240.00 |
| S T MGT | Management Management/Co-O | John CLEMENTS | 21/12/2007 | 120.00 | 80.00 | 9,600.00 |
| S T MGT | Management Management/Co-O | John CLEMENTS | 28/12/2007 | 120.00 | 84.00 | 10,080.00 |
| S T MGT | Management Management/Co-O | John CLEMENTS | 04/01/2008 | 120.00 | 40.00 | 4,800.00 |
| S T ENG | Engineering Management/Co-Or | Malcolm SUTHERLAND | 11/01/2008 | 90.00 | 76.00 | 6,840.00 |
| S T ENG | Engineering Management/Co-Or | Malcolm SUTHERLAND | 18/01/2008 | 90.00 | 80.00 | 7,200.00 |
| S T ENG | Engineering Management/Co-Or | Malcolm SUTHERLAND | 25/01/2008 | 90.00 | 80.00 | 7,200.00 |
| S T MGT | Management Management/Co-O | Peter TRINKE | 04/01/2008 | 120.00 | 68.00 | 8,160.00 |
| S T MGT | Management Management/Co-O | Peter TRINKE | 11/01/2008 | 120.00 | 84.00 | 10,080.00 |
| S T MGT | Management Management/Co-O | Peter TRINKE | 18/01/2008 | 120.00 | 84.00 | 10,080.00 |
| S T MGT | Management Management/Co-O | Peter TRINKE | 25/01/2008 | 120.00 | 78.00 | 9,360.00 |
| S T ENG | Engineering Management/Co-Or | Tom MARWICK | 04/01/2008 | 90.00 | 40.00 | 3,600.00 |
| S T ENG | Engineering Management/Co-Or | Tom MARWICK | 11/01/2008 | 90.00 | 64.00 | 5,760.00 |
| S T ENG | Engineering Management/Co-Or | Tom MARWICK | 18/01/2008 | 90.00 | 84.00 | 7,560.00 |
| S T ENG | Engineering Management/Co-Or | Tom MARWICK | 25/01/2008 | 90.00 | 84.00 | 7,560.00 |
| S T ENG | Engineering Management/Co-Or | William HOWIE | 28/12/2007 | 90.00 | 40.00 | 3,600.00 |
| S T ENG | Engineering Management/Co-Or | William HOWIE | 04/01/2008 | 90.00 | 28.00 | 2,520.00 |
| S T ENG | Engineering Management/Co-Or | William HOWIE | 11/01/2008 | 90.00 | 80.00 | 7,200.00 |
| **Sub Total: Site Management/Co-Ordination** | | | | | **1,746.00** | **170,300.00** |
| **Cost Centre Total: Site** | | | | | **5,251.50** | **378,412.00** |

Customer:      Compania Minera Dolores SAdeCV
Project:       1590 Dolores Construction Mgmt
Billings up to and including 25-Jan-2008
Invoice No:    002313

Invoice Date:  12-February-2008

| | | | |
|---|---|---|---|
| Job Total | Dolores Construction Mgmt | 5,469.50 | 405,460.00 |

3   ·  12/02/08

Customer:     Compania Minera Dolores SAdeCV
Project:      1590 Dolores Construction Mgmt

 Billings up to and including 25-Jan-2008
Invoice No:    002313

Invoice Date:  12-February-2008

## Perdiems

| EmployeeName | Weekend | Units | Charged |
|---|---|---|---|
| Antonio ALATORRE | 11/01/08 | 7.00 | 350.00 |
| Daniel CAREY | 25/01/08 | 1.00 | 50.00 |
| Enrique SOBREVILLA | 04/01/08 | 4.00 | 200.00 |
| Enrique SOBREVILLA | 11/01/08 | 7.00 | 350.00 |
| Enrique SOBREVILLA | 18/01/08 | 7.00 | 350.00 |
| Enrique SOBREVILLA | 25/01/08 | 7.00 | 350.00 |
| Guillermo AGUIRRE | 18/01/08 | 1.00 | 50.00 |
| James BRAUND | 04/01/08 | 1.00 | 50.00 |
| James BRAUND | 18/01/08 | 6.00 | 300.00 |
| Jorge LOPEZ | 04/01/08 | 3.00 | 150.00 |
| Jorge LOPEZ | 11/01/08 | 5.00 | 250.00 |
| Peter BRENNAND | 11/01/08 | 5.00 | 250.00 |
| Peter BRENNAND | 25/01/08 | 19.00 | 950.00 |
| Peter TRINKE | 04/01/08 | 4.00 | 200.00 |
| Stefano PANARELLO | 04/01/08 | 6.00 | 300.00 |
| Stefano PANARELLO | 25/01/08 | 14.00 | 700.00 |
| Tom MARWICK | 04/01/08 | 5.00 | 250.00 |
| Tom MARWICK | 05/10/07 | 2.00 | 100.00 |
| **Job Total** | | **104.00** | **5,200.00** |

4    12/02/08



**Customer:**      Compania Minera Dolores SAdeCV

**Project:**      1590 Dolores Construction Mgmt

Billings up to and including 25-Jan-2008

**Invoice No:**      002313

**Invoice Date:**      12-February-2008

## Expenses and Sundries

| Expense | Supplier | Invoice | Date | Description | Charged |
|---|---|---|---|---|---|
| Medicals | DRDEBS | 071219-78 | 28/12/07 | PETERBREN DR'S CONSULT & HEP B BOOSTERVAX - PETER BRENNAND | 33.08 |
| Site Personnel Work Clothe | YAKKAQLD | 9373771 | 18/12/07 | INVOICE NO. 9373771 HIVIS SHIRT - RICK TRETHOWAN | 28.79 |
| Site Personnel Work Clothe | YAKKAQLD | 9388739 | 28/12/07 | INVOICE NO. 9388739 HIVIS JACKET - RICK TRETHOWAN | 64.85 |
| Site Personnel Work Clothe | YAKKAQLD | 9388739 | 28/12/07 | INVOICE NO. 9388739 STONE TROUSERS - RICK TRETHOWAN | 93.71 |
| Site Personnel Work Clothe | CLINTDON | 090108 | 22/01/08 | CLINTONDO SAFETY BOOTS FOR SITE | 59.42 |
| Telecommunications - Mobi | PETEBREN | 040108 | 16/01/08 | PETERBREN MOBILE PHONE COSTS | 330.66 |
| Consultants Other | TRIPLEBII | 2269 | 16/01/08 | DESIGN & ENGINEERING SVC'S DOLORES DEC 07 | 4,961.96 |
| Airfares - Domestic | CTMTRAV | 0286328 | 28/12/07 | R. TRETHOWAN REISSUE SYD - NTL | 22.84 |
| Airfares - Domestic | CTMTRAV | 0286328 | 28/12/07 | R. TRETHOWAN REISSUE SYD - NTL | 4.73 |
| Airfares - Domestic | CTMTRAV | 0286328 | 28/12/07 | R. TRETHOWAN REISSUE SYD - NTL | 13.00 |
| Airfares - Domestic | CTMTRAV | 0286322 | 28/12/07 | MALCOLMSU DOMESTIC CHANGE CONFIRMATION | 13.00 |
| Airfares - Domestic | CTMTRAV | 0287674 | 08/01/08 | JAMESBRAU J. BRAUND  TSV - BNE - TSV | 239.54 |
| Airfares - Domestic | CTMTRAV | 0287674 | 08/01/08 | JAMESBRAU J. BRAUND  TSV - BNE - TSV | 25.99 |
| Airfares - International | CTMTRAV | 0286328 | 28/12/07 | R. TRETHOWAN FLIGHT CHANGES | 131.51 |
| Airfares - International | CTMTRAV | 0286322 | 28/12/07 | MALCOLMSU M. SUTHERLAND  REISSUE DALLASFT WORTH | 131.51 |
| Airfares - International | CTMTRAV | 0287674 | 08/01/08 | JAMESBRAU J. BRAUND BNE - LAX - DFT - LAX - BNE | 8,069.41 |
| Airfares - International | CTMTRAV | 0287674 | 08/01/08 | JAMESBRAU J. BRAUND  DFT - CUU - DFT | 504.56 |
| Airfares - International | CTMTRAV | 0286427 | 09/01/08 | MARKLEPAG INTERNATIONAL REFUND CONFIRMATION | 59.06 |
| Airfares - International | CTMTRAV | 0286427 | 09/01/08 | MARKLEPAG INTERNATIONAL REFUND CONFIRMATION | 59.06 |
| Airfares - International | CTMTRAV | 0288775 | 16/01/08 | J. CLEMENTS REFUND SFO - DFT - CUU | -1,269.53 |
| Airfares - International | CTMTRAV | 0289365 | 16/01/08 | GLENMATTH  REFUND - DFT / CUU / DFT | -334.85 |
| Airfares - International | CTMTRAV | 0289681 | 16/01/08 | GLENMATTH  REFUND - BNE / LAX / DFT / LAX / BNE | -7,647.20 |
| Airfares - International | CTMTRAV | 0289421 | 16/01/08 | MARKLEPAG  DALLAS / CUU / DALLAS REFUND | -344.85 |
| Airfares - International | CTMTRAV | 0289421 | 16/01/08 | MARKLEPAG  BNE / LA / DALLAS / LA / BNEREFUND | -631.93 |
| Airfares - International | CLINTDON | 090108 | 22/01/08 | CLINTONDO AIRFARES | 5,177.39 |
| Motor Vehicle Hire | HERTZAMX | 012276643364 | 01/12/07 | ROBERTVOI HERTZ CAR HIRE 24/08 - 27/08 B. VOISEY | 284.30 |
| **Job Total** | | | | | **10,160.23** |

ENGINEERS & PROJECT MANAGERS


**AUSENCO**

# TAX INVOICE

**Compania Minera Dolores S.A. de C.V.**
**Haciendas del Carrizal No 3402 Int 201**
**Fracc Las Haciendas 3ra Etapa**
**C.P 31215**
**Chihuahua, Mexico**
**MDO-970311-D36**

Ausenco International Pty Ltd
ABN 989 9661 E945
2404 Logan Road
Eight Mile Plains
Brisbane • Queensland
4113 • Australia
Phone • 61 7 3112 8200
Fax • 61 7 3841 1421

| | | | | |
|---|---|---|---|---|
| Job No: | 1590 | Invoice No: | 002487 | |
| Issue Date: | 25 March 2008 | Order No: | | |
| Invoice Month: | February 2008 | | | |

Provision of engineering services as per the attached transaction reports.

| | | |
|---|---:|---|
| Labour | 425,283.53 | USD |
| Expenses and Sundries | 111,046.19 | USD |
| Consultancy Fee - Feb 2008 | 20,834.00 | USD |
| Feb (20% Labour Charge x $425,283.53 | 85,056.71 | USD |
| Less: Feb 2008 - Forecast Ausenco Manhours and Lab Fees | -410,317.00 | USD |
| Less: Feb 2008 - Forecast Ausenco Expenses | -175,579.00 | USD |
| Mar 2008 - Forecast Ausenco Manhours & Lab Fee | 269,153.00 | USD |
| Mar 2008 Forecast Ausenco Expenses | 75,202.00 | USD |
| | **$ 400,679.43** | |

| | | | |
|---|---|---:|---|
| Export - No GST Applies | $ | 0.00 | USD |

**Please Note:**    **Payment is to be made by Interbank Electronic Transfer**
**with fax confirmation to:**
**Attn: Accounts Receivable Administrator - Facsimile: 61 7 3841**

**ANZ Bank**
**A/C Name: Ausenco International Pty Ltd USD A/C**
**A/C No: 120006USD00001**
**ANZ Swift Code: ANZBAU3M**

| | | | |
|---|---|---:|---|
| **Total of Invoice** | $ | **400,679.43** | USD |

Please Note: All invoices are payable 30 days from the date of invoice
Interest may be charged on amounts not paid by the due date
24 April 2008

Signed for Ausenco International Pty Ltd

**Customer:** **Compania Minera Dolores SAdeCV**

**Project:** **1590 Dolores Construction Mgmt**

**Billings up to and including 29-Feb-2008**

**Invoice No:** **002487**

**Invoice Date:** **25-March-2008**

## Labour

| Cost Code | Task | Employee Name | Week End | Rate | Units | Charged |
|---|---|---|---|---|---|---|
| P T MGT | Management Management/Co-C | Antonio MAZZEI | 01/02/2008 | 100.00 | 84.00 | 8,400.00 |
| P T MGT | Management Management/Co-C | Antonio MAZZEI | 08/02/2008 | 100.00 | 84.00 | 8,400.00 |
| P T MGT | Management Management/Co-C | Antonio MAZZEI | 15/02/2008 | 100.00 | 84.00 | 8,400.00 |
| P T MGT | Management Management/Co-C | Antonio MAZZEI | 22/02/2008 | 100.00 | 74.00 | 7,400.00 |
| P T MGT | Management Management/Co-C | Antonio MAZZEI | 29/02/2008 | 100.00 | 40.00 | 4,000.00 |
| P T MGT | Management Management/Co-C | Robert VOISEY | 01/02/2008 | 100.00 | 4.00 | 400.00 |
| P T MGT | Management Management/Co-C | Robert VOISEY | 08/02/2008 | 100.00 | 4.00 | 400.00 |
| P T MGT | Management Management/Co-C | Robert VOISEY | 15/02/2008 | 100.00 | 9.00 | 900.00 |
| P T MGT | Management Management/Co-C | Robert VOISEY | 22/02/2008 | 100.00 | 2.00 | 200.00 |
| P T MGT | Management Management/Co-C | Robert VOISEY | 29/02/2008 | 100.00 | 2.00 | 200.00 |
| **Sub Total: Project Mgt  Management/Co-Ordination** | | | | | **387.00** | **38,700.00** |
| **Cost Centre Total: Project Mgt** | | | | | **387.00** | **38,700.00** |
| S C ENG | Engineering Civil/Concret | Gabino NACIF | 01/02/2008 | 15.00 | 85.00 | 1,275.00 |
| S C ENG | Engineering Civil/Concret | Gabino NACIF | 08/02/2008 | 15.00 | 8.00 | 120.00 |
| S C ENG | Engineering Civil/Concret | Gabino NACIF | 15/02/2008 | 15.00 | 90.00 | 1,350.00 |
| S C ENG | Engineering Civil/Concret | Gabino NACIF | 22/02/2008 | 15.00 | 83.00 | 1,245.00 |
| S C ENG | Engineering Civil/Concret | Gabino NACIF | 29/02/2008 | 15.00 | 85.00 | 1,275.00 |
| S C ENG | Engineering Civil/Concret | Joel MALDONANDO | 01/02/2008 | 40.00 | 69.00 | 2,759.63 |
| S C ENG | Engineering Civil/Concret | Joel MALDONANDO | 08/02/2008 | 40.00 | 41.00 | 1,639.90 |
| S C ENG | Engineering Civil/Concret | Joel MALDONANDO | 15/02/2008 | 40.00 | 72.00 | 2,879.63 |
| S C ENG | Engineering Civil/Concret | Joel MALDONANDO | 22/02/2008 | 40.00 | 72.00 | 2,879.63 |
| S C ENG | Engineering Civil/Concret | Joel MALDONANDO | 29/02/2008 | 40.00 | 77.00 | 3,079.81 |
| S C ENG | Engineering Civil/Concret | Michel NASHED | 29/02/2008 | 94.00 | 1.00 | 94.00 |
| S C ENG | Engineering Civil/Concret | Saaed SERNAVAZQUEZ | 01/02/2008 | 30.00 | 30.00 | 900.00 |
| S C ENG | Engineering Civil/Concret | Saaed SERNAVAZQUEZ | 08/02/2008 | 30.00 | 42.00 | 1,260.00 |
| S C ENG | Engineering Civil/Concret | Saaed SERNAVAZQUEZ | 15/02/2008 | 30.00 | 77.00 | 2,310.00 |
| S C ENG | Engineering Civil/Concret | Saaed SERNAVAZQUEZ | 22/02/2008 | 30.00 | 77.00 | 2,310.00 |
| S C ENG | Engineering Civil/Concret | Saaed SERNAVAZQUEZ | 29/02/2008 | 30.00 | 30.00 | 900.00 |
| S C ENG | Engineering Civil/Concret | Tomas MEDINA | 01/02/2008 | 30.00 | 9.00 | 270.00 |
| S C ENG | Engineering Civil/Concret | Tomas MEDINA | 08/02/2008 | 30.00 | 10.00 | 300.00 |
| S C ENG | Engineering Civil/Concret | Tomas MEDINA | 15/02/2008 | 30.00 | 9.00 | 270.00 |
| S C ENG | Engineering Civil/Concret | Tomas MEDINA | 22/02/2008 | 30.00 | 9.00 | 270.00 |
| S C ENG | Engineering Civil/Concret | Tomas MEDINA | 29/02/2008 | 30.00 | 14.00 | 420.00 |
| S C ENG | Engineering Civil/Concret | William HOWIE | 01/02/2008 | 90.00 | 80.00 | 7,200.00 |
| S C ENG | Engineering Civil/Concret | William HOWIE | 08/02/2008 | 90.00 | 84.00 | 7,560.00 |
| S C ENG | Engineering Civil/Concret | William HOWIE | 15/02/2008 | 90.00 | 84.00 | 7,560.00 |
| S C ENG | Engineering Civil/Concret | William HOWIE | 22/02/2008 | 90.00 | 28.00 | 2,520.00 |
| S C ENG | Engineering Civil/Concret | William HOWIE | 29/02/2008 | 90.00 | 40.00 | 3,600.00 |
| **Sub Total: Site  Civil/Concret** | | | | | **1,306.00** | **56,248.20** |
| S D SUP | Supervision Safety | James BRAUND | 01/02/2008 | 90.00 | 84.00 | 7,560.00 |
| S D SUP | Supervision Safety | James BRAUND | 08/02/2008 | 90.00 | 84.00 | 7,560.00 |
| S D SUP | Supervision Safety | James BRAUND | 15/02/2008 | 90.00 | 80.00 | 7,200.00 |
| S D SUP | Supervision Safety | James BRAUND | 22/02/2008 | 90.00 | 16.00 | 1,440.00 |
| S D SUP | Supervision Safety | James BRAUND | 29/02/2008 | 90.00 | 16.00 | 1,440.00 |
| S D SUP | Supervision Safety | Luis RICAUD | 01/02/2008 | 20.00 | 75.00 | 1,499.63 |
| S D SUP | Supervision Safety | Luis RICAUD | 08/02/2008 | 20.00 | 28.00 | 559.86 |
| S D SUP | Supervision Safety | Luis RICAUD | 15/02/2008 | 20.00 | 52.00 | 1,039.74 |
| S D SUP | Supervision Safety | Luis RICAUD | 22/02/2008 | 20.00 | 76.00 | 1,519.62 |
| S D SUP | Supervision Safety | Luis RICAUD | 29/02/2008 | 20.00 | 76.00 | 1,519.62 |
| **Sub Total: Site  Safety** | | | | | **587.00** | **31,338.47** |
| S E ENG | Engineering Electrical | Rick TRETHOWAN | 01/02/2008 | 85.00 | 84.00 | 7,140.00 |

1      25/03/08



**Customer:**    **Compania Minera Dolores SAdeCV**

**Project:**     **1590 Dolores Construction Mgmt**

**Billings up to and including 29-Feb-2008**

**Invoice No:**    **002487**

**Invoice Date:**    **25-March-2008**

| | | | | | | |
|---|---|---|---|---|---|---|
| S E ENG | Engineering Electrical | Rick TRETHOWAN | 08/02/2008 | 85.00 | 84.00 | 7,140.00 |
| S E ENG | Engineering Electrical | Rick TRETHOWAN | 15/02/2008 | 85.00 | 84.00 | 7,140.00 |
| S E ENG | Engineering Electrical | Rick TRETHOWAN | 22/02/2008 | 85.00 | 16.00 | 1,360.00 |
| **Sub Total: Site Electrical** | | | | | 288.00 | 22,780.00 |
| S L PCC | Procurement/Contracts Clerical | Guillermo AGUIRRE | 01/02/2008 | 40.00 | 75.00 | 2,999.81 |
| S L PCC | Procurement/Contracts Clerical | Guillermo AGUIRRE | 08/02/2008 | 40.00 | 53.00 | 2,119.87 |
| S L PCC | Procurement/Contracts Clerical | Guillermo AGUIRRE | 15/02/2008 | 40.00 | 8.00 | 319.98 |
| S L PCC | Procurement/Contracts Clerical | Guillermo AGUIRRE | 22/02/2008 | 40.00 | 77.00 | 3,079.81 |
| S L PCC | Procurement/Contracts Clerical | Guillermo AGUIRRE | 29/02/2008 | 40.00 | 77.00 | 3,079.81 |
| **Sub Total: Site Clerical** | | | | | 290.00 | 11,599.28 |
| S M SUP | Supervision Mechanical | John LEE-HERRING | 01/02/2008 | 85.00 | 79.00 | 6,715.00 |
| S M SUP | Supervision Mechanical | John LEE-HERRING | 08/02/2008 | 85.00 | 80.00 | 6,800.00 |
| S M SUP | Supervision Mechanical | John LEE-HERRING | 15/02/2008 | 85.00 | 76.00 | 6,460.00 |
| S M SUP | Supervision Mechanical | John LEE-HERRING | 22/02/2008 | 85.00 | 8.00 | 680.00 |
| S M SUP | Supervision Mechanical | John LEE-HERRING | 29/02/2008 | 85.00 | 65.00 | 5,525.00 |
| S M SUP | Supervision Mechanical | Jorge LOPEZ | 01/02/2008 | 40.00 | 65.00 | 2,600.00 |
| S M SUP | Supervision Mechanical | Jorge LOPEZ | 08/02/2008 | 40.00 | 18.00 | 720.00 |
| S M SUP | Supervision Mechanical | Jorge LOPEZ | 15/02/2008 | 40.00 | 58.00 | 2,320.00 |
| S M SUP | Supervision Mechanical | Jorge LOPEZ | 22/02/2008 | 40.00 | 65.00 | 2,600.00 |
| S M SUP | Supervision Mechanical | Jorge LOPEZ | 29/02/2008 | 40.00 | 65.00 | 2,600.00 |
| **Sub Total: Site Mechanical** | | | | | 578.00 | 37,020.00 |
| S N PCC | Procurement/Contracts Contract | Enrique SOBREVILLA | 01/02/2008 | 80.00 | 65.00 | 5,199.68 |
| S N PCC | Procurement/Contracts Contract | Enrique SOBREVILLA | 08/02/2008 | 80.00 | 38.00 | 3,039.81 |
| S N PCC | Procurement/Contracts Contract | Enrique SOBREVILLA | 15/02/2008 | 80.00 | 65.00 | 5,199.68 |
| S N PCC | Procurement/Contracts Contract | Enrique SOBREVILLA | 22/02/2008 | 80.00 | 65.00 | 5,199.68 |
| S N PCC | Procurement/Contracts Contract | Enrique SOBREVILLA | 29/02/2008 | 80.00 | 65.00 | 5,199.68 |
| S N PCC | Procurement/Contracts Contract | Peter BRENNAND | 01/02/2008 | 100.00 | 64.00 | 6,400.00 |
| **Sub Total: Site Contracts Administration** | | | | | 362.00 | 30,238.53 |
| S O PJC | Project Controls Project Controls | Antonio ALATORRE | 01/02/2008 | 40.00 | 76.00 | 3,039.81 |
| S O PJC | Project Controls Project Controls | Antonio ALATORRE | 08/02/2008 | 40.00 | 75.00 | 2,999.82 |
| S O PJC | Project Controls Project Controls | Antonio ALATORRE | 15/02/2008 | 40.00 | 83.00 | 3,319.79 |
| S O PJC | Project Controls Project Controls | Antonio ALATORRE | 22/02/2008 | 40.00 | 84.00 | 3,359.79 |
| S O PJC | Project Controls Project Controls | Antonio ALATORRE | 29/02/2008 | 40.00 | 66.00 | 2,639.84 |
| S O PJC | Project Controls Project Controls | Stefano PANARELLO | 01/02/2008 | 60.00 | 95.00 | 5,700.00 |
| S O PJC | Project Controls Project Controls | Stefano PANARELLO | 08/02/2008 | 60.00 | 63.50 | 3,810.00 |
| S O PJC | Project Controls Project Controls | Stefano PANARELLO | 29/02/2008 | 60.00 | 80.00 | 4,800.00 |
| **Sub Total: Project Controls** | | | | | 622.50 | 29,668.05 |
| S T ENG | Engineering Management/Co-Or | Clinton DONKIN | 01/02/2008 | 100.00 | 84.00 | 8,400.00 |
| S T ENG | Engineering Management/Co-Or | Clinton DONKIN | 08/02/2008 | 100.00 | 64.00 | 6,400.00 |
| S T ENG | Engineering Management/Co-Or | Clinton DONKIN | 15/02/2008 | 100.00 | 82.00 | 8,200.00 |
| S T ENG | Engineering Management/Co-Or | Clinton DONKIN | 22/02/2008 | 100.00 | 84.00 | 8,400.00 |
| S T ENG | Engineering Management/Co-Or | Clinton DONKIN | 29/02/2008 | 100.00 | 84.00 | 8,400.00 |
| S T ENG | Engineering Management/Co-Or | Frank KISON | 01/02/2008 | 75.00 | 84.00 | 6,300.00 |
| S T ENG | Engineering Management/Co-Or | Frank KISON | 08/02/2008 | 75.00 | 84.00 | 6,300.00 |
| S T ENG | Engineering Management/Co-Or | Frank KISON | 15/02/2008 | 75.00 | 84.00 | 6,300.00 |
| S T ENG | Engineering Management/Co-Or | Frank KISON | 22/02/2008 | 75.00 | 84.00 | 6,300.00 |
| S T ENG | Engineering Management/Co-Or | Frank KISON | 29/02/2008 | 75.00 | 84.00 | 6,300.00 |
| S T ENG | Engineering Management/Co-Or | Malcolm SUTHERLAND | 01/02/2008 | 90.00 | 80.00 | 7,200.00 |
| S T ENG | Engineering Management/Co-Or | Malcolm SUTHERLAND | 08/02/2008 | 90.00 | 80.00 | 7,200.00 |
| S T ENG | Engineering Management/Co-Or | Malcolm SUTHERLAND | 15/02/2008 | 90.00 | 81.00 | 7,290.00 |
| S T ENG | Engineering Management/Co-Or | Malcolm SUTHERLAND | 22/02/2008 | 90.00 | 80.00 | 7,200.00 |
| S T ENG | Engineering Management/Co-Or | Malcolm SUTHERLAND | 29/02/2008 | 90.00 | 90.00 | 8,100.00 |
| S T MGT | Management Management/Co-C | Peter TRINKE | 01/02/2008 | 120.00 | 84.00 | 10,080.00 |
| S T MGT | Management Management/Co-C | Peter TRINKE | 08/02/2008 | 120.00 | 16.00 | 1,920.00 |

2     25/03/08

**Customer:** Compania Minera Dolores SAdeCV

**Project:** 1590 Dolores Construction Mgmt

Billings up to and including 29-Feb-2008

**Invoice No:** 002487

**Invoice Date:** 25-March-2008

| | | | | | | |
|---|---|---|---|---|---|---|
| S T MGT | Management Management/Co-C | Peter TRINKE | 29/02/2008 | 120.00 | 80.00 | 9,600.00 |
| S T ENG | Engineering Management/Co-Oi | Tom MARWICK | 01/02/2008 | 90.00 | 84.00 | 7,560.00 |
| S T ENG | Engineering Management/Co-Oi | Tom MARWICK | 08/02/2008 | 90.00 | 84.00 | 7,560.00 |
| S T ENG | Engineering Management/Co-Oi | Tom MARWICK | 15/02/2008 | 90.00 | 84.00 | 7,560.00 |
| S T ENG | Engineering Management/Co-Oi | Tom MARWICK | 22/02/2008 | 90.00 | 84.00 | 7,560.00 |
| S T ENG | Engineering Management/Co-Oi | Tom MARWICK | 29/02/2008 | 90.00 | 84.00 | 7,560.00 |
| Sub Total: Site Management/Co-Ordination | | | | | 1,829.00 | 187,690.00 |
| Cost Centre Total: Site | | | | | 5,843.50 | 386,583.63 |
| Job Total | Dolores Construction Mgmt | | | | 6,230.50 | 425,283.53 |

3     25/03/08

**Customer:**   **Compania Minera Dolores SAdeCV**

**Project:**   **1590 Dolores Construction Mgmt**

 **Billings up to and including 29-Feb-2008**

**Invoice No:**   **002487**

**Invoice Date:**   **25-March-2008**

---

## Perdiems

| EmployeeName | Weekend | Units | Charged |
|---|---|---|---|
| Enrique SOBREVILLA | 01/02/08 | 7.00 | 350.00 |
| Enrique SOBREVILLA | 08/02/08 | 4.00 | 200.00 |
| Enrique SOBREVILLA | 15/02/08 | 7.00 | 350.00 |
| Enrique SOBREVILLA | 22/02/08 | 7.00 | 350.00 |
| Enrique SOBREVILLA | 29/02/08 | 4.00 | 200.00 |
| Guillermo AGUIRRE | 08/02/08 | 9.00 | 450.00 |
| Guillermo AGUIRRE | 22/02/08 | 1.00 | 50.00 |
| James BRAUND | 15/02/08 | 3.00 | 150.00 |
| James BRAUND | 29/02/08 | 4.00 | 200.00 |
| Jorge LOPEZ | 01/02/08 | 1.00 | 50.00 |
| Jorge LOPEZ | 15/02/08 | 1.00 | 50.00 |
| Malcolm SUTHERLAND | 04/01/08 | 2.00 | 100.00 |
| Malcolm SUTHERLAND | 11/01/08 | 4.00 | 200.00 |
| Malcolm SUTHERLAND | 28/12/07 | 2.00 | 100.00 |
| Peter BRENNAND | 01/02/08 | 7.00 | 350.00 |
| Peter TRINKE | 01/02/08 | 5.00 | 250.00 |
| Stefano PANARELLO | 01/02/08 | 14.00 | 700.00 |
| Stefano PANARELLO | 08/02/08 | 4.00 | 200.00 |
| Stefano PANARELLO | 29/02/08 | 5.00 | 250.00 |
| Job Total | | 91.00 | 4,550.00 |

4     25/03/08

Customer:    Compania Minera Dolores SAdeCV

Project:    1590 Dolores Construction Mgmt

 Billings up to and including 29-Feb-2008

Invoice No:    002487

Invoice Date:    25-March-2008

## Expenses and Sundries

| Expense | Supplier | Invoice | Date | Description | Charged |
|---|---|---|---|---|---|
| Site Personnel Work Clothe | MALCOLMSU | 090108 | 21/02/08 | MALCOLMSU SAFETY CLOTHING FOR SITE | 56.64 |
| Freight & Courier - Internat'l | GUILAGUIR | 010 | 26/01/08 | G.AGUIRRE - COURIER 27/12/07 | 24.54 |
| Freight & Courier - Internat'l | DHL | BNE341147 | 28/02/08 | DHL COURIER - JANUARY 2008 | 64.98 |
| Stationery | ENRIQUSOB | 017/2008 | 29/02/08 | ENRIQUEO E.SOBREVILLA - STATIONERY | 317.66 |
| Stationery | GUILAGUIR | 011 | 29/02/08 | GUILLERMOA G.AGUIRRE - STATIONERY | 11.29 |
| Telecommunications - Mobi | PETEBREN | 180208 | 25/02/08 | PETERBREN MOBILE PHONE COSTS | 114.10 |
| Office/Site Hardware Suppli | ENRIQUSOB | 017/2008 | 29/02/08 | ENRIQUESO E.SOBREVILLA - HARDWARE FOR OFFICE/SITE | 465.95 |
| Insurance Other | AONRISK | M1184149 | 15/02/08 | WILLIAMHO WH EXPAT INSURANCE (PREM) -WILLIAM HOWIE | 1,652.89 |
| Insurance Other | AONRISK | M1184149 | 15/02/08 | WILLIAMHO AON BROKER / ADMIN FEE | 216.56 |
| Miscellaneous Expenses | ENRIQUSOB | 017/2008 | 29/02/08 | ENRIQUESO E.SOBREVILLA - PRESCRIPTION GLASSES (R.TRETHOWAN) | 146.57 |
| Miscellaneous Expenses | ENRIQUSOB | 017/2008 | 29/02/08 | ENRIQUESO E.SOBREVILLA - EXTERNAL DRIVE& FILE BOXES | 396.39 |
| Professional Fees - Other | ASSURE | 16840 | 05/02/08 | ASSURE PROGRAMS INCIDENT IN ME | 2,822.24 |
| Airfares - Domestic | ANTALATOR | 250108 | 26/01/08 | A.ALATORRE - AIRFARES CHIH/MXC | 479.69 |
| Airfares - Domestic | GUILAGUIR | 010 | 26/01/08 | G.AGUIRRE - CHANGE TO AIRFARE | 71.67 |
| Airfares - Domestic | CTMTRAV | 0291741 | 31/01/08 | P. TRINKE ACCOMMODATION | 114.54 |
| Airfares - Domestic | CTMTRAV | 0291741 | 31/01/08 | P. TRINKE ACCOMMODATION | 2.79 |
| Airfares - Domestic | CTMTRAV | 0287696 | 06/02/08 | F. KISON PER - SYD - PER | 805.12 |
| Airfares - Domestic | CTMTRAV | 0287688 | 06/02/08 | R. TRETHOWAN NTL - SYD - NTL | 181.17 |
| Airfares - Domestic | CTMTRAV | 0287688 | 06/02/08 | DOMESTIC FLIGHT CONFIRMATION | 25.99 |
| Airfares - Domestic | CTMTRAV | 0301158 | 20/02/08 | FRANKKISO F. KISON REISSUE FLIGHT | 77.31 |
| Airfares - Domestic | CTMTRAV | 0301159 | 20/02/08 | FRANKKISO FLIGHT CONFIRMATION | 13.00 |
| Airfares - Domestic | CTMTRAV | 0303037 | 20/02/08 | JAMESBRAU J. BRAUND TSV - BNE - TSV | 303.26 |
| Airfares - Domestic | CTMTRAV | 0303039 | 20/02/08 | JAMESBRAU FLIGHT CONFIRMATION | 25.99 |
| Airfares - Domestic | CTMTRAV | 0304046 | 28/02/08 | TOMMARWIC REISSUE SYD / PER - T. MARWICK | 102.02 |
| Airfares - Domestic | CTMTRAV | 0304047 | 28/02/08 | TOMMARWIC FFLIGHT CONFIRMATION | 13.00 |
| Airfares - Domestic | ENRIQUSOB | 017/2008 | 29/02/08 | ENRIQUESO E.SOBREVILLA - AIRFARE CHIH-TOLUCA RTN | 323.81 |
| Airfares - Domestic | GUILAGUIR | 011 | 29/02/08 | GUILLERMOA G.AGUIRRE - AIRFARE 6/2/08 | 469.23 |
| Airfares - International | CTMTRAV | 0286514 | 26/01/08 | T. MAZZEI INTERNATIONAL FLIGHT | 92.14 |
| Airfares - International | CTMTRAV | 0286514 | 26/01/08 | T. MAZZEI INTERNATIONAL FLIGHT | 39.38 |
| Airfares - International | AERCHIAL | 250108 | 29/01/08 | FLIGHTS CHI - DOLO- CHIH - ZM, AM, BV, CT - 2 NOV 07 | 1,186.61 |
| Airfares - International | AERCHIAL | 250108a | 29/01/08 | FLIGHTS CHIH-DOLO-CHIH - A, MAZZEI - 21 NOVEMBER 07 | 925.52 |
| Airfares - International | CTMTRAV | 0295040 | 30/01/08 | P. TRINKE REISSUE FLIGHT | 90.56 |
| Airfares - International | CTMTRAV | 0295040 | 30/01/08 | P/ TRINKE REISSUE FLIGHT | 166.16 |
| Airfares - International | CTMTRAV | 0295039 | 30/01/08 | INTERNATIAL FLIGHT CHANGE CON | 39.38 |
| Airfares - International | CTMTRAV | 0295065 | 30/01/08 | INTERNATIONAL FLIGHT CONFIRMAT | 133.88 |
| Airfares - International | CTMTRAV | 0295065 | 30/01/08 | FLIGHT CONFIRMATION | 39.38 |
| Airfares - International | CTMTRAV | 0295063 | 30/01/08 | P. BRENNAND DALLAS - DENVER - | 1,487.20 |
| Airfares - International | CTMTRAV | 0292460 | 30/01/08 | PART FLIGHT CREDIT | -559.70 |
| Airfares - International | CTMTRAV | 0291168 | 31/01/08 | INTERNATIONAL FLIGHT CONFIRMAT | 88.63 |
| Airfares - International | CTMTRAV | 0286923 | 06/02/08 | P. TRINKE MEL - LAX - DFT - LA | 7,747.20 |
| Airfares - International | CTMTRAV | 0286923 | 06/02/08 | P. TRINKE DFT - CUU | 458.80 |
| Airfares - International | CTMTRAV | 0286923 | 06/02/08 | P. TRINKE CUU - DFT | 285.81 |
| Airfares - International | CTMTRAV | 0287696 | 06/02/08 | F. KISON SYD - LAX - DFT - LAX | 7,760.87 |
| Airfares - International | CTMTRAV | 0287696 | 06/02/08 | F. KISON DFT - CUU - DFT | 500.29 |

| Customer: | Compania Minera Dolores SAdeCV |
| Project: | 1590 Dolores Construction Mgmt |

Billings up to and including 29-Feb-2008

| Invoice No: | 002487 |
| Invoice Date: | 25-March-2008 |

| | | | | | |
|---|---|---|---|---|---|
| Airfares - International | CTMTRAV | 0287668 | 06/02/08 | R. TRETHOWAN SYD - LAX - DFT - | 7,918.37 |
| Airfares - International | CTMTRAV | 0287668 | 09/02/08 | R. TRETHOWAN DFT - CUU - DFT | 506.29 |
| Airfares - International | CTMTRAV | 0287875 | 09/02/08 | J. LEE HERRING MEL - LAX- DFT | 8,061.96 |
| Airfares - International | CTMTRAV | 0287875 | 06/02/08 | J. LEE HERRING DFT - CUU - DF | 506.29 |
| Airfares - International | CTMTRAV | 0295978 | 06/02/08 | REISSUE FLIGHT CONFIRMATION | 34.76 |
| Airfares - International | CTMTRAV | 0295637 | 06/02/08 | INTERNATIONAL CHANGE CONFIRMAT | 39.38 |
| Airfares - International | CTMTRAV | 0295636 | 06/02/08 | S. PANARELLO REISSUE INTERNAT | 90.56 |
| Airfares - International | CTMTRAV | 0295707 | 06/02/08 | FLIGHT CONFIRMATION | 39.38 |
| Airfares - International | CTMTRAV | 0295705 | 06/02/08 | W. HOWIE REISSUE FLIGHT | 89.78 |
| Airfares - International | KENMORFL | DONK0001 | 07/02/08 | BUSI CLASS UPGRADE RTN FLTS C | 9,169.46 |
| Airfares - International | CTMTRAV | 0298932 | 13/02/08 | FLIGHT CONFIRMATION | 39.38 |
| Airfares - International | CTMTRAV | 0298932 | 13/02/08 | FLIGHT CONFIRMATION | 39.38 |
| Airfares - International | CTMTRAV | 0298935 | 13/02/08 | T. MAZZEI DAL - SAN - SYD - ME | 88.20 |
| Airfares - International | CTMTRAV | 0298935 | 13/02/08 | T. MAZZEI CHIN - DAL | 35.55 |
| Airfares - International | CTMTRAV | 0301158 | 20/02/08 | FRANKKISO F. KISON REISSUE FLIGHT | 88.20 |
| Airfares - International | CTMTRAV | 0301158 | 20/02/08 | FRANKKISO F. KISON REISSUE FLIGHT | 82.69 |
| Airfares - International | CTMTRAV | 0301159 | 20/02/08 | FRANKKISO FLIGHT CONFIRMATION | 39.38 |
| Airfares - International | CTMTRAV | 0301159 | 20/02/08 | FRANKKISO FLIGHT CONFIRMATION | 39.38 |
| Airfares - International | CTMTRAV | 0303037 | 20/02/08 | JAMESBRAU J. BRAUND BNE - LAX - DFT - LAX - BNE | 7,850.77 |
| Airfares - International | CTMTRAV | 0303037 | 20/02/08 | JAMESBRAU J. BRAUND DFT - CUU - DFT | 432.65 |
| Airfares - International | CTMTRAV | 0303039 | 20/02/08 | JAMESBRAU FLIGHT CONFIRMATION | 133.88 |
| Airfares - International | CTMTRAV | 0303039 | 20/02/08 | JAMESBRAU FLIGHT CONFIRMATION | 63.00 |
| Airfares - International | MALCOLMSU | 090108 | 21/02/08 | MALCOLMSU AIRFARES | 4,919.21 |
| Airfares - International | CTMTRAV | 0304046 | 26/02/08 | TOMMARWIC REISSUE CUU / DFT - T. MARWICK | 88.99 |
| Airfares - International | CTMTRAV | 0304046 | 26/02/08 | TOMMARWIC REISSUE CUU / DFT - T. MARWICK | 9.45 |
| Airfares - International | CTMTRAV | 0304047 | 26/02/08 | TOMMARWIC FFLIGHT CONFIRMATION | 39.38 |
| Airfares - International | CTMTRAV | 0304786 | 27/02/08 | JOHNLEEHE FLIGHT CONFIRMATION | 133.88 |
| Airfares - International | CTMTRAV | 0304786 | 27/02/08 | JOHNLEEHE FLIGHT CONFIRMATION | 63.00 |
| Airfares - International | CTMTRAV | 0304785 | 27/02/08 | JOHNLEEHE MEL / LAX / DFT / LAX / MEL - J. LEE HERRING | 7,800.20 |
| Airfares - International | CTMTRAV | 0304785 | 27/02/08 | JOHNLEEHE DFT / CUU / DFT - J. LEE HERRING | 427.61 |
| Airfares - International | CTMTRAV | 0305171 | 27/02/08 | STEFANOPA S. PANARELLO BNE - CUU - EZE - MAD - RME - BNE | 9,056.25 |
| Airfares - International | CTMTRAV | 0305171 | 27/02/08 | STEFANOPA FLIGHT CONFIRMATION | 173.25 |
| Airfares - International | CTMTRAV | 0303231 | 27/02/08 | WILLIAMHO FLIGHT CONFIRMATION | 173.25 |
| Airfares - International | CTMTRAV | 0303231 | 27/02/08 | WILLIAMHO FLIGHT CONFIRMATION | 63.00 |
| Airfares - International | CTMTRAV | 0303230 | 27/02/08 | WILLIAMHO BNE / LAX / DFT / LAX / BNE - W. HOWIE | 7,637.34 |
| Airfares - International | CTMTRAV | 0303230 | 27/02/08 | WILLIAMHO DFT / CUU / DFT - W. HOWIE | 432.65 |
| Airfares - International | CTMTRAV | 0304246 | 28/02/08 | PETERTRIN FLIGHT CONFIRMATION | 133.88 |
| Airfares - International | CTMTRAV | 0304246 | 28/02/08 | PETERTRIN FLIGHT CONFIRMATION | 63.00 |
| Airfares - International | CTMTRAV | 0304246 | 28/02/08 | PETERTRIN MEL / LAX / DFT / LAX / MEL - P. TRINKE | 7,956.33 |
| Airfares - International | CTMTRAV | 0304245 | 28/02/08 | PETERTRIN DFT / CUU / DFT - P. TRINKE | 837.43 |
| Accommodation - Domestic | CTMTRAV | 0295072 | 30/01/08 | ACCOMMODATION CONFIRMATION | 15.75 |
| Accommodation - Domestic | CTMTRAV | 0288943 | 06/02/08 | ACCOMMODATION CONFIRMATION | 8.66 |
| Accommodation - Internatio | MALCOLMSU | 090108 | 21/02/08 | MALCOLMSU ACCOMMODATION | 88.71 |
| Accommodation - Internatio | PETEBREN | 180208 | 25/02/08 | PETERBREN ACCOMMODATION | 463.89 |
| Taxis/Buses/Fares | TOMASMED | 250108 | 26/01/08 | T. MEDINA TAXI'S 23/1/08 | 50.06 |
| Taxis/Buses/Fares | JORGEALON | 021 | 26/01/08 | J. ALONSO - TAXI'S 2/1/08 | 42.77 |
| Taxis/Buses/Fares | GUILAGUIR | 010 | 26/01/08 | G. AGUIRRE - TAXI 9/1/08 | 23.02 |
| Taxis/Buses/Fares | ENRIQUSOB | 016/2008 | 26/01/08 | E. SOBREVILLA - TAXI'S 22/12/07 | 54.91 |
| Taxis/Buses/Fares | ENRIQUSOB | 016/2008 | 26/01/08 | E. SOBREVILLA - MISC EXPENSES | 291.16 |
| Taxis/Buses/Fares | MALCOLMSU | 090108 | 21/02/08 | MALCOLMSU TAXI FARE | 18.73 |

2     25/03/08



**Customer:**     Compania Minera Dolores SAdeCV

**Project:**     1590 Dolores Construction Mgmt

Billings up to and including 29-Feb-2008

**Invoice No:**     002487

**Invoice Date:**     25-March-2008

| | | | | | |
|---|---|---|---|---|---|
| Taxis/Buses/Fares | PETEBREN | 180208 | 25/02/08 | PETERBREN TAXI FARE | 17.78 |
| Taxis/Buses/Fares | ENRIQUSOB | 017/2008 | 29/02/08 | ENRIQUESO E.SOBREVILLA - TAXI'S | 44.52 |
| Taxis/Buses/Fares | GUILAGUIR | 011 | 29/02/08 | GUILLERMOA G.AGUIRRE - TAXI'S 7/2/08 | 48.85 |
| Taxis/Buses/Fares | JORGEALON | 022 | 29/02/08 | JORGEALON J.ALONSO - TAXI'S 3/2/08-10/2/08 | 86.03 |
| Taxis/Buses/Fares | TOMASMED | 250108ADJ | 29/02/08 | TOMASMEDI T.MEDINA - TAXI'S (REVERSE ENTRY NOT CHARGABLE TO JOB | -50.06 |
| Motor Vehicle Mileage | ANTALATOR | 250108 | 26/01/08 | ANTONIO A.ALATORRE - GAS | 0.53 |
| Travel Other | ANTHLAWY | 5973 | 30/01/08 | PROFESSIONAL FEES NOTARY EXECU | 118.13 |
| Travel Other | CTMTRAV | 0291168 | 31/01/08 | COURIER CONFIRMATION | 9.41 |
| Job Total | | | | | 106,496.19 |

3     25/03/08

ENGINEERS & PROJECT MANAGERS


AUSENCO

## TAX INVOICE

Ausenco International Pty Ltd
ABN 960 9681 4845
2404 Logan Road
Eight Mile Plains
Brisbane • Queensland
4113 • Australia
Phone • 61 7 3112 8200
Fax • 61 7 3841 1421

Compania Minera Dolores S.A. de C.V.
Haciendas del Carrizal No 3402 Int 201
Fracc Las Haciendas 3ra Etapa
C.P 31215
Chihuahua, Mexico
MDO-970311-D36

Attention:

| Job No: | 1590 | Invoice No: | 002574 |
|---|---|---|---|
| Issue Date: | 11 April 2008 | Order No: | |
| Invoice Month: | March 2008 | | |

Provision of engineering services as per the attached transaction reports.

| | | |
|---|---|---|
| Labour | 314,427.58 | USD |
| Expenses and Sundries | 53,407.89 | USD |
| Consultancy Fee - March 08 | 20,834.00 | USD |
| March 20% Labour Charge x $314,860.06 | 62,972.01 | USD |
| Less: March 08 - Forecast Ausenco Manhours and Lab Fees | -289,153.00 | USD |
| Less: March 08 - Forecast Ausenco Expenses | -75,202.00 | USD |
| Apr 2008 - Forecast Ausenco Manhours & Lab Fee | 142,173.00 | USD |
| Apr 2008 Forecast Ausenco Expenses | 88,000.00 | USD |
| | **$ 317,459.48** | |

| | | | |
|---|---|---|---|
| Export - No GST Applies | | $ 0.00 | USD |

Please Note:    Payment is to be made by Interbank Electronic Transfer
with fax confirmation to:
Attn:  Accounts Receivable Administrator - Facsimile: 61 7 3841

ANZ Bank
A/C Name: Ausenco International Pty Ltd USD A/C
A/C No: 120006USD00901
ANZ Swift Code:  ANZBAU3M

| | | |
|---|---|---|
| Total of Invoice | $ 317,459.48 | USD |

Please Note:  All invoices are payable 30 days from the date of invoice
Interest may be charged on amounts not paid by the due date
11 May 2008

Signed for Ausenco International Pty Ltd



Customer:     Compania Minera Dolores SAdeCV

Project:      1690 Dolores Construction Mgmt

Billings up to and Including 28-Mar-2008

Invoice No:   002574

Invoice Date:   11-April-2008

## Labour

| Cost Code | Task | Employee Name | Week End | Rate | Units | Charged |
|-----------|------|---------------|----------|------|-------|---------|
| P T MGT | Management Management/Co-C | Antonio MAZZEI | 14/03/2008 | 100.00 | 32.00 | 3,200.00 |
| P T MGT | Management Management/Co-C | Antonio MAZZEI | 21/03/2008 | 100.00 | 84.00 | 8,400.00 |
| P T MGT | Management Management/Co-C | Antonio MAZZEI | 28/03/2008 | 100.00 | 84.00 | 8,400.00 |
| P T MGT | Management Management/Co-C | Robert VOISEY | 07/03/2008 | 100.00 | 2.00 | 200.00 |
| P T MGT | Management Management/Co-C | Robert VOISEY | 14/03/2008 | 100.00 | 1.00 | 100.00 |
| **Sub Total: Project Mgt  Management/Co-Ordination** | | | | | **203.00** | **20,300.00** |
| **Cost Centre Total: Project Mgt** | | | | | **203.00** | **20,300.00** |
| S C ENG | Engineering Civil/Concret | Gabino NACIF | 07/03/2008 | 15.00 | 42.00 | 630.00 |
| S C ENG | Engineering Civil/Concret | Gabino NACIF | 14/03/2008 | 15.00 | 43.00 | 645.00 |
| S C ENG | Engineering Civil/Concret | Gabino NACIF | 21/03/2008 | 15.00 | 78.00 | 1,170.00 |
| S C ENG | Engineering Civil/Concret | Gabino NACIF | 28/03/2008 | 15.00 | 85.00 | 1,280.00 |
| S C ENG | Engineering Civil/Concret | Joel MALDONANDO | 07/03/2008 | 40.00 | 77.00 | 3,079.81 |
| S C ENG | Engineering Civil/Concret | Joel MALDONANDO | 21/03/2008 | 40.00 | 71.00 | 2,838.82 |
| S C ENG | Engineering Civil/Concret | Joel MALDONANDO | 28/03/2008 | 40.00 | 77.00 | 3,079.81 |
| S C ENG | Engineering Civil/Concret | Michel NASHED | 07/03/2008 | 94.00 | 1.00 | 94.00 |
| S C ENG | Engineering Civil/Concret | Michel NASHED | 21/03/2008 | 94.00 | 2.00 | 188.00 |
| S C ENG | Engineering Civil/Concret | Michel NASHED | 28/03/2008 | 94.00 | 3.00 | 282.00 |
| S C ENG | Engineering Civil/Concret | Saaed SERNAVAZQUEZ | 07/03/2008 | 30.00 | 77.00 | 2,310.00 |
| S C ENG | Engineering Civil/Concret | Saaed SERNAVAZQUEZ | 14/03/2008 | 30.00 | 77.00 | 2,310.00 |
| S C ENG | Engineering Civil/Concret | Saaed SERNAVAZQUEZ | 21/03/2008 | 30.00 | 84.00 | 2,520.00 |
| S C ENG | Engineering Civil/Concret | Saaed SERNAVAZQUEZ | 28/03/2008 | 30.00 | 19.00 | 570.00 |
| S C ENG | Engineering Civil/Concret | Tomas MEDINA | 07/03/2008 | 30.00 | 14.00 | 420.00 |
| S C ENG | Engineering Civil/Concret | Tomas MEDINA | 14/03/2008 | 30.00 | 9.00 | 270.00 |
| S C ENG | Engineering Civil/Concret | Tomas MEDINA | 21/03/2008 | 30.00 | 6.00 | 180.00 |
| S C ENG | Engineering Civil/Concret | Tomas MEDINA | 28/03/2008 | 30.00 | 20.00 | 600.00 |
| S C ENG | Engineering Civil/Concret | William HOWIE | 07/03/2008 | 90.00 | 80.00 | 7,200.00 |
| S C ENG | Engineering Civil/Concret | William HOWIE | 14/03/2008 | 90.00 | 80.00 | 7,200.00 |
| S C ENG | Engineering Civil/Concret | William HOWIE | 21/03/2008 | 90.00 | 28.00 | 2,520.00 |
| **Sub Total: Site Civil/Concret** | | | | | **974.00** | **38,398.44** |
| S D SUP | Supervision Safety | James BRAUND | 07/03/2008 | 90.00 | 64.00 | 5,760.00 |
| S D SUP | Supervision Safety | James BRAUND | 14/03/2008 | 90.00 | 84.00 | 7,560.00 |
| S D SUP | Supervision Safety | James BRAUND | 21/03/2008 | 90.00 | 84.00 | 7,560.00 |
| S D SUP | Supervision Safety | James BRAUND | 28/03/2008 | 90.00 | 76.00 | 6,840.00 |
| S D SUP | Supervision Safety | Luis RICAUD | 07/03/2008 | 20.00 | 50.00 | 999.75 |
| S D SUP | Supervision Safety | Luis RICAUD | 14/03/2008 | 20.00 | 19.00 | 379.91 |
| S D SUP | Supervision Safety | Luis RICAUD | 21/03/2008 | 20.00 | 76.00 | 1,519.62 |
| **Sub Total: Site Safety** | | | | | **453.00** | **30,619.28** |
| S E ENG | Engineering Electrical | Rick TRETHOWAN | 07/03/2008 | 85.00 | 40.00 | 3,400.00 |
| S E ENG | Engineering Electrical | Rick TRETHOWAN | 14/03/2008 | 85.00 | 84.00 | 7,140.00 |
| S E ENG | Engineering Electrical | Rick TRETHOWAN | 21/03/2008 | 85.00 | 84.00 | 7,140.00 |
| S E ENG | Engineering Electrical | Rick TRETHOWAN | 28/03/2008 | 85.00 | 84.00 | 7,140.00 |
| **Sub Total: Site Electrical** | | | | | **292.00** | **24,820.00** |
| S G SUP | Supervision General | Luis RICAUD | 28/03/2008 | 20.00 | 76.00 | 1,519.62 |
| **Sub Total: Site General** | | | | | **76.00** | **1,519.62** |
| S L PCC | Procurement/Contracts Clerical | Guillermo AGUIRRE | 07/03/2008 | 40.00 | 77.00 | 3,079.81 |
| S L PCC | Procurement/Contracts Clerical | Guillermo AGUIRRE | 14/03/2008 | 40.00 | 52.00 | 2,079.87 |
| S L PCC | Procurement/Contracts Clerical | Guillermo AGUIRRE | 21/03/2008 | 40.00 | 29.00 | 1,159.93 |
| S L PCC | Procurement/Contracts Clerical | Guillermo AGUIRRE | 28/03/2008 | 40.00 | 77.00 | 3,079.81 |
| **Sub Total: Site Clerical** | | | | | **235.00** | **9,399.42** |

1  ·  11/04/08

**Customer:** Compania Minera Dolores SAdeCV

**Project:** 1690 Dolores Construction Mgmt

Billings up to and including 28-Mar-2008

**Invoice No:** 002574

**Invoice Date:** 11-April-2008

| | | | | | | |
|---|---|---|---|---|---|---|
| S M SUP | Supervision Mechanical | John LEE-HERRING | 07/03/2008 | 85.00 | 82.50 | 7,012.50 |
| S M SUP | Supervision Mechanical | John LEE-HERRING | 14/03/2008 | 85.00 | 80.00 | 6,800.00 |
| S M SUP | Supervision Mechanical | John LEE-HERRING | 21/03/2008 | 85.00 | 80.00 | 6,800.00 |
| S M SUP | Supervision Mechanical | John LEE-HERRING | 28/03/2008 | 85.00 | 80.00 | 6,800.00 |
| S M SUP | Supervision Mechanical | Jorge LOPEZ | 07/03/2008 | 40.00 | 18.00 | 720.00 |
| S M SUP | Supervision Mechanical | Jorge LOPEZ | 14/03/2008 | 40.00 | 58.00 | 2,320.00 |
| S M SUP | Supervision Mechanical | Jorge LOPEZ | 21/03/2008 | 40.00 | 65.00 | 2,600.00 |
| S M SUP | Supervision Mechanical | Jorge LOPEZ | 28/03/2008 | 40.00 | 65.00 | 2,600.00 |
| **Sub Total: Site Mechanical** | | | | | 528.50 | 35,652.50 |
| S N PCC | Procurement/Contracts Contract | Enrique SOBREVILLA | 14/03/2008 | 80.00 | 60.00 | 4,799.70 |
| S N PCC | Procurement/Contracts Contract | Enrique SOBREVILLA | 21/03/2008 | 80.00 | 76.00 | 6,079.62 |
| S N PCC | Procurement/Contracts Contract | Enrique SOBREVILLA | 28/03/2008 | 80.00 | 77.00 | 6,159.62 |
| **Sub Total: Site Contracts Administration** | | | | | 213.00 | 17,038.94 |
| S O PJC | Project Controls Project Controls | Antonio ALATORRE | 07/03/2008 | 40.00 | 8.00 | 319.98 |
| S O PJC | Project Controls Project Controls | Antonio ALATORRE | 14/03/2008 | 40.00 | 82.00 | 3,279.80 |
| S O PJC | Project Controls Project Controls | Antonio ALATORRE | 21/03/2008 | 40.00 | 84.00 | 3,359.79 |
| S O PJC | Project Controls Project Controls | Antonio ALATORRE | 28/03/2008 | 40.00 | 79.00 | 3,159.81 |
| S O PJC | Project Controls Project Controls | Stefano PANARELLO | 07/03/2008 | 60.00 | 84.00 | 5,040.00 |
| S O PJC | Project Controls Project Controls | Stefano PANARELLO | 14/03/2008 | 60.00 | 83.50 | 5,010.00 |
| S O PJC | Project Controls Project Controls | Stefano PANARELLO | 21/03/2008 | 60.00 | 90.00 | 5,400.00 |
| S O PJC | Project Controls Project Controls | Stefano PANARELLO | 28/03/2008 | 60.00 | 85.50 | 5,130.00 |
| **Sub Total: Site Project Controls** | | | | | 596.00 | 30,699.38 |
| S T ENG | Engineering Management/Co-Or | Clinton DONKIN | 07/03/2008 | 100.00 | 64.00 | 6,400.00 |
| S T MGT | Management Management/Co-O | Frank KISON | 07/03/2008 | 75.00 | 60.00 | 4,500.00 |
| S T MGT | Management Management/Co-O | Frank KISON | 14/03/2008 | 75.00 | 40.00 | 3,000.00 |
| S T MGT | Management Management/Co-O | Frank KISON | 21/03/2008 | 75.00 | 48.00 | 3,600.00 |
| S T MGT | Management Management/Co-O | Frank KISON | 28/03/2008 | 75.00 | 84.00 | 6,300.00 |
| S T ENG | Engineering Management/Co-Or | Malcolm SUTHERLAND | 07/03/2008 | 90.00 | 82.00 | 7,380.00 |
| S T ENG | Engineering Management/Co-Or | Malcolm SUTHERLAND | 14/03/2008 | 90.00 | 82.00 | 7,380.00 |
| S T ENG | Engineering Management/Co-Or | Malcolm SUTHERLAND | 21/03/2008 | 90.00 | 80.00 | 7,200.00 |
| S T ENG | Engineering Management/Co-Or | Malcolm SUTHERLAND | 28/03/2008 | 90.00 | 84.00 | 7,560.00 |
| S T MGT | Management Management/Co-O | Peter TRINKE | 07/03/2008 | 120.00 | 84.00 | 10,080.00 |
| S T ENG | Engineering Management/Co-Or | Peter TRINKE | 14/03/2008 | 120.00 | 84.00 | 10,080.00 |
| S T MGT | Management Management/Co-O | Peter TRINKE | 21/03/2008 | 120.00 | 84.00 | 10,080.00 |
| S T MGT | Management Management/Co-O | Peter TRINKE | 28/03/2008 | 120.00 | 84.00 | 10,080.00 |
| S T ENG | Engineering Management/Co-Or | Tom MARWICK | 07/03/2008 | 90.00 | 66.00 | 5,940.00 |
| S T ENG | Engineering Management/Co-Or | Tom MARWICK | 28/03/2008 | 60.00 | 60.00 | 5,400.00 |
| **Sub Total: Site Management/Co-Ordination** | | | | | 1,088.00 | 104,980.00 |
| **Cost Centre Total: Site** | | | | | 4,453.50 | 294,127.58 |
| **Job Total** | Dolores Construction Mgmt | | | | 4,656.50 | 314,427.58 |

Customer:    Compania Minera Dolores SAdeCV
Project:     1590 Dolores Construction Mgmt
Billings up to and including 28-Mar-2008
Invoice No:  002574

Invoice Date:  11-April-2008

## Perdiems

| EmployeeName | Weekend | Units | Charged |
|---|---|---|---|
| Guillermo AGUIRRE | 21/03/08 | 2.00 | 100.00 |
| James BRAUND | 14/03/08 | 1.00 | 50.00 |
| James BRAUND | 28/03/08 | 4.00 | 200.00 |
| Jorge LOPEZ | 21/03/08 | 1.00 | 50.00 |
| Luis RICAUD | 28/03/08 | 2.00 | 100.00 |
| Stefano PANARELLO | 07/03/08 | 7.00 | 350.00 |
| Stefano PANARELLO | 14/03/08 | 7.00 | 350.00 |
| Stefano PANARELLO | 21/03/08 | 7.00 | 350.00 |
| Stefano PANARELLO | 28/03/08 | 7.00 | 350.00 |
| Tom MARWICK | 07/03/08 | 4.00 | 200.00 |
| Tom MARWICK | 28/03/08 | 3.00 | 150.00 |
| Job Total | | 45.00 | 2,250.00 |

Customer: **Compania Minera Dolores SAdeCV**
Project: **1590 Dolores Construction Mgmt**
Billings up to and including 28-Mar-2008
Invoice No: **002574**

Invoice Date: **11-April-2008**

## Expenses and Sundries

| Expense | Supplier | Invoice | Date | Description | Charged |
|---|---|---|---|---|---|
| Medicals | JOHNLEEHE | 130208 | 05/03/08 | JOHNLEEHE VACCINATIONS | 243.34 |
| Freight & Courier - Internint | DHL | BNE342594 | 14/03/08 | COURIER WEEK ENDING 08/02/08 | 132.60 |
| Insurance Other | AONRISK | M1188695 | 25/03/08 | WILLIAM HOWIE - EXPATRIATE INSURANCE | -1,008.97 |
| Insurance Other | AONRISK | M1189321 | 25/03/08 | CLINTONDO EXPATRIATE INSURANCE - CLINTON DONKIN | -1,003.90 |
| Insurance Other | AONRISK | M1190037 | 26/03/08 | JAMESBRAU EXPATRIATE INSURANCE - JAMES BRAUND | -943.06 |
| Airfares - Domestic | CTMTRAV | 0309162 | 01/03/08 | RICKTRETH NTL / SYD / NTL - R. TRETHOWAN | 233.15 |
| Airfares - Domestic | CTMTRAV | 0309163 | 01/03/08 | RICKTRETH FLIGHT CONFIRMATION | 25.99 |
| Airfares - Domestic | CTMTRAV | 0313415 | 18/03/08 | FRANKKISO PER / SYD / PER - F. KISON | 552.39 |
| Airfares - Domestic | CTMTRAV | 0313416 | 18/03/08 | FRANKKISO DOMESTIC FLIGHT COFIRMATION | 25.99 |
| Airfares - Domestic | CTMTRAV | 0314766 | 18/03/08 | TOMMARWIC PER / SYD / BNE / PER - T. MARWICK | 434.99 |
| Airfares - Domestic | CTMTRAV | 0314766 | 18/03/08 | TOMMARWIC FLIGHT CONFIRMATION | 25.99 |
| Airfares - Domestic | CTMTRAV | 0316426 | 26/03/08 | JAMESBRAU FLIGHT COFNIRMATION | 13.00 |
| Airfares - Domestic | CTMTRAV | 0316162 | 26/03/08 | JAMESBRAU FLIGHT COFNIRMATION | 27.56 |
| Airfares - Domestic | CTMTRAV | 0316426 | 26/03/08 | JAMESBRAU REISSUE BNE / TSV - J. BRAUND | 43.67 |
| Airfares - International | CTMTRAV | 0291167 | 31/01/08 | D. CAREY BNE - CUU - EZE - BNE | 6,032.20 |
| Airfares - International | CTMTRAV | 0309162 | 01/03/08 | RICKTRETH SYD / LAX / DFT / LAX / SYD - R. TRETHOWAN | 7,655.66 |
| Airfares - International | CTMTRAV | 0309162 | 01/03/08 | RICKTRETH DFT / CUU / DFT - R. TRETHOWAN | 497.47 |
| Airfares - International | CTMTRAV | 0309163 | 01/03/08 | RICKTRETH FLIGHT CONFIRMATION | 133.86 |
| Airfares - International | CTMTRAV | 0309163 | 01/03/08 | RICKTRETH FLIGHT CONFIRMATION | 63.00 |
| Airfares - International | AMEXCT | 140807 | 07/03/08 | CARLOSGUZ C. TORRES - FLIGHTS | 139.52 |
| Airfares - International | AMEXCT | 140807 | 07/03/08 | CARLOSGUZ C. TORRES - FLIGHTS | 284.70 |
| Airfares - International | AMEXCT | 140807 | 07/03/08 | CARLOSGUZ C. TORRES - FLIGHTS | 289.26 |
| Airfares - International | CTMTRAV | 0311180 | 12/03/08 | ANTONIOMA MEL / SYD / SFO / DFT / SFO / SYD / MEL - T. MAZZEI | 7,710.51 |
| Airfares - International | CTMTRAV | 0311180 | 12/03/08 | ANTONIOMA DFT / CUU / DFT - T. MAZZEI | 493.85 |
| Airfares - International | CTMTRAV | 0311181 | 12/03/08 | ANTONIOMA FLIGHT CONFIRMATION | 173.25 |
| Airfares - International | CTMTRAV | 0311181 | 12/03/08 | ANTONIOMA FLIGHT CONFIRMATION | 63.00 |
| Airfares - International | CTMTRAV | 0312320 | 18/03/08 | CLINTONDO FLIGHT CONFIRMATION | 133.88 |
| Airfares - International | CTMTRAV | 0312320 | 18/03/08 | CLINTONDO FLIGHT CONFIRMATION | 63.00 |
| Airfares - International | CTMTRAV | 0312319 | 18/03/08 | CLINTONDO BNE / LAX / DFT / LAX / BNE - C. DONKIN | 7,646.73 |
| Airfares - International | CTMTRAV | 0312319 | 18/03/08 | CLINTONDO DFT / CUU / DFT - C. DONKIN | 493.85 |
| Airfares - International | CTMTRAV | 0313415 | 18/03/08 | FRANKKISO SYD / LAX / DFT / LAX / SYD - F. KISON | 7,570.67 |
| Airfares - International | CTMTRAV | 0313415 | 18/03/08 | FRANKKISO DFT / CUU / DFT - F. KISON | 496.21 |
| Airfares - International | CTMTRAV | 0313416 | 18/03/08 | FRANKKISO INTERNATIONAL FLIGHT CONFIRMATION | 133.88 |
| Airfares - International | CTMTRAV | 0313416 | 18/03/08 | FRANKKISO INTERNATIONAL FLIGHT CONFIRMATION | 63.00 |
| Airfares - International | CTMTRAV | 0314766 | 18/03/08 | TOMMARWIC SYD / LAX / DFT / LAX / BNE - T. MARWICK | 7,570.67 |
| Airfares - International | CTMTRAV | 0314766 | 18/03/08 | TOMMARWIC DFT / CUU / DFT - T. MARWICK | 496.21 |
| Airfares - International | CTMTRAV | 0314766 | 18/03/08 | TOMMARWIC FLIGHT CONFIRMATION | 133.88 |
| Airfares - International | CTMTRAV | 0314766 | 18/03/08 | TOMMARWIC FLIGHT CONFIRMATION | 63.00 |
| Airfares - International | CTMTRAV | 0314474 | 18/03/08 | WILLIAMHO INTERNATIONAL FLIGHT CHANGE | 39.38 |
| Airfares - International | CTMTRAV | 0314474 | 18/03/08 | WILLIAMHO INTERNATIONAL FLIGHT CONFIRMATION | 133.88 |
| Airfares - International | CTMTRAV | 0314473 | 18/03/08 | WILLIAMHO REISSUE DFW / LAX - W. HOWIE | 85.64 |
| Airfares - International | CTMTRAV | 0314473 | 18/03/08 | WILLIAMHO LAX / BKK / VTE - W. HOWIE | 2,950.13 |

1    11/04/08

**Customer:**  **Compania Minera Dolores SAdeCV**

**Project:**  **1690 Dolores Construction Mgmt**

**Billings up to and Including 28-Mar-2008**

**Invoice No:**  **002574**

**Invoice Date:**  **11-April-2008**

| | | | | | |
|---|---|---|---|---|---|
| Airfares - International | CTMTRAV | 0315193 | 26/03/08 | CLINTONDO CANCELLELATION CONFIRMATION | 59.08 |
| Airfares - International | CTMTRAV | 0316163 | 26/03/08 | JAMESBRAU  REISSUE CUU / DFT - J. BRAUND | 85.84 |
| Airfares - International | CTMTRAV | 0316163 | 26/03/08 | JAMESBRAU FLIGHT COFNIRMATION | 39.36 |
| Meals/Travel Allow- Person | JOHNLEEHE | 130208 | 05/03/08 | JOHNLEEHE LAUNDRY COSTS | 49.61 |
| Taxis/Buses/Fares | JOHNLEEHE | 130208 | 05/03/08 | JOHNLEEHE TAXI FARES | 491.42 |
| Taxis/Buses/Fares | JOHNLEEHE | 130208 | 05/03/08 | JOHNLEEHE TAXI FARE | 17.33 |
| **Job Total** | | | | | **51,157.89** |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                             :ss.:

COUNTY OF NEW YORK    )

         CHRISTINA I. BELANGER, being duly sworn, deposes and says:

         1.      I am over 18 years of age, not a party to this action, and am employed by the law firm of Patterson Belknap Webb & Tyler LLP, located at 1133 Avenue of Americas, New York, New York 10036.

         2.      On July 14, 2008, I caused a true copy of the foregoing NOTICE OF REMOVAL to be served via hand delivery upon the following at the address listed below:

> Richard A. DePalma, Esq.
> Kathryn M. Ryan, Esq.
> Christina M. Wilson, Esq.
> BAKER & MCKENZIE LLP
> 1114 Avenue of the Americas
> New York, New York 10036

CHRISTINA I. BELANGER

Sworn to before me this
14th day of July, 2008

Notary Public

**ELIZABETH WILLIS**
Notary Public, State of New York
No. 31-01WI6014358
Qualified in New York County
Commission Expires October 13, 2010

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                            :ss.:
COUNTY OF NEW YORK   )

CHRISTINA I. BELANGER, being duly sworn, deposes and says:

1.    I am over 18 years of age, not a party to this action, and employed by the law firm of Patterson, Belknap, Webb & Tyler LLP, located at 1133 Avenue of the Americas, New York, New York 10036.

2.    On July 17, 2008, I served a copy of the foregoing *AFFIDAVIT OF FILING NOTICE OF REMOVAL WITH STATE COURT* upon the following by enclosing a true copy of same in a postage prepaid wrapper and depositing it in a depository maintained by the U.S. Postal Service at 1133 Avenue of the Americas, New York, New York, directed to them at the address below:

> Richard De Palma, Esq.
> Kathryn M. Ryan, Esq.
> Christina M. Wilson, Esq.
> BAKER & MCKENZIE LLP
> 1114 Avenue of the Americas
> New York, New York 10036

CHRISTINA I. BELANGER

Sworn to before me this
17th day of July, 2008

Notary Public

EDWIN J. VALLEJO
Notary Public, State of New York
No. 01VA6169270
Qualified in New York County
Commission Expires June 25, 2011