Stephen P. Younger
Sarah E. Zgliniec
Michael A. Becker
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York 10036-7610
Telephone: (212) 336-2000

*Attorneys for Respondent Ausenco International Pty Ltd.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
                                                       :
In the Matter of the Application of                    :
                                                       :
MINEFINDERS CORPORATION LTD.,                          :   Index No. 08 CV 6319 (NRB)
                                                       :
                Petitioner,                            :   **AFFIDAVIT OF SERVICE**
                                                       :
        -against-                                      :
                                                       :
AUSENCO INTERNATIONAL PTY LTD.,                        :
                                                       :
                Respondent.                            :
                                                       :
-------------------------------------------------------x

STATE OF NEW YORK       )
                        :ss.:
COUNTY OF NEW YORK      )

      MATTHEW M. FINNEGAN, being duly sworn, deposes and says:

      1.    I am over 18 years of age, not a party to this action, and am employed by the law firm of Patterson Belknap Webb & Tyler LLP, located at 1133 Avenue of the Americas, New York, New York 10036.

      2.    On July 22, 2008 I caused Respondent's Memorandum of Law in Opposition to Application by Petitioner Minefinders Corporation Ltd. For a Stay of Arbitration,

1886321v.1

Declaration of Gary K. Gantner in Opposition to Minefinders' Application for a Stay of Arbitration, Declaration of James Yeates in Opposition to Minefinders' Application for a Stay of Arbitration, and Declaration of Sarah E. Zgliniec in Opposition to Minefinders' Application for a Stay of Arbitration to be served by hand upon the following attorneys for the parties herein, directed to them at the address below:

Richard A. DePalma, Esq.
Kathryn M. Ryan, Esq.
Christina M. Wilson, Esq.
Baker & McKenzie LLP
1114 Avenue of the Americas
New York, NY 10036

                                              MATTHEW M. FINNEGAN
                                              Lic. No. 0955687

Sworn to before me this 23rd
day of July, 2008

_____
Notary Public

EDWIN J. VALLEJO
Notary Public, State of New York
No. 01VA6169270
Qualified in New York County
Commission Expires June 25, 2011