UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

In the Matter of the Application of

MINEFINDERS CORPORATION LTD.,

Petitioner,

-against-

AUSENCO INTERNATIONAL PTY LTD.,

Respondent.

---

Index No. 08 cv 6319

STIPULATION AND ORDER FOR EXTENSION OF TIME

It is stipulated and agreed that the time for the Petitioner to reply to the Opposition to Petition and Motion to Stay Arbitration is extended until August 14, 2008.

Dated: July 28, 2008

BAKER & McKENZIE

By: _____
Richard De Palma
Kathryn Ryan
Christina M. Wilson
1114 Avenue of the Americas
New York, New York 10036
(212) 626-4100

*Attorneys for Petitioner*
Mindefinders Corporation Ltd.

PATTERSON BELKNAP WEBB & TYLER

By: _____
Stephen P. Younger, Esq.
Sarah E. Zgliniec
Michael A. Becker
1133 Avenue of the Americas
New York, New York 10036-6710
(212) 336-2685

*Attorneys for Respondent*
Ausenco International Pty Ltd.

SO ORDERED:

_____
U.S.D.J.