UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

In the Matter of the Application of

MINEFINDERS CORPORATION LTD.,

Petitioner,

-against-

AUSENCO INTERNATIONAL PTY LTD.,

Respondent.

---

Index No. 08 cv 6319

STIPULATION AND ORDER FOR EXTENSION OF TIME

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/30/08
```

It is stipulated and agreed that the time for the Petitioner to reply to the Opposition to Petition and Motion to Stay Arbitration is extended until August 14, 2008.

Dated: July 28, 2008

BAKER & McKENZIE

By: _____
Richard De Palma
Kathryn Ryan
Christina M. Wilson
1114 Avenue of the Americas
New York, New York 10036
(212) 626-4100

*Attorneys for Petitioner*
Mindefinders Corporation Ltd.

PATTERSON BELKNAP WEBB & TYLER

By: _____
Stephen P. Younger, Esq.
Sarah E. Zgliniec
Michael A. Becker
1133 Avenue of the Americas
New York, New York 10036-6710
(212) 336-2685

*Attorneys for Respondent*
Ausenco International Pty Ltd.

SO ORDERED:

_____
U.S.D.J.
7/30/08